UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARCUS CAMERON | : | NO.: 3:21-cv-00165-KAD |
| | : | |
| v. | : | |
| | : | |
| STEVEN STEBBINS, ET AL | : | MARCH 22, 2021 |

**CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6 of the F.R.C.P. and Local Rule 7(b)1(a), the defendants, Bryan Nolan, Mark Squires, and the Town of Enfield hereby move the Court for an extension of time of (30) days until and including April 22, 2021, within which to file a response to the plaintiff's complaint.  The requested additional time will be necessary to confer with Defendants to evaluate the Plaintiff's Complaint, and to respond to the same.

The undersigned counsel has contacted counsel for the plaintiff, Ryan P. McLane, Esq. and counsel has consented to the granting of this motion.

WHEREFORE, the undersigned defendants, hereby requests that their Motion for Extension of Time, up to and including April 22, 2021, be granted.

        DEFENDANTS,
        BRYAN NOLAN, MARK SQUIRES, AND
        TOWN OF ENFIELD

        By /s/ Thomas R. Gerarde
           Thomas R. Gerarde
           ct05640
           Howd & Ludorf, LLC
           65 Wethersfield Avenue
           Hartford, CT  06114-1190
           (860) 249-1361
           (860) 249-7665 fax
           tgerarde@hl-law.com

## **CERTIFICATION**

      This is to certify that on March 22, 2021, a copy of the foregoing Motion for Extension of Time to Plead was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Michelle S. Cruz, Esq.
Law Offices of Attorney Michelle S. Cruz
1380 Main Street
Suite 403
Springfield, MA 01103
860-415-6529
Fax: 888-781-7054
Email: attymichellescruz@yahoo.com

Ryan McLane, Esq.
McLane & McLane, LLC
269 South Westfield Street
Feeding Hills, MA 01001
413-789-7771
Email: ryan@mclanelaw.com

                                              /s/ Thomas R. Gerarde
                                              Thomas R. Gerarde