UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARCUS CAMERON | : | NO.: 3:21-cv-00165-KAD |
| | : | |
| v. | : | |
| | : | |
| STEVEN STEBBINS, ET AL | : | APRIL 22, 2021 |

### **DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT**

1. As to paragraphs 1-54, 56-67, and 69, the Defendants lack knowledge or information sufficient to base a belief about the truth of the matters contained therein and thereby leave the Plaintiff to his burden of proof.

2. The Defendants deny paragraphs 55, and 68.

**Count I**

1. As to paragraphs 1-54, 56-67, 69-70, and 72, the Defendants lack knowledge or information sufficient to base a belief about the truth of the matters contained therein and thereby leave the Plaintiff to his burden of proof.

2. The Defendants deny paragraphs 55, 68, and 71.

**Count II**

1. As to paragraphs 1-54, 56-67, 69-70, 72-73, and 75 the Defendants lack knowledge or information sufficient to base a belief about the truth of the matters contained therein and thereby leave the Plaintiff to his burden of proof.
2. The Defendants deny paragraphs 55, 68, 71, and 74.

**Count III**

1. As to paragraphs 1-54, 56-67, 69-70, 72-73, 75-78, and 81 the Defendants lack knowledge or information sufficient to base a belief about the truth of the matters contained therein and thereby leave the Plaintiff to his burden of proof.
2. The Defendants deny paragraphs 55, 68, 71, 74, and 79-80.

**Count IV**

1. As to paragraphs 1-54, 56-67, 69-70, 72-73, 75-78, 81-82, 85, and 87, the Defendants lack knowledge or information sufficient to base a belief about the truth of the matters contained therein and thereby leave the Plaintiff to his burden of proof.
2. The Defendants deny paragraphs 55, 68, 71, 74, 79-80, 83-84, and 86.

**Count V**

1.  As to paragraphs 1-54, 56-67, 69-70, 72-73, 75-78, 81-82, 85, 87-90, 92, and 94-98, the Defendants lack knowledge or information sufficient to base a belief about the truth of the matters contained therein and thereby leave the Plaintiff to his burden of proof.

2.  The Defendants deny paragraphs 55, 68, 71, 74, 79-80, 83-84, 86, 91, and 93.

**The Defendants demand trial by jury.**

## **BY WAY OF AFFIRMATIVE DEFENSE**

1. The Complaint fails to state a claim upon which relief may be granted.

2. The claims made by the Plaintiff against the Defendants are barred by the doctrine of qualified immunity.

3. All statements made by the Defendants were justified and/or privileged under Connecticut law.

4. The Plaintiff's claims are barred by the doctrine of governmental immunity.

          DEFENDANTS,
          BRYAN NOLAN, MARK SQUIRES, AND
          TOWN OF ENFIELD

          By /s/ Thomas R. Gerarde
            Thomas R. Gerarde
            ct05640
            Howd & Ludorf, LLC
            65 Wethersfield Avenue
            Hartford, CT  06114-1190
            (860) 249-1361
            (860) 249-7665 fax
            tgerarde@hl-law.com

## **CERTIFICATION**

      This is to certify that on April 22, 2021, a copy of the foregoing Answer and Affirmative Defenses was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Michelle S. Cruz, Esq.
Law Offices of Attorney Michelle S. Cruz
1380 Main Street
Suite 403
Springfield, MA 01103
860-415-6529
Fax: 888-781-7054
Email: attymichellescruz@yahoo.com

Ryan McLane, Esq.
McLane & McLane, LLC
269 South Westfield Street
Feeding Hills, MA 01001
413-789-7771
Email: ryan@mclanelaw.com

                                            /s/ Thomas R. Gerarde
                                            Thomas R. Gerarde