UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARCUS CAMERON, )<br>Plaintiff )<br> )<br>v. )<br> )<br>STEVEN STEBBINS, )<br>STEPHEN SAMSON, JOHN DOE, )<br>BRYAN NOLAN, )<br>MARK SQUIRES, )<br>ENFIELD POLICE )<br>DEPARTMENT, )<br>STATE OF CONNECTICUT, )<br>CONNECTICUT STATE POLICE )<br>and the TOWN OF ENFIELD, )<br><u>Defendants                              </u> ) | CIVIL ACTION NO.   3:21-cv-165 |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME**

Plaintiff moves, with the assent of Counsel for Defendants Town of Enfield, Bryan Nolan and Mark Squires, for a thirty (30) day extension on filing the 26(f) Report. Per this Court's Order and the Local Rules, parties were to submit a Rule 26(f) report (order for June 21, 2021). To date, only Plaintiff and Defendants Town of Enfield, Mark Squires and Bryan Nolan have filed appearances on the matter. While the appearance of the Connecticut State Police and related Defendants is not required to submit the report, Plaintiff's Counsel has been in contact with the Attorney General's Office regarding their filing of an appearance which we expect fairly soon. After conferencing with the Enfield Defendants' Counsel, they agreed to

1

an extension of time, as Plaintiff believes it would be more efficient to include the additional defendants in preparation of the 26(f) Report.

Dated: June 18, 2021                                      Respectfully submitted,

                                                          Plaintiff, by his attorneys:

\_\_\_\_\_/s/ Michelle S. Cruz\_\_\_\_\_                \_\_\_\_\_/s/ Ryan P. McLane\_\_\_\_\_
Michelle S. Cruz, Esq.                                    Ryan P. McLane, Esq.
Law Offices of Michelle S. Cruz                           McLane & McLane, LLC
35 Center Street, Suite 35                                269 South Westfield
Chicopee, MA 01013                                        Feeding Hills, MA 01030
(413) 592-9400                                            (413) 789-7771
Cruz4law@gmail.com                                        ryan@mclanelaw.com
Juris: 428425                                             Juris: 438176

## CERTIFICATION

This is to certify that on June 18, 2021, a copy of the foregoing Motion for Extension of Time was filed electronically and served by electronic mail to counsel of record.


\_\_\_\_\_/s/ Ryan P. McLane, Esq.\_\_\_\_\_