UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARCUS CAMERON | : | NO.: 3:21-cv-00165-KAD |
| | : | |
| v. | : | |
| | : | |
| STEVEN STEBBINS, ET AL | : | JULY 20, 2021 |

## ASSENTED-TO MOTION FOR EXTENSION OF TIME

Defendants Bryan Nolan, Mark Squires, and the Town of Enfield move, with the assent of Counsel for the Plaintiff, Marcus Cameron, for a thirty (30) day extension on filing the Federal Rules of Civil Procedure Rule 26(f) Report. Per this Court's Order and the Local Rules, parties were to submit a Rule 26(f) report (order for July 21, 2021). To date, only the Plaintiff and the Defendants, Bryan Nolan, Mark Squires, and the Town of Enfield, have filed appearances on the matter. While the appearance of the Connecticut State Police and related Defendants is not required to submit the report, the parties have been in contact with the Attorney General's Office regarding their filing of an appearance, which we expect to occur fairly soon. After conferencing with the Plaintiff's Counsel, they agreed to an extension of time, as the parties believe it would be more efficient to include the additional defendants in the preparation of the 26(f) Report.

DEFENDANTS,
BRYAN NOLAN, MARK SQUIRES, AND
TOWN OF ENFIELD

By */s/ Eric E. Gerarde*
   Thomas R. Gerarde
   ct05640
   Eric E. Gerarde
   ct31120
   Howd & Ludorf, LLC
   65 Wethersfield Avenue
   Hartford, CT  06114-1190
   (860) 249-1361
   (860) 249-7665 fax
   tgerarde@hl-law.com
   egerarde@hl-law.com


PLAINTIFF,
MARCUS CAMERON

*/s/ Ryan P. McLane*
Ryan P. McLane, Esq.
McLane & McLane, LLC
269 South Westfield
Feeding Hills, MA 01030
(413) 789-7771
ryan@mclanelaw.com
Juris: 438176

## **CERTIFICATION**

      This is to certify that on July 20, 2021, a copy of the foregoing Assented-To Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Michelle S. Cruz, Esq.
Law Offices of Attorney Michelle S. Cruz
1380 Main Street
Suite 403
Springfield, MA 01103
860-415-6529
Fax: 888-781-7054
Email: attymichellescruz@yahoo.com

Ryan McLane, Esq.
McLane & McLane, LLC
269 South Westfield Street
Feeding Hills, MA 01001
413-789-7771
Email: ryan@mclanelaw.com


                                                */s/ Eric E. Gerarde*
                                                Eric E. Gerarde