# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**MARCUS CAMERON,**

V.

**SUMMONS IN A CIVIL CASE**

**STEVEN STEBBINS, ET AL.,**

CASE NUMBER: 3:21-CV-00165-KAD

TO: **State of Connecticut, Connecticut State Police, John Doe, Town of Enfield, Enfield Police Dept., Bryan Nolan, Stephen Samson, Mark Squires, Steven Stebbins**
Defendant's Address:

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Ryan McLane**
**McLane & McLane, LLC**
**269 South Westfield Street**
**Feeding Hills, MA 01001**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ – N. Fanelle
───────────────────────────
*Signature of Clerk or Deputy Clerk*



ISSUED ON 2021-02-26 11:39:02, Clerk USDC CTD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* STEPHEN SAMSON
was received by me on *(date)* 3.1.2021.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* TROOPER OARGAN # 629, who is
designated by law to accept service of process on behalf of *(name of organization)*
STEPHEN SAMSON on *(date)* 3.5.2021 ; or

☐ I returned the summons unexecuted because _____
_____ ; or

☐ Other *(specify)* _____
_____
_____

My fees are $_____ for travel and $_____ for services, for a total of $ 6 0.00

I declare under penalty of perjury that this information is true.

Date: 3.9.2021

_____
Servers signature

GRANT CARRAGHER
CT STATE MARSHAL
Printed name and title

P.O. BOX 612, WINDSOR
Servers address

Additional information regarding attempted service, etc: