UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARCUS CAMERON | : | CIVIL NO. 3:21CV00165(KAD) |
| v. | : | |
| STEVEN STEBBINS, ET AL | : | OCTOBER 5, 2021 |

### DEFENDANT SAMSON'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTFF'S COMPLAINT, DOCKET #1

Pursuant to Rule 8 of the Federal Rules of Civil Procedure, defendant Stephen Samson, a Connecticut State Police official[1], hereby files his Answer and Affirmative Defenses to the plaintiff's Complaint, as follows:

### Introduction

As to the allegations contained in the unnumbered introductory paragraph as they pertain to defendant Samson[2], they are denied, and as to all remaining allegations contained therein, they are denied as inaccurate and incomplete, and the plaintiff is left to his proof.

### Parties

1. As to the allegations contained paragraph one of this section of the Complaint, the defendant denies knowledge or information sufficient to form a belief and leaves the plaintiff to his proof.

2. As to the allegations contained paragraph two of this section of the Complaint, the defendant denies knowledge or information sufficient to form a belief and leaves the plaintiff to his proof.

---

[1] Plaintiff also named a John Doe State Police official, but this person has not been identified and is not represented by the undersigned. See Docket #6, Caption and ¶4.
[2] Defendant Samson will be referred to herein as "the Defendant".

3. As to the allegations contained paragraph thee of this section of the Complaint, they are admitted.

4. As to the allegations contained paragraph four of this section of the Complaint, the defendant denies knowledge or information sufficient to form a belief and leaves the plaintiff to his proof.

5. As to the allegations contained paragraph five of this section of the Complaint, the defendant denies knowledge or information sufficient to form a belief and leaves the plaintiff to his proof.

6. As to the allegations contained paragraph six of this section of the Complaint, the defendant denies knowledge or information sufficient to form a belief and leaves the plaintiff to his proof.

7. As to the allegations contained paragraph seven of this section of the Complaint, the defendant denies knowledge or information sufficient to form a belief and leaves the plaintiff to his proof.

8. As to the allegations contained paragraph eight of this section of the Complaint, the defendant denies knowledge or information sufficient to form a belief and leaves the plaintiff to his proof.

9. As to the allegations contained paragraph nine of this section of the Complaint, they are admitted.

10. As to the allegations contained paragraph ten of this section of the Complaint, the defendant denies knowledge or information sufficient to form a belief and leaves the plaintiff to his proof.

11. As to the allegations contained paragraph eleven of this section of the Complaint pertaining to defendant Samson, they are admitted, but all remaining allegations contained therein are denied for lack of information or belief and the plaintiff is left to his proof.

12. As to the allegations contained paragraph twelve of this section of the Complaint, the defendant denies knowledge or information sufficient to form a belief and leaves the plaintiff to his proof.

13. As to the allegations contained paragraph thirteen as they pertain to defendant Samson, they are admitted, but all remaining allegations contained therein are denied for lack of information sufficient to form a belief and the plaintiff is left to his proof.

14. As to the allegations contained paragraph fourteen as they pertain to defendant Samson, they are admitted, but all remaining allegations contained therein are denied for lack of information sufficient to form a belief and the plaintiff is left to his proof.

**Jurisdiction**

15. As to the allegations contained paragraph fifteen in this section of the Complaint, they are denied, and the plaintiff is left to his proof.

16. As to the allegations contained paragraph sixteen in this section of the Complaint, they are denied, and the plaintiff is left to his proof.

**Venue**

17. As to the allegations contained paragraph seventeen in this section of the Complaint, they are denied, and the plaintiff is left to his proof.

**[Alleged] Factual Allegations**

18 – 38. As to the allegations contained paragraphs eighteen through and including thirty-eight in this section of the Complaint, the defendant denies knowledge or information sufficient to form a belief and leaves the plaintiff to his proof.

39. As to the allegations contained paragraph thirty-nine in this section of the Complaint, the defendant admits that he met with the plaintiff, but all else is denied as inaccurate and incomplete and the plaintiff is left to his proof.

40. As to the allegations contained paragraph forty in this section of the Complaint, they are denied, and the plaintiff is left to his proof.

41. As to the allegations "defendant Samson's blatant attempts at intimidation and suppression" contained in paragraph forty-one in this section of the Complaint, they are denied, and all remaining allegations are denied for lack of knowledge or information sufficient to form a belief and the plaintiff is left to his proof.

42. As to the allegations contained paragraph forty-two and its sub-paragraphs a – c, are all denied and the plaintiff is left to his proof.

43. As to the allegations contained paragraph forty-three in this section of the Complaint, the defendant denies knowledge or information sufficient to form a belief and leaves the plaintiff to his proof.

44. As to the allegations contained paragraph forty-four in this section of the Complaint, the defendant denies knowledge or information sufficient to form a belief and leaves the plaintiff to his proof.

45. As to the allegations contained paragraph forty-five in this section of the Complaint, the defendant denies knowledge or information sufficient to form a belief and leaves the plaintiff to his proof.

46. As to the allegations contained paragraph forty-six in this section of the Complaint, they are denied as inaccurate and incomplete, and the plaintiff is left to his proof.

47. As to the allegations contained paragraph forty-seven in this section of the Complaint, they are denied, and the plaintiff is left to his proof.

48. As to the allegations contained paragraph forty-eight in this section of the Complaint, that, "Samson was evasive and again attempted to convince plaintiff to change and/or withdraw his complaint", are denied, and all remaining allegations are denied for a lack of sufficient knowledge or belief, leaving the plaintiff to his proof.

49. As to the allegations contained paragraph forty-nine in this section of the Complaint, the defendant denies knowledge or information sufficient to form a belief and leaves the plaintiff to his proof.

50. As to the allegations contained paragraph fifty in this section of the Complaint, the defendant denies knowledge or information sufficient to form a belief and leaves the plaintiff to his proof.

51. As to the allegations contained paragraph fifty-one in this section of the Complaint, the defendant denies knowledge or information sufficient to form a belief and leaves the plaintiff to his proof.

52. As to the allegations contained paragraph fifty-two in this section of the Complaint, the defendant denies knowledge or information sufficient to form a belief and leaves the plaintiff to his proof.

53. As to the allegations contained paragraph fifty-three in this section of the Complaint, they are denied, and the plaintiff is left to his proof.

54. As to the allegations contained paragraph fifty-four in this section of the Complaint, the defendant denies knowledge or information sufficient to form a belief and leaves the plaintiff to his proof.

55. As to the allegations contained paragraph fifty-five in this section of the Complaint, they are denied, and the plaintiff is left to his proof.

56. As to the allegations contained paragraph fifty-six in this section of the Complaint, they are denied as inaccurate and incomplete, and the plaintiff is left to his proof.

57. As to the allegations contained paragraph fifty-seven in this section of the Complaint, the defendant denies knowledge sufficient to form a belief and leaves the plaintiff to his proof.

58. As to the allegations contained paragraph fifty-eight in this section of the Complaint, the defendant denies knowledge sufficient to form a belief and leaves the plaintiff to his proof.

59. As to the allegations contained paragraph fifty-nine in this section of the Complaint, the defendant denies knowledge sufficient to form a belief and leaves the plaintiff to his proof.

60. As to the allegations, "[d]efendants Samson and Stebbins achieved their goal", contained paragraph sixty in this section of the Complaint, they are denied, and the defendant denies knowledge or information sufficient to form a belief as to all remaining allegations contained therein and leaves the plaintiff to his proof.

61. As to the allegations contained paragraph sixty-one in this section of the Complaint, the defendant denies knowledge sufficient to form a belief and leaves the plaintiff to his proof.

62. As to the allegations contained paragraph sixty-two in this section of the Complaint, the defendant denies knowledge sufficient to form a belief and leaves the plaintiff to his proof.

63. As to the allegations contained paragraph sixty-three in this section of the Complaint, they are denied, and the plaintiff is left to his proof.

64. As to the allegations contained paragraph sixty-four in this section of the Complaint, they are denied, and the plaintiff is left to his proof.

65. As to the allegations contained paragraph sixty-five in this section of the Complaint, the defendant denies knowledge sufficient to form a belief and leaves the plaintiff to his proof.

66. As to the allegations contained paragraph sixty-six in this section of the Complaint, the defendant denies knowledge sufficient to form a belief and leaves the plaintiff to his proof.

67. As to the allegations contained paragraph sixty-seven in this section of the Complaint, they are denied as inaccurate and incomplete, and the plaintiff is left to his proof.

68. As to the allegations contained paragraph sixty-eight in this section of the Complaint, the defendant denies knowledge sufficient to form a belief and leaves the plaintiff to his proof.

69. As to the allegations contained paragraph sixty-nine in this section of the Complaint, they are denied as inaccurate and incomplete, and the plaintiff is left to his proof.

## **COUNT I - VIOLATION OF 42 U.S.C. § 1983**

70. Defendant Samson reasserts, restates, and incorporates by reference his responses to paragraphs 1 -69 of the prior sections of the Complaint, as if fully set forth in this, Count One, of the Complaint.

71. As to the allegations contained paragraph seventy-one in this section of the Complaint as they pertain to defendant Samson, they are denied, and the defendant denies knowledge or information sufficient to form a belief as to all remaining allegations contained therein and leaves the plaintiff to his proof.

72. As to the allegations contained paragraph seventy-two in this section of the Complaint, they are denied as to defendant Samson, and the plaintiff is left to his proof.

## COUNT II - VIOLATIONS OF 42 U.S.C. § 1983 – EXCESSIVE FORCE

73. Defendant Samson reasserts, restates, and incorporates by reference his responses to paragraphs 1 -72 of the prior sections of the Complaint, as if fully set forth in this, Count Two, of the Complaint.

74. As to the allegations contained paragraph seventy-four in this section of the Complaint, they are denied as to defendant Samson, and he leaves the plaintiff to his proof.

75. As to the allegations contained paragraph seventy-five in this section of the Complaint, the defendant denies knowledge or information sufficient to form a belief and leaves the plaintiff to his proof.

## COUNT III – VIOLATION OF 42 U.S.C §1983 – FAILURE TO RECRUIT TRAIN, DISCIPLINE AND SUPERVISE

76. Defendant Samson reasserts, restates, and incorporates by reference his responses to paragraphs 1 - 75 of the prior Sections of the Complaint, as if fully set forth in this, Count Three, of the Complaint.

77. As to the allegations contained paragraph seventy-seven in this section of the Complaint, they are denied as inaccurate and incomplete, and the plaintiff is left to his proof.

78. As to the allegations contained paragraph seventy-eight in this section of the Complaint, they are denied as inaccurate and incomplete, and the plaintiff is left to his proof.

79. As to the allegations contained paragraph seventy-nine in this section of the Complaint, they are denied as to Defendant Samson, and he denies

knowledge or information sufficient to form a belief as to all remaining allegations contained therein and the plaintiff is left to his proof.

80. As to the allegations contained paragraph eighty in this section of the Complaint, they are denied, and the plaintiff is left to his proof.

81. As to the allegations contained paragraph eighty-one in this section of the Complaint, the defendant denies knowledge or information sufficient to form a belief and leaves the plaintiff to his proof.

### **COUNT IV – VIOLATION OF 42 U.S.C §1983 (STATE OF CONNECTICUT AND TOWN OF ENFIELD**

82. Defendant Samson reasserts, restates, and incorporates by reference his responses to paragraphs 1 - 81 of the prior Sections of the Complaint, as if fully set forth in this, Count Four, of the Complaint.

83. As to the allegations contained paragraph eighty-three in this section of the Complaint, they are denied, and the plaintiff is left to his proof.

84. As to the allegations contained paragraph eighty-four in this section of the Complaint, they are denied, and the plaintiff is left to his proof.

85. As to the allegations contained paragraph eighty-five in this section of the Complaint, they are denied as inaccurate and incomplete, and the plaintiff is left to his proof.

86. As to the allegations contained paragraph eighty-six in this section of the Complaint, they are denied, and the plaintiff is left to his proof.

87. As to the allegations contained paragraph eighty-seven in this section of the Complaint, the defendant denies knowledge or information sufficient to form a belief and leaves the plaintiff to his proof.

### **COUNT V – DEFAMATION *Per Se* (STEBBINS, NOLAN, SQUIRES and ENFILED POLICE DEPARTMENT)**

88. Defendant Samson reasserts, restates, and incorporates by reference his responses to paragraphs 1 – 87 of the prior Sections of the Complaint, as if fully set forth in this, Count Five, of the Complaint.

89. As to the allegations contained paragraph eighty-nine in this section of the Complaint, they are denied as inaccurate and incomplete, and the plaintiff is left to his proof.

90. As to the allegations contained paragraph ninety in this section of the Complaint, they are denied as inaccurate and incomplete, and the plaintiff is left to his proof.

91. As to the allegations contained paragraph ninety-one in this section of the Complaint, the defendant denies knowledge or information sufficient to form a belief and leaves the plaintiff to his proof.

92. As to the allegations contained paragraph ninety-two in this section of the Complaint, the defendant denies knowledge or information sufficient to form a belief and leaves the plaintiff to his proof.

93. As to the allegation, "he was falsely accused", contained paragraph ninety-three in this section of the Complaint, it is denied, and the defendant

denies all remaining allegations contained therein and leaves the plaintiff to his proof.

94. As to the allegation, "false accusations", contained paragraph ninety-four in this section of the Complaint, it is denied and as to all remaining allegations contained therein, the defendant denies knowledge or information sufficient to form a belief and leaves the plaintiff to his proof.

95. As to the allegation, "false statements", contained paragraph ninety-five in this section of the Complaint, it is are denied, and the defendant denies knowledge or information sufficient to form a belief as to all remaining allegations contained therein and the plaintiff is left to his proof.

96. As to the allegation, "false statements", contained paragraph ninety-six in this section of the Complaint, it is denied, and the defendant denies knowledge or information sufficient to form a belief as to all remaining allegations contained therein and the plaintiff is left to his proof.

97. As to the allegation, "false statements", contained paragraph ninety-seven in this section of the Complaint, it is denied, and the defendant denies knowledge or information sufficient to form a belief as to all remaining allegations contained therein and the plaintiff is left to his proof.

98. As to the allegation, "false statements", contained paragraph ninety-eight in this section of the Complaint, it is denied, and the defendant denies knowledge or information sufficient to form a belief as to all remaining allegations contained therein and the plaintiff is left to his proof.

**REQUEST FOR RELIEF**

As to the plaintiff prayer for Judgment against the defendants jointly and severally on all counts of the Complaint, it is denied, and all the sub-paragraphs, a – e, are also denied.

**AFFIRMATIVE DEFENSES**

Pursuant to Rules 7 and 12 of the Federal Rules of Civil Procedure, Defendant Samson raises the following affirmative defenses to the allegations contained in the plaintiff's Complaint, Docket #1.

**FIRST AFFIRMATIVE DEFENSE**

The plaintiff's Complaint fails to state a claim upon which relief can be granted against defendant Samson for a violation of the United States Constitution.

**SECOND AFFIRMATIVE DEFENSE**

To the extent that this action seeks money damages against Defendant Samson in his individual capacities, he at all times acted with an objective belief that his actions did not violate any clearly established law under the circumstances with which he was faced, and his conduct did not violate any clearly established statutory or constitutional law, and therefore he is entitled to qualified immunity from any award of money damages.

## THIRD AFFIRMATIVE DEFENSE

To the extent that state law claims have been made in this action and to the extent that they are based on state torts or negligence on the part of Defendant Samson, those claims are barred by Conn. Gen. Stat.§§4-141 through 4-164, by Conn. Gen. Stat. §4-165, and the doctrine of sovereign immunity.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims against the State of Connecticut and/or the Connecticut State Police are barred by the Eleventh Amendment and C.G.S. § 4-165.

## FIFTH AFFIRMATIVE DEFENSE

Any injuries, losses or damages which the plaintiff may have incurred as alleged in his Complaint, were directly or proximately caused by the plaintiffs' own negligence and/or reckless conduct, which was a substantial factor in producing any alleged injuries and/or damages.

## SIXTH AFFIRMATIVE DEFENSE

The plaintiff's failure to take appropriate steps to mitigate his alleged injuries and damages requires a proportionate reduction in any award of money damages.

## SEVENTH AFFIRMATIVE DEFENSE

Any of the alleged actions of Defendant Samson in using force against the plaintiff were justified or authorized by law, pursuant to Connecticut General Statute §53a-17.

## EIGHTH AFFIRMATIVE DEFENSE

Any of the alleged actions of Defendant Samson in using force against the plaintiff were also justifiable and authorized pursuant to Connecticut General Statute §53a-19.

## NINTH AFFIRMATIVE DEFENSE

Any of the alleged actions of Defendant Samson in using force against the plaintiff were privileged pursuant to Connecticut General Statute §53a-22.

## TENTH AFFIRMATIVE DEFENSE

All incidents and claims that occurred three years or more from the filing date of the Complaint are barred by the Statute of Limitations.

DEFENDANTS
Steven Stebbins, Et Al.

GEORGE JEPSEN
ATTORNEY GENERAL


BY: */s/ Robert B. Fiske, III*
Robert B. Fiske, III
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct17831
E-Mail:  robert.fiske@ct.gov
Tel.:  (860) 808-5450
Fax:  (860) 808-5591


## **CERTIFICATION**

I hereby certify that on October 5, 2021 a copy of Defendant Samson's Answer and Affirmative Defenses to Plaintiff's Complaint, Docket #1, was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


*/s/ Robert B. Fiske, III*
Robert B. Fiske, III
Assistant Attorney General