UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Marcus Cameron<br>*Plaintiff*, | ) ) ) | 3:21-CV-165 (OAW) |
| v. | ) ) ) | |
| Steven Stebbins et al<br>*Defendants*. | ) ) ) ) | JANUARY 18, 2022 |

## **ORDER**

To promote an orderly and efficient transition of matters reassigned to the undersigned, the Court issues the following orders:

Within 14 days of this Order, the parties shall submit a Joint Status Report advising the Court as to the following:

1. A brief description of the nature of the case;

2. The status of discovery;

3. The nature and status of any outstanding motions, including the parties' position(s) as to whether any such motions are ripe for adjudication and whether the parties request oral argument on any motion;

4. Whether the parties are actively engaged in settlement discussions and/or whether the parties seek a referral to a Magistrate Judge for settlement purposes;

5. Whether the parties will consent to a trial before a magistrate judge; and

6. The estimated length of trial.

**SO ORDERED** at Hartford, Connecticut, this Eighteenth day of January 2022.

/s/ Omar A. Williams
OMAR A. WILLIAMS
UNITED STATES DISTRICT JUDGE