UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARCUS CAMERON,          )<br>Plaintiff                            )<br>                                   )<br>v.                                   )<br>                                   )<br>STEVEN STEBBINS,         )<br>STEPHEN SAMSON, JOHN DOE, )<br>BRYAN NOLAN,                )<br>MARK SQUIRES,              )<br>ENFIELD POLICE               )<br>DEPARTMENT,                  )<br>STATE OF CONNECTICUT,    )<br>CONNECTICUT STATE POLICE )<br>and the TOWN OF ENFIELD,    )<br><u>Defendants</u>                        ) | CIVIL ACTION NO.   3:21-cv-165 |

**JOINT STATUS REPORT**

In accordance with this Court's Order dated January 18, 2022, the parties submit this Joint Status Report.

1. **Brief Description of the Nature of the Case:**

**Plaintiff:** The Plaintiff alleged Fourth and Fourteenth Amendment violations, excessive force, defamation and 42 U.S.C. 1983 violations against the defendants. These claims stem from conduct by individual officers and their respective police departments, plus the Town of Enfield and State of Connecticut. Plaintiff was initially subjected to excessive force and defamation by named defendant Steven Stebbins, which escalated into a joint effort between defendant Stebbins and various members of the Enfield Police Department and Connecticut State Police,

with a defendant still to be named (John Doe). Plaintiff was subjected to seizure in outside of his home, defamation, and an unlawful search and seizure.

**Defendant Stebbins:** The plaintiff claims that Defendant Steven Stebbins subjected the plaintiff to excessive force and unreasonable seizure in violation of his Fourth, Fifth, and Eighth Amendment rights pursuant to 42 U.S.C. § 1983. Plaintiff also claims defamation *per se* against Defendant Stebbins.

**Defendant Sampson:** The plaintiff, Marcus Cameron alleges that State Police defendant Stephen Sampson subjected him to excessive force and unreasonable seizure in violation of his Fourth, Fifth, and Eighth Amendment rights, pursuant to 42 U.S.C. § 1983, and in doing so, violated the customs and policies of his agency and its training, subjected him to harassment and ultimately the loss of his job and subsequent financial damages..

**Defendants Nolan, Squires and Enfield Police Department:** The plaintiff, Marcus Cameron alleges that Enfield Police Department defendants Bryan Nolan and Mark Squires, and the Town of Enfield acted purposely and/or with deliberate indifference when subjecting the plaintiff to excessive force and unreasonable seizure in violation of his Fourth, Fifth, and Eighth Amendment rights, pursuant to 42 U.S.C. § 1983, and defamation *per se*, and in doing so, violated the customs and policies of the Enfield Police Department, and its training, subjected him to harassment and ultimately the loss of his job and subsequent financial damages.

2. **Status of Discovery:**

**Plaintiff:** Plaintiff has answered written discovery to defendants Nolan, Squires

and Enfield Police Department and expects to send written discovery requests to all defendants within thirty (30) days.

**Defendant Stebbins:** Defendant Stebbins intends to serve discovery. Defendant Stebbins intends to take the depositions of party witnesses and the depositions of any subsequently discovered fact witnesses.

**Defendant Sampson:** Defendant Sampson intends to serve Interrogatory and Production Requests on the plaintiff, take his deposition and that of any of his identified witnesses, but has not done so yet.

**Defendants Nolan, Squires and Enfield Police Department:** Defendants Nolan, Squires, and the Enfield Police Department has served written discovery on the plaintiff. These defendants intend to take the depositions of party witnesses and any subsequently discovered fact witnesses.

3. **The Nature and Status of any Outstanding Motions:**

There are no outstanding motions before the Court.

4. **Settlement Discussions:**

Parties have not engaged in any settlement negotiations.

5. **Consent to Magistrate Judge:**

Parties do not consent to a Magistrate for trial

6. **Estimated Length of Trial:**

Parties estimate one week for trial, to include jury selection.

Signed:

Plaintiff:

| | |
|---|---|
| _____/s/ Michelle S. Cruz_____ | _____/s/ Ryan P. McLane_____ |
| Michelle S. Cruz, Esq. | Ryan P. McLane, Esq. |
| Law Offices of Michelle S. Cruz | McLane & McLane, LLC |
| 35 Center Street, Suite 35 | 269 South Westfield |
| Chicopee, MA 01013 | Feeding Hills, MA 01030 |
| (413) 592-9400 | (413) 789-7771 |
| Cruz4law@gmail.com | ryan@mclanelaw.com |
| Juris: 428425 | Juris: 438176 |

Defendants,

Bryan Nolan, Mark Squires,

and Town of Enfield

_____/s/ Eric E. Gerarde_____
Eric E. Gerarde, Esq.
ct31120
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
(860) 249-7665 fax
egerarde@hl-law.com

| | |
|---|---|
| Defendant Stephen Sampson | Defendant Steven Stebbins |
| ____/s/  Robert B. Fiske, III_____ | ____/s/ Laura Vitale_____ |
| Robert B. Fiske, III | Laura Vitale |
| Assistant Attorney General | Assistant Attorney General |
| Ct17831 | ct29345 |
| Office of the Attorney General | Office of the Attorney General |
| 110 Sherman Street | 165 Capitol Avenue, Suite 5000 |
| Hartford, CT 06105 | Hartford, CT 06106 |
| Ph: (860) 808-5450 | Ph: (860) 808-5340 |
| Fax: (860) 808-5591 | Fax: (860) 808-5383 |
| e-mail: robert.fiske@ct.gov | e-mail: laura.vitale@ct.gov |