UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

**MARCUS CAMERON,**

**Plaintiff**

NO.: 3:21-cv-00165KAD

v.

**STEVEN STEBBINS, et al.**

**Defendants**

ORDER TO PRODUCE RECORDS

Plaintiff's Motion for Order of Records having been ALLOWED, the Massachusetts Office of the Commissioner of Probation is hereby Ordered to produce the following records to Plaintiff's Counsel:

1. All records pertaining to Plaintiff Marcus Cameron's wage documents from May 22, 2015 to Present, including his W2 forms;

2. All documents and electronically stored information concerning Plaintiff's administrative leave and the suspension of Plaintiff's employment that is referenced in the Complaint, including but not limited to documents and electronically stored information concerning the reasons for the suspension, the duration of the suspension, the employer's investigation and the outcome of that investigation;

3. All documents including correspondence and recordings exchanged to and from Defendant Steven Stebbins, with the Office of the Commissioner of Probation related to Plaintiff's Complaint;

4. All documents including correspondence and recordings exchanged to and from Defendant Stephen Samson, with the Office of the Commissioner of Probation related to Plaintiff's Complaint;

5. All documents including correspondence and recordings exchanged to and from Defendant Brian Nolan, with the Office of the Commissioner of Probation related to Plaintiff's Complaint;

6. All documents including correspondence and recordings exchanged to and from Defendant Mark Squires, with the Office of the Commissioner of Probation related to Plaintiff's Complaint.

7. All documents concerning the Massachusetts residency requirement as it pertains to Plaintiff, including but not limited to documents concerning Plaintiff's residency, any complaints about and investigation(s) into his residency, and any conclusion/outcome/consequence of such complaints and investigation(s).

So Ordered.

_____
Hon. Omar A. Williams


Dated:_____