## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARCUS CAMERON<br>*Plaintiff*, | : <br> : <br> : | CIVIL ACTION NO. 3:21-CV-00165 (OAW) |
| v. | : <br> : | |
| STEVEN STEBBINS,<br>STEPHEN SAMPSON, JOHN DOE,<br>BRYAN NOLAN, MARK SQUIRES,<br>ENFIELD POLICE DEPARTMENT,<br>STATE OF CONNECTICUT,<br>CONNECTICUT STATE POLICE and<br>the TOWN OF ENFIELD<br>*Defendant* | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | <br><br><br><br><br><br><br>October 21, 2022 |

## ORDER TO PRODUCE RECORDS

Defendant Steven Stebbins' Motion for Order to Produce Records having been ALLOWED, the Massachusetts Office of the Commissioner of Probation is hereby ordered to produce the following records to Assistant Attorney General Laura Vitale, counsel for Defendant Steven Stebbins, for use in this litigation:

1. All documents and electronically stored information concerning the formation of Plaintiff Marcus A. Cameron's employment with the Massachusetts Office of the Commissioner of Probation, including but not limited to documents and electronically stored information concerning Marcus A. Cameron's job duties and responsibilities, job application, job offer, and job acceptance.

2. All documents concerning Plaintiff Marcus A. Cameron's promotion to Assistant Chief Probation Officer.

3. Plaintiff Marcus A. Cameron's disciplinary records, including but not limited to any placement on administrative leave and any suspension of his employment; and including

all documents and electronically stored information concerning the reasons for the administrative leave, suspension, or discipline; the duration of the administrative leave, suspension, or discipline; any investigation related to the administrative leave, suspension or discipline, and the outcome of that investigation.

4. All documents and electronically stored information concerning the Massachusetts residency requirement as it pertains to Plaintiff Marcus A. Cameron, including but not limited to documents concerning Marcus A. Cameron's residency, documents concerning any complaints about and investigation(s) into his residency; and any documents concerning the conclusion/outcome/consequence of such complaints and investigation(s).

The official keeper of records for the Office of the Commissioner of Probation will provide Assistant Attorney General Laura Vitale with attested copies of said records. Assistant Attorney General Laura Vitale shall supply to the Office of the Commissioner of Probation sufficient personal identifiers (e.g. name, address, date of birth) for the records requested.

So Ordered.

_____
Hon. Omar A. Williams

Dated:_____