UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARCUS CAMERON, | : | No. 3:21-cv-00165 (OAW) |
| *Plaintiff*, | : | |
| v. | : | |
| STEVEN STEBBINS, et al., | : | |
| *Defendants*. | : | October 24, 2022 |

**DEFENDANT, STEVEN SAMSON'S, MOTION
FOR EXTENSION OF TIME OF THE
DISCOVERY DEADLINE WITH CONSENT**

Pursuant to Local Rule 7(b), Defendant, Stephen Samson, respectfully move for a thirty-one day extension of time of the deadline for written discovery propounded by Plaintiff on September 28, 2022. Specifically, Defendant requests an additional thirty-one days, until November 28, 2022, to provide responses and objections to Plaintiff's requests for admission, interrogatories, and requests for production. Plaintiff, through counsel, consents to this extension. In support thereof, the undersigned submits the following:

1. Plaintiff filed this Complaint on February 9, 2021. (Doc. #1)

2. Plaintiff, through counsel, propounded discovery requests, including requests for admission, interrogatories, and requests for production, on September 28, 2022.

3. Discovery responses are due on October 28, 2022.

4. The undersigned has contacted Defendant Samson in order to respond to the Plaintiff's written discovery, but requests additional time to complete those responses.

5. This is Defendant Samson's first request with regard to this particular deadline.

6. The undersigned respectfully submits there is good cause to grant this Motion. The undersigned is also currently handling several other cases before the United States District Court of Connecticut, the Superior Court of Connecticut, and the Connecticut Office of the Claims Commissioner. Finally, the Plaintiff does not object to this request for extension of time.

WHEREFORE, Defendants respectfully request the Court grant this Motion.

                                              DEFENDANT
                                              Stephen Samson,

                                              WILLIAM TONG
                                              ATTORNEY GENERAL

BY: */s/ Dennis V. Mancini*
Dennis V. Mancini (ct30239)
Assistant Attorney General
State of Connecticut
Office of the Attorney General
110 Sherman Street
Hartford, CT 06105
dennis.mancini@ct.gov
Tel: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

      I hereby certify that on October 24, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

      /s/ *Dennis V. Mancini*
      Dennis V. Mancini (ct30239)
      Assistant Attorney General