UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

**MARCUS CAMERON,**

**Plaintiff**

**v.**

NO.: 3:21-cv-00165KAD

**STEVEN STEBBINS, et al.**

**Defendants**

### ASSENTED-TO MOTION FOR EXTENSION OF DISCOVERY DEADLINE

After conference with counsel for each party, Plaintiff moves to extend the discovery deadline and therefore amend the Scheduling Order deadlines set by the Court) by sixty (60) days.

As reasons therefore:

1. Multiple defendants have requested extensions of time to complete discovery, which would bring their date of production to the end of December, 2021.

2. Plaintiff has agreed to each request but wishes to depose defendants at the completion of written discovery.

3. Multiple discovery Motions are also pending before this Court which could have an impact on the depositions of each party.

4. After counsel for each party conferred on the issue, a sixty (60) day extension was agreed upon for the completion of discovery.

2

| | |
|---|---|
| /s/ Michelle S. Cruz | /s/ Ryan P. McLane |
| Michelle S. Cruz, Esq. | Ryan P. McLane, Esq. |
| Law Offices of Michelle S. Cruz | McLane & McLane, LLC |
| 1380 Main Street, Suite 403 | 269 South Westfield |
| Springfield, MA 01103 | Feeding Hills, MA 01030 |
| (413) 592-9400 | (413) 789-7771 |
| Cruz4law@gmail.com | ryan@mclanelaw.com |
| Juris: 428425 | Juris: 438176 |

**CERTIFICATE OF SERVICE**

    I do hereby certify that a true copy of the above document was served upon the parties and/or attorneys of record via ECF on November 28, 2022.

                                                /s/ Ryan P. McLane