UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARCUS CAMERON, | : | No. 3:21-cv-00165 (OAW) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| STEVEN STEBBINS, et al., | : | |
| *Defendants.* | : | JANUARY 17, 2023 |

## DEFENDANTS' MOTION TO DISMISS

Defendants, State of Connecticut, Connecticut State Police, and Stephen Samson in his Official Capacity, hereby move to dismiss the plaintiff's complaint in its entirety pursuant to Rules 12(b)(1) of the Federal Rules of Civil Procedure. As the accompanying memorandum of law will demonstrate, the case should be dismissed on the grounds that the Plaintiff's claims are barred by the Eleventh Amendment.

> DEFENDANTS
> State of Connecticut, Connecticut
> State Police, and
> Stephen Samson in his Official
> Capacity
>
> WILLIAM TONG
> ATTORNEY GENERAL
>
> BY: /s/ *Dennis V. Mancini*
> Dennis V. Mancini (ct30239)
> Assistant Attorney General
> State of Connecticut
> Office of the Attorney General
> 110 Sherman Street
> Hartford, CT 06105
> dennis.mancini@ct.gov
> Tel: (860) 808-5450
> Fax: (860) 808-5591

**CERTIFICATION**

      I hereby certify that on January 17, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Dennis V. Mancini*
Dennis V. Mancini (ct30239)
Assistant Attorney General