**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MARCUS CAMERON | : | CIVIL ACTION NO. 3:21-CV-00165 (OAW) |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| STEVEN STEBBINS, | : | |
| STEPHEN SAMPSON, JOHN DOE, | : | |
| BRYAN NOLAN, MARK SQUIRES, | : | |
| ENFIELD POLICE DEPARTMENT, | : | |
| STATE OF CONNECTICUT, | : | |
| CONNECTICUT STATE POLICE and | : | |
| the TOWN OF ENFIELD | : | |
| *Defendant* | : | May 22, 2023 |

**DEFENDANT STEBBINS AND DEFENDANT SAMSON'S JOINT CONSENTED TO MOTION FOR EXTENSION OF THE SUMMARY JUDGMENT DEADLINE**

Pursuant to Local Rule 7(b), Defendant Steven Stebbins and Defendant Stephen Samson jointly and respectfully request a thirty (30) day extension of the summary judgment deadline to July 3, 2023. Plaintiff's counsel consents to this extension on the condition that the deadline to file a response is set for August 11, 2023 to accommodate Plaintiff's counsel's military training from July 7 through July 23, 2023. Counsel for the defendants Nolan, Squires and Enfield also consent to this extension.

1. The current dispositive motion deadline is June 2, 2023, and the current deadline for responses is July 2, 2023.

2. There was voluminous discovery in this case of documents, audio and video recordings, and five depositions.

3. The undersigned counsel for Defendant Stebbins has experienced recent and unexpected turnover within her department, which has required the reassignment of cases at various stages in litigation. The undersigned is handling other matters that impact her ability to file for summary judgment by the current deadline.

1

4. The undersigned counsel for Defendant Samson has been assigned numerous federal and state cases, claims cases, habeas cases, administrative cases, and transactional work. Specifically, the undersigned counsel for Defendant Samson is currently drafting three separate dispositive motions. Although the undersigned believed he would have time to complete summary judgement in this matter prior to the deadline, despite diligent effort, addressing other matters has taken longer than the undersigned anticipated. At present the undersigned does not expect to have summary judgment in this matter completed prior to the deadline or earlier than thirty days from the deadline in light of his current workload and pending deadlines.

The undersigned counsel will continue to work diligently to meet the dispositive motion deadline in this matter but respectfully require additional time to do so. The undersigned respectfully submit that thirty days is both reasonable and necessary for the reasons provided in this motion. This is the first motion for extension of time that is specific to the summary judgment deadline.[1]

WHEREFORE, Defendants Stebbins and Samson respectfully request that the Court extend the deadline to July 3, 2023 for all defendants to file a motion for summary judgment, and an extension to August 11, 2023 for Plaintiff to file a response.

---

[1] The deadline was previously moved to accommodate extensions of the discovery deadline.

                DEFENDANT STEVEN STEBBINS

                WILLIAM TONG
                ATTORNEY GENERAL

By:    _/s/ Laura Vitale_
        Laura E. Vitale
        Assistant Attorney General
        Office of the Attorney General
        165 Capitol Avenue, Suite 5000
        Hartford, CT  06106
        Tel: (860) 808-5340
        Fax.: (860) 808-5383
        Federal Bar No. ct29345
        Email:  Laura.Vitale@ct.gov

        DEFENDANT STEPHEN SAMSON

        WILLIAM TONG
        ATTORNEY GENERAL

By:    /s/ _Dennis Mancini_
        Dennis V. Mancini (ct30239)
        Assistant Attorney General
        State of Connecticut
        Office of the Attorney General
        110 Sherman Street
        Hartford, CT 06105
        dennis.mancini@ct.gov
        Tel: (860) 808-5450
        Fax: (860) 808-5591

**CERTIFICATION**

      I hereby certify that on May 22, 2023, a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                           /s/ *Laura E. Vitale*
                                           Laura E. Vitale (#ct29345)
                                           Assistant Attorney General