**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MARCUS CAMERON<br>*Plaintiff*<br><br>v.<br><br>STEVEN STEBBINS,<br>STEPHEN SAMSON, JOHN DOE,<br>BRYAN NOLAN, MARK SQUIRES,<br>ENFIELD POLICE DEPARTMENT,<br>STATE OF CONNECTICUT,<br>CONNECTICUT STATE POLICE,<br>AND TOWN OF ENFIELD<br>*Defendants* | : | CIVIL ACTION NO. 3:21CV00165 (OAW)<br><br>July 3, 2023 |

**DEFENDANT STEVEN STEBBINS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56, Defendant Steven Stebbins hereby moves for summary judgment in his favor. The evidence submitted with this motion shows there is no genuine issue of material fact and that Defendant is entitled to judgment as a matter of law. Accordingly, Defendant Stebbins respectfully submits that this Court should grant summary judgment in Defendant's favor as to this action in its entirety.

Defendant Stebbins has filed a Memorandum of Law contemporaneously with this motion, as well a Statement of Undisputed Material Facts with supporting exhibits pursuant to Local Rule 56(a)(1).

DEFENDANT STEVEN
STEBBINS

WILLIAM TONG
ATTORNEY GENERAL

By: _/s/ Laura Vitale_____
Laura E. Vitale
Assistant Attorney General
Office of the Attorney General
Employment Section
165 Capitol Avenue, Suite 5000
Hartford, CT 06106
Tel: (860) 808-5340
Fax.: (860) 808-5383
Federal Bar No. ct29345
Email: Laura.Vitale@ct.gov

**CERTIFICATION**

I hereby certify that on July 3, 2023, a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Laura Vitale_
Laura E. Vitale (#ct29345)
Assistant Attorney General