**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

**MARCUS CAMERON,**

**Plaintiff**

**NO.: 3:21-cv-00165OAW**

**v.**

**STEVEN STEBBINS, et al.**

**Defendants**

**PLAINTIFF'S INDEX OF EXHIBITS**

Exhibit A: Transcript of deposition of Marcus Cameron dated August 23, 2022

Exhibit B: Transcript of deposition of Marcus Cameron dated March 16, 2023

Exhibit C: Transcript of deposition of Steven Stebbins

Exhibit D: Transcript of deposition of Stephen Samson

Exhibit E: Transcript of deposition of Bryan Nolan

Exhibit F: Transcript of deposition of Mark Squires

Exhibit G: Plaintiff's Complaint

Exhibit H: COLLECT Database Search History of Plaintiff

Exhibit I: Plaintiff's May 27, 2018 email

Exhibit J: Construction Report

Exhibit K: Video of Alex Vasichenko encounter

Exhibit L: Internal Affairs Report

Exhibit M: Amended Internal Affairs Report

Exhibit N: Letter to Stebbins regarding no communication

Exhibit O: Recording of Voicemail

Exhibit P: Transcript of Voicemail

Exhibit Q: Residency Complaint Letter

Exhibit R: Pictures of Stebbins from November 12, 2018

Exhibit S: Stebbins Protective Order Request

Exhibit T: Stebbins Protective Order Information

Exhibit U: Pictures of Nolan from November 20, 2018

Exhibit V: Video of Nolan from November 20, 2018

Exhibit W: Video of Nolan from November 20, 2018

Exhibit X: Protective Order Transcript from November 23, 2018

Exhibit Y: Arrest Warrant Application

Exhibit Z: Recording of Plaintiff's Arrest

Exhibit AA: Administrative Leave Letters

Exhibit BB: Protective Order Transcript from December 14, 2018 hearing

Exhibit CC: Protective Order Ruling

Exhibit DD: Traffic Stop Procedures

Exhibit EE: Video of Stebbins speaking with EPD Officer.

Exhibit FF: Video of November 12, 2018 Seizure

Exhibit GG: May 25, 2018 Email to Lt. Cooke