**Subject:** Incident

**From:** Marcus Cameron (mcameron1534@yahoo.com)

**To:** eric.cooke@ct.gov;

**Date:** Friday, May 25, 2018 9:12 AM

Good morning,

After some intense contemplation and with regret after a very alarming and disturbing event that transpired on 5/22/18 with an at the time unidentified CT state trooper, I am filing this formal complaint with your department.

Event details are as follows:

"On 5/22/18 at approximately 3:45pm, I exited I91-S at exit 49 and stopped at a red light. While stopped at this red light I observed a gray unmarked police vehicle traveling southbound on route 5 (Enfield St). While observing this vehicle I observed the operator through his passenger side window holding an electronic device in his right hand, in the area of his right face/mouth. After the trooper went through the intersection the light turned green (for me) and I proceeded to make a right traveling southbound on Route 5 (Enfield St) as well. It should be noted that at this point of Route 5 (Enfield St) the roadway is one lane traveling northbound and shoulder on one side and one lane traveling southbound and a shoulder on the other side. This roadway eventually becomes a two lane travelway southbound and northbound. As we traveled south, I was directly behind the Trooper approximately 4 car lengths and directly in front of him was a blue sedan. After this southbound roadway became 2 travel lanes the blue sedan signaled left and slowed down before turning left into one of the parking lots. The trooper slowed down behind the vehicle and effectively came to a stop. I was in the right travel lane and proceeded past both of these stopped vehicles and through my rearview mirror I observed the trooper change lanes and was now traveling behind me in the right lane. I then signaled left to change into the left lane, as I knew I was going to make a left turn down Freemont Rd. Before turning left down Freemont Rd, I observed a stopped school bus further south down Route 5 (Enfield St) and in my rearview mirror I observed the trooper stop in the left lane approximately 1000 ft away from the intersection of Freemont Rd and Route 5 (Enfield St). After making the left turn down Freemont Rd and proceeding to the address I was traveling to, I no longer observed the trooper following me and I knew from my observations that he lost sight of my vehicle. As I was parking in the driveway of my location, I observed a state trooper vehicle pulling up to the driveway I was parking at. This vehicle approached this address at a high rate of speed and the brakes were activated hard causing the vehicle to jerk as it came to a stop. The trooper parked his vehicle half way in the driveway and half way in the street. As he approached the home he almost hit the parked car in front of my home which was occupied by a guest who was meeting me at this address. The trooper exited his vehicle in a very aggressive manner. This unidentified trooper was dressed in a tshirt, jeans, sneakers and did not display any police shield. The trooper approached my vehicle which was backed into to driveway at the driver side. I rolled down my window to engage with the officer who had glassy eyes and he stated "is something wrong with you?" I responded "excuse me, may I help you? Is there a reason that you're in this driveway?" He stated "you were speeding". I said "I was not speeding". He then stated, "you also rolled through the stop sign". I stated, "no I didnt, and do you know I seen you driving on your phone?" He responded "no I wasn't, do you want to see my call log?