**STATE OF CONNECTICUT**

**DEPARTMENT OF EMERGENCY SERVICES AND PUBLIC PROTECTION**

**LEGAL AFFAIRS UNIT**

March 31, 2023

Mr. Marcus Cameron
P.O. Box 6362
Springfield, MA 01101

**RE: Your Freedom of Information Act Request- COLLECT data**

Dear Mr. Cameron:

In response to your request for COLLECT data, enclosed please find the results of search number 1, 2 and 3.

For us to provide data concerning Netesha Bestman or Angela Harrington, their dates of birth would need to be provided.

Redactions have been made pursuant to C.G.S. 14-10. Your information has been left in since this is being provided to you.

Should you have any questions concerning this matter, please do not hesitate to call this office at (860) 685-8150.

Please reference the file number indicated below on all communications to this agency to ensure proper handling of your request.

Very truly yours,

*Legal Affairs Unit*

Legal Affairs Unit

File No.: F-23-08808

*1111 Country Club Road*
*Middletown, CT 06457*
*Phone: (860) 685-8150/Fax: (860) 685-8611*
*An Affirmative Action/Equal Opportunity Employer*

Under the Freedom of Information Act, I am requesting an opportunity to inspect or obtain copies of public records(via email) that show **all license plates run by Trooper Steven Stebbins from 7/20/18 – 7/23/18.**

| ORI | User ID | Timestamp | Plate | |
|---|---|---|---|---|
| [redacted] | | 2018-07-20 06:36:40.40 | 6GH539 | [redacted] |
| | | 2018-07-20 06:42:28.28 | 6GH539 | |
| | | 2018-07-20 06:46:29.29 | | |
| | | 2018-07-20 06:47:32.32 | 6GH539 | |
| | | 2018-07-20 06:55:42.42 | 82MT58 | |
| | | 2018-07-20 07:01:48.48 | 6GH539 | |
| | | 2018-07-20 07:02:13.13 | 914XF9 | |
| | | 2018-07-20 07:04:35.35 | 6GH539 | |
| | | 2018-07-21 07:00:47.47 | S52554 | |
| | | 2018-07-21 07:04:49.49 | 69PM86 | |
| | | 2018-07-21 07:06:17.17 | 7XZ766 | |
| | | 2018-07-21 09:11:50.50 | 69 | |
| | | 2018-07-21 09:12:32.32 | CARLA | |
| | | 2018-07-21 09:12:34.34 | | |
| | | 2018-07-21 09:38:00.00 | AN78525 | |
| | | 2018-07-21 09:38:02.02 | | |
| | | 2018-07-21 10:05:58.58 | AF15709 | |
| | | 2018-07-21 10:27:29.29 | LUV2RI | |
| | | 2018-07-21 10:29:27.27 | AG97768 | |
| | | 2018-07-21 10:29:29.29 | | |
| | | 2018-07-21 10:31:33.33 | | |
| | | 2018-07-21 10:33:57.57 | 890BWL | |
| | | 2018-07-21 10:33:58.58 | | |
| | | 2018-07-21 10:43:32.32 | AB60966 | |
| | | 2018-07-21 10:43:33.33 | | |
| | | 2018-07-21 10:46:28.28 | | |
| | | 2018-07-21 10:53:39.39 | 3WE321 | |
| | | 2018-07-21 10:56:01.01 | | |
| | | 2018-07-21 10:56:32.32 | | |
| | | 2018-07-21 11:07:54.54 | AL6623 | [redacted] |
| | | 2018-07-21 11:25:31.31 | 6GH329 | |
| | | 2018-07-21 11:28:05.05 | 4JJ878 | |
| | | 2018-07-21 11:38:37.37 | AJ95119 | |
| | | 2018-07-21 11:38:39.39 | | |
| | | 2018-07-21 11:38:56.56 | AJ95117 | |
| | | 2018-07-21 11:38:57.57 | | |
| | | 2018-07-21 11:39:06.06 | | |
| | | 2018-07-21 12:42:03.03 | IMNAKA | |
| | | 2018-07-21 12:42:04.04 | | |
| | | 2018-07-21 12:43:26.26 | | |
| | | 2018-07-21 12:45:55.55 | AF50649 | |
| | | 2018-07-21 12:45:56.56 | | |
| | | 2018-07-21 12:48:06.06 | | |
| | | 2018-07-21 13:03:25.25 | AC57428 | |
| | | 2018-07-21 13:03:26.26 | | |
| | | 2018-07-21 13:09:24.24 | 9534CJ | |
| | | 2018-07-21 13:09:25.25 | | |
| | | 2018-07-21 13:15:56.56 | KJZ8747 | |
| | | 2018-07-21 13:27:07.07 | | |
| | | 2018-07-21 13:27:48.48 | | |
| | | 2018-07-21 13:44:28.28 | NIKI1 | |
| | | 2018-07-21 13:44:31.31 | | |
| | | 2018-07-21 13:44:39.39 | | |
| | | 2018-07-21 13:55:02.02 | | |
| | | 2018-07-21 14:07:01.01 | | |
| | | 2018-07-21 15:01:25.25 | 256JGO | |
| | | 2018-07-21 15:01:26.26 | | |
| | | 2018-07-22 07:13:50.50 | AC57428 | |
| | | 2018-07-22 07:13:51.51 | | |
| | | 2018-07-22 08:14:50.50 | | |
| | | 2018-07-22 08:18:26.26 | AK76923 | |
| | | 2018-07-22 08:18:28.28 | | |
| | | 2018-07-22 13:45:06.06 | AB70463 | |
| | | 2018-07-22 14:04:00.00 | LP582 | |
| | | 2018-07-22 14:05:50.50 | | |
| | | 2018-07-22 14:18:03.03 | 890STJ | |
| | | 2018-07-22 14:18:04.04 | | |

| | | | |
|---|---|---|---|
| [redacted] | 2018-07-22 14:18:10.10 | | [redacted] |
| | 2018-07-22 14:56:54.54 | 011YSX | |
| | 2018-07-22 15:00:09.09 | | |
| | 2018-07-22 15:48:15.15 | KTYC | |
| | 2018-07-22 15:48:16.16 | | |
| | 2018-07-22 15:48:25.25 | | |
| | 2018-07-22 15:49:21.21 | BLS1586 | |
| | 2018-07-22 16:37:54.54 | 362TGA | |
| | 2018-07-22 16:37:55.55 | | |
| | 2018-07-22 16:38:01.01 | | |
| | 2018-07-22 16:43:52.52 | 7AGFM5 | |
| | 2018-07-22 16:43:53.53 | | |
| | 2018-07-22 16:44:15.15 | AC34802 | |
| | 2018-07-22 16:44:16.16 | | |
| | 2018-07-22 16:44:35.35 | D87DCJ | |
| | 2018-07-22 16:45:10.10 | AL87720 | |
| | 2018-07-22 16:45:14.14 | | |
| | 2018-07-22 16:45:25.25 | 2HE485 | |
| | 2018-07-22 16:46:17.17 | 3AHKB7 | |
| | 2018-07-22 16:46:18.18 | | |
| | 2018-07-22 16:48:34.34 | AH83627 | |
| | 2018-07-22 16:48:35.35 | | |
| | 2018-07-22 17:04:38.38 | 692RAS | |
| | 2018-07-22 17:04:40.40 | | |
| | 2018-07-22 17:04:57.57 | | |
| | 2018-07-22 17:39:46.46 | 8AVMT2 | |
| | 2018-07-22 18:30:18.18 | | |
| | 2018-07-22 19:10:00.00 | | |
| | 2018-07-22 20:22:57.57 | AL86023 | |
| | 2018-07-22 20:22:58.58 | | |
| | 2018-07-22 20:24:28.28 | | |
| | 2018-07-22 20:25:10.10 | | |
| | 2018-07-22 20:28:15.15 | | |
| | 2018-07-22 20:28:55.55 | | |
| | 2018-07-23 06:24:11.11 | AA06070 | |
| | 2018-07-23 06:24:12.12 | | |
| | 2018-07-23 06:24:19.19 | | |

Any and all records, reports, lists, logs, and/or computer generated search results pertaining to <u>any queries by CT State Police</u>, any local police departments, or any other State of CT agency for the following information: <u>Marcus Cameron (DOB 6/15/86), License plate number, or any other identifying information from 2/22/18-present day.</u>

| ORI | User ID | Trooper | Timestamp | Plate | State | VIN | Last Name | First Name | Middle Name | DOB | Sex | OLN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | STEBBINS | 2018-05-22 15:42:05.05 | AK77728 | CT | 1HGCS22899A008922 | CAMERON | MARCUS | | 19860615 | | 189253763 |
| | | STEBBINS | 2018-05-22 15:42:06.06 | | | | CAMERON | MARCUS | | 19860615 | | |
| | | STEBBINS | 2018-05-22 15:45:54.54 | | | | CAMERON | MARCUS | | 19860615 | | |
| | | STEBBINS | 2018-05-22 16:03:02.02 | | | | CAMERON | MARCUS | | 19860615 | | |
| | | STEBBINS | 2018-05-22 16:33:48.48 | | | | CAMERON | MARCUS | | 19860615 | | |
| | | STEBBINS | 2018-06-21 07:47:46.46 | AA06089 | CT | JNKAY01F87M451274 | CAMERON | MARCUS | | 19860615 | | 189253763 |
| | | STEBBINS | 2018-06-21 07:47:47.47 | | | | CAMERON | MARCUS | | 19860615 | | |
| | | STEBBINS | 2018-06-21 07:48:30.30 | | | | CAMERON | MARCUS | | 19860615 | | |
| | | GOGLUICCI | 2018-07-05 14:05:06.06 | | | | cameron | marcus | a | 19860615 | | |
| | | SUTHERLAND | 2018-07-24 08:29:41.41 | | | | CAMERON | MARCUS | ANTHONY | 19860615 | M | 189253763 |
| | | STEBBINS | 2018-09-05 07:25:13.13 | | | | CAMERON | MARCUS | | 19860615 | | |
| | | STEBBINS | 2018-11-12 14:32:47.47 | AA06089 | CT | JNKAY01F87M451274 | CAMERON | MARCUS | | 19860615 | | 189253763 |
| | | ATKINS | 2018-12-13 19:14:59.59 | AK77728 | CT | 1HGCS22899A008922 | CAMERON | MARCUS | | 19860615 | | 189253763 |
| | | ATKINS | 2018-12-13 19:17:15.15 | AA06089 | CT | JNKAY01F87M451274 | CAMERON | MARCUS | | 19860615 | | 189253763 |
| | | ATKINS | 2018-12-13 19:18:23.23 | | | | CAMERON | MARCUS | | 19860615 | | |
| | | FUSULO | 2018-12-14 00:18:10.10 | AK77728 | CT | 1HGCS22899A008922 | CAMERON | MARCUS | | 19860615 | | 189253763 |
| | | FUSULO | 2018-12-14 00:19:31.31 | AA06089 | CT | JNKAY01F87M451274 | CAMERON | MARCUS | | 19860615 | | 189253763 |
| | | KARADIMOS | 2018-12-14 23:40:04.04 | AK77728 | CT | 1HGCS22899A008922 | CAMERON | MARCUS | | 19860615 | | 189253763 |
| | | KARADIMOS | 2018-12-14 23:40:24.24 | AA06089 | CT | JNKAY01F87M451274 | CAMERON | MARCUS | | 19860615 | | 189253763 |
| | | KARADIMOS | 2018-12-14 23:40:29.29 | | | | CAMERON | MARCUS | | 19860615 | | |

Any and all records, reports, lists, logs, and/or computer generated search results pertaining to <u>any queries by CT State Police</u>, any local police departments, or any other State of CT agency of <u>license plate numbers: AA06089 (CT), AK77728 (CT), AL61903 (CT), 4IRS05 (MA), and 1ZP839 (MA) from 2/22/18-present day.</u>

| ORI | User ID | Trooper | Timestamp | Plate | State | VIN | Last Name | First Name | DOB | OLN |
|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | STEBBINS | 2018-06-21 07:47:46.46 | AA06089 | CT | JNKAY01F87M451274 | CAMERON | MARCUS | 19860615 | 189253763 |
| | | STEBBINS | 2018-11-12 14:32:47.47 | AA06089 | CT | JNKAY01F87M451274 | CAMERON | MARCUS | 19860615 | 189253763 |

[redacted]

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ATKINS | 2018-12-13 19:17:15.15 | AA06089 | CT | JNKAY01F87M451274 | CAMERON | MARCUS | 19860615 | 189253763 |
| FUSULO | 2018-12-14 00:19:31.31 | AA06089 | CT | JNKAY01F87M451274 | CAMERON | MARCUS | 19860615 | 189253763 |
| KARADIMOS | 2018-12-14 23:40:24.24 | AA06089 | CT | JNKAY01F87M451274 | CAMERON | MARCUS | 19860615 | 189253763 |

| Trooper | Timestamp | Plate | State | VIN | Last Name | First Name | DOB | OLN |
|---|---|---|---|---|---|---|---|---|
| STEBBINS | 2018-05-22 15:42:05.05 | **AK77728** | CT | 1HGCS22899A008922 | CAMERON | MARCUS | 19860615 | 189253763 |
| ATKINS | 2018-12-13 19:14:59.59 | AK77728 | CT | 1HGCS22899A008922 | CAMERON | MARCUS | 19860615 | 189253763 |
| FUSULO | 2018-12-14 00:18:10.10 | AK77728 | CT | 1HGCS22899A008922 | CAMERON | MARCUS | 19860615 | 189253763 |
| KARADIMOS | 2018-12-14 23:40:04.04 | AK77728 | CT | 1HGCS22899A008922 | CAMERON | MARCUS | 19860615 | 189253763 |

| Trooper | Timestamp | Plate | State | [redacted] |
|---|---|---|---|---|
| STEBBINS | 2018-07-15 18:10:22.22 | **AL61903** | CT | |
| STEBBINS | 2018-09-18 07:11:07.07 | AL61903 | CT | |
| ALDASCH | 2021-02-12 14:26:43.43 | AL61903 | CT | |

| Trooper | Timestamp | Plate | State |
|---|---|---|---|
| STEBBINS | 2018-08-07 07:40:21.21 | **41RS05** | MA |

| Trooper | Timestamp | Plate | Type |
|---|---|---|---|
| STEBBINS | 2018-08-07 07:28:31.31 | **1ZP839** | Passenge |

FOIA 19-02528
PLATE/AL61903

| ID | ORI | User ID | Timestamp | Plate | State | Expiration | VIN |
|---|---|---|---|---|---|---|---|
| 69418793 | [redacted] | PSC23113 | 2018 06-12 12:57:33.144 | AL61903 | CT | 2018 | WA1ECCFS5JR006407 |
| 72661172 | [redacted] | PSC00762 | 2018 07-15 18:10:21.916 | AL61903 | CT | | WA1ECCFS5JR006407 |
| 79090538 | [redacted] | PSC00762 | 2018 09-18 07:11:06.725 | AL61903 | CT | | WA1ECCFS5JR006407 |

~~PSC23113~~ =
PSC00762 = TROOPER STEBBINS
7/15/19 - FOLLOWED NO STOP OR POLICE REASON
9/18/19 - " " " " " "
*CALLED ME & INFORMED ME HE WAS BEHIND HER FOLLOWING. SEE PHONE RECORD



CAMERON000471

FOIA 19-02528

PLATE/1ZP839

| ID | ORI | User ID | Timestamp | Plate | Type | State | Expiration |
|---|---|---|---|---|---|---|---|
| 74920750 | [redacted] | PSC00762 | 2018-08-07 07:28:31.134 | 1ZP839 | Passenger | MA | 2018 |

TEXT PROVIDED I WAS FOLLOWED
THIS DATE/TIME BY S. STEBBINS

MAKING HIM USER ID PSC00762

FOIA 19-02528
Plate/AA06089

| ID | ORI | User ID | Timestamp | Plate | Type | State | Expirati | VIN | Last Name | First Name | DOB | OLN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70253863 | [redacted] | PSC00762 | 2018-06-21 07:47:46.301 | AA06089 | | CT | | JNKAY01F87M451274 | CAMERON | MARCUS | 19860615 | 189253763 |
| 81453028 | [redacted] | PSC58031 | 2018-10-13 09:06:56.387 | AA06089 | | CT | 2018 | JNKAY01F87M451274 | CAMERON | MARCUS | 19860615 | 189253763 |
| 84306254 | [redacted] | PSC00762 | 2018-11-12 14:32:46.588 | AA06089 | | CT | | JNKAY01F87M451274 | CAMERON | MARCUS | 19860615 | 189253763 |
| 84307218 | [redacted] | PSCAPMDT | 2018-11-12 14:43:59.040 | AA06089 | PC | CT | 2018 | JNKAY01F87M451274 | CAMERON | MARCUS | 19860615 | 189253763 |
| 84307286 | [redacted] | PSCAPMDT | 2018-11-12 14:44:43.800 | AA06089 | PC | CT | 2018 | JNKAY01F87M451274 | CAMERON | MARCUS | 19860615 | 189253763 |
| 84307886 | [redacted] | PSC58006 | 2018-11-12 14:55:16.356 | AA06089 | Passenger | CT | | JNKAY01F87M451274 | CAMERON | MARCUS | 19860615 | 189253763 |
| 84310635 | [redacted] | PSC58030 | 2018-11-12 15:35:52.012 | AA06089 | | CT | 2018 | JNKAY01F87M451274 | CAMERON | MARCUS | 19860615 | 189253763 |
| 84504025 | [redacted] | PSCAPMDT | 2018-11-14 15:28:05.037 | AA06089 | PC | CT | 2018 | JNKAY01F87M451274 | CAMERON | MARCUS | 19860615 | 189253763 |
| 84608411 | [redacted] | PSCAPMDT | 2018-11-15 16:36:54.970 | AA06089 | PC | CT | 2018 | JNKAY01F87M451274 | CAMERON | MARCUS | 19860615 | 189253763 |
| 84732127 | [redacted] | PSC58031 | 2018-11-17 00:51:30.838 | AA06089 | | CT | 2018 | JNKAY01F87M451274 | CAMERON | MARCUS | 19860615 | 189253763 |
| 87082754 | [redacted] | PSC58086 | 2018-12-11 16:16:37.251 | AA06089 | | CT | 2018 | JNKAY01F87M451274 | CAMERON | MARCUS | 19860615 | 189253763 |
| 87083667 | [redacted] | PSC58065 | 2018-12-11 16:24:06.589 | AA06089 | | CT | 2018 | JNKAY01F87M451274 | CAMERON | MARCUS | 19860615 | 189253763 |
| 87315031 | [redacted] | PSC00029 | 2018-12-13 19:17:14.545 | AA06089 | | CT | | JNKAY01F87M451274 | CAMERON | MARCUS | 19860615 | 189253763 |
| 87337488 | [redacted] | PSC00470 | 2018-12-14 00:19:30.781 | AA06089 | | CT | | JNKAY01F87M451274 | CAMERON | MARCUS | 19860615 | 189253763 |
| 87441128 | [redacted] | PSC00677 | 2018-12-14 23:40:23.667 | AA06089 | | CT | | JNKAY01F87M451274 | CAMERON | MARCUS | 19860615 | 189253763 |

PSC00762 = TROOPER S. STEBBINS
6/21/18 - UNKNOWN REASON - NO STOP/JUST FOLLOWING
11/12/18 - PSC00762 - CONSISTE w/ 911 CALL
WHICH FURTHER IDENTIFIES HIM AS THIS USER



CAMERON000473

FOIA 19-02528

PLATE/AK77728

| ID | ORI | User ID | Timestamp | Plate | Type | Stat | Expirat | VIN | Last Name | First Name | DOB | OLN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 67367482 | [redacted] | PSC00762 | 2018 -05-22 15:42:04.766 | AK77728 | | CT | | 1HGCS22899A008922 | CAMERON | MARCUS | 19860615 | 189253763 |
| 74698762 | | PSC58110 | 2018 -08-04 18:52:10.698 | AK77728 | | CT | 2018 | 1HGCS22899A008922 | CAMERON | MARCUS | 19860615 | 189253763 |
| 87108513 | | PSC58014 | 2018 -12-11 20:42:53.160 | AK77728 | | CT | 2018 | 1HGCS22899A008922 | CAMERON | MARCUS | 19860615 | 189253763 |
| 87108683 | | PSCAPMDT | 2018 -12-11 20:44:58.188 | AK77728 | PC | CT | 2018 | 1HGCS22899A008922 | CAMERON | MARCUS | 19860615 | 189253763 |
| 87108726 | | PSC58032 | 2018 -12-11 20:45:25.294 | AK77728 | Passenger | CT | | 1HGCS22899A008922 | CAMERON | MARCUS | 19860615 | 189253763 |
| 87116886 | | PSCAPMDT | 2018 -12-11 22:43:46.009 | AK77728 | PC | CT | 2018 | 1HGCS22899A008922 | CAMERON | MARCUS | 19860615 | 189253763 |
| 87314849 | | PSC00029 | 2018 -12-13 19:14:58.529 | AK77728 | | CT | | 1HGCS22899A008922 | CAMERON | MARCUS | 19860615 | 189253763 |
| 87337392 | | PSC00470 | 2018 -12-14 00:18:10.326 | AK77728 | | CT | | 1HGCS22899A008922 | CAMERON | MARCUS | 19860615 | 189253763 |
| 87441093 | | PSC00677 | 2018 -12-14 23:40:03.651 | AK77728 | | CT | | 1HGCS22899A008922 | CAMERON | MARCUS | 19860615 | 189253763 |
| 95195329 | | PSC58124 | 2019 -03-03 15:51:15.798 | AK77728 | | CT | 2019 | 1HGCS22899A008922 | CAMERON | MARCUS | 19860615 | 189253763 |

[redacted]

[redacted]



CAMERON000474