----- Forwarded Message -----
**From:** "Marcus Cameron" <mcameron1534@yahoo.com>
**To:** "eric.cooke@ct.gov" <eric.cooke@ct.gov>
**Cc:**
**Sent:** Sun, May 27, 2018 at 8:15 AM
**Subject:** Another Incident

Good Morning,



I wanted to update you, as I previously spoke with you about an incident with Trooper Steven Stebbins. Yesterday Mr. Stebbins and/or his wife made a 911 call and had Enfield PD respond to the street where the original incident occurred, after he observed me driving on this street.

**The reason I am reporting this is because I observed an Enfield PO engage in conversation with Trooper Stebbins and as my guest and I left the home, that I own on this street, the Enfield PO followed us from the area.**

I responded by going directly to the Enfield PD and speaking with Sgt. Laurino and PO Carter. Sgt. Laurino confirmed that there was in fact a 911 call placed. I reported the ongoing issue with Trooper Stebbins to Enfield PD due to the possible chance that he will continuously call them in an attempt to have them investigate me.

Per my conversation with Sgt. Laurino, Trooper Stebbins reported to Detective Castle (responding officer to his 911 call) that this incident started from a "traffic stop".

Thank you for you time and consideration.

Mark

Sent from Yahoo Mail on Android

EMAIL SENT TO INTERNAL AFFAIRS LT COOKE AFTER 911 CALL ON 5/26