CON-134 (Rev. 12/06), DWR Form

| Special Visitors To The Job | CON-134 STATE OF CONNECTICUT DEPARTMENT OF TRANSPORTATION **INSPECTOR'S DAILY WORK REPORT** | Weather | Temp(High) 80 PM |
|---|---|---|---|
| J. Rodriguez - TOE | | Sunny AM Sunny PM | Temp (Low) 65 AM |
| | Prime Contractor: Hinckley Construction | Town: Enfield | Project No. #18-3 |

Contractor / Subcontractor: Location, Description of Work Performed and Inspected

LEONARD RD STA 107+47 LT
- EXISTING CB REMOVED
- COULD NOT USE EXISTING 15" RCP PIPE TO RELAY AS SHOWN ON PLANS, DUE TO EXISTING PIPE DAMAGE; INSTALLED NEW 5 LF 15" RCP PIPE
- 2 6" CPP PIPE INSTALLED FOR 6 FT UNDERDRAIN
- GAPS IN FRAME OF CB WERE CLOSED WITH CEMENT MORTOR AND BRICKS
- TYPE "C" CB WAS PARTIALLY INSTALLED AND WAS SEALED WITH A PLATE
- THE TRENCH WAS BACKFILLED AND THE CB WAS COVERED TO MAKE THE ROAD SAFE FOR INCOMING TRAFFIC

FOXCROFT RD STA 37+70 TO 41+20
- SILT BAGS PLACED IN THE CATCHBASINS AT STA. 37+70 LT AND 41+20 LT

FOXCROFT RD STA. 28+40 LT
- CEMENT MORTAR AND BRICK USED TO RAISE THE TOP OF THE TYPE "C" CB DOUBLE TYPE 1

MONTANO RD. STA. 50+00 TO 67+50
- STA. 61+00 TO 67+50, THE HD PLANS ROAD ELEVATION WERE CLARIFIED FOR THE SURVEYER
- STA. 50+00 TO 61+00, THE SURVEYER WAS TOLD THAT ONLY THE PROPOSED ELEVATION ARE SHOWN ON THE HD PLANS

ELEANOR RD STA. 81+60 LT
- THE CONTRACTOR WAS SHOWN THAT THE TOP OF FRAME AND GUTTER ELEVATION FOR THE CB ON THE INTERSECTION PLANS IS O BY 1 FT

## CONTRACT PAYMENTS

| Item No. | Item Description | Quantity | Category No. | Sub / Contract | Location / Reference |
|---|---|---|---|---|---|
| 0507002A | REMOVE EXISTING CATCH BASIN | 1 EA | | Hinckley | VOL. II, PG. 1 |
| 0507083A | TYPE "C" CATCH BASIN | 1 EA | | Hinckley | VOL. II, PG. 1 |
| 0651012 | 15" RC PIPE | 5 LF | | Hinckley | VOL. II, PG. 2 |

WHILE DRIVING TO 49 FOXCROFT RD
- VIA MONTANO THE ROAD HAD CONSTRUCTION BLOCKING THE ONLY OPEN LANE OF TRAVEL

* SEE SIGNS (SIGNS WERE TAKEN ON PREVIOUSLY) & [struck out] OBSERVED IN RANDOM LANDSCAPE PHOTOS FROM 26 MONTANO

[X] Additional Sheets Attached
[ ] Report Entered Into Site Manager
[ ] Report Authorized In Site Manager

Lane Closures

| Inspector's Hours of Work Start | End | Contractor's Hours of Work Start | End | Day of Week | Date | User ID |
|---|---|---|---|---|---|---|
| 0700 | 1530 | 0700 | 1500 | Wednesday | 05-30-2018 | Duverge; DWR # 018B |