# State of Connecticut
# Department of Public Safety
# Division of State Police
# Troop H, Hartford

Since 1988

## Memorandum

**TO:** Lieutenant Daniel Loughman #051
Commanding Officer Troop "H", Hartford

**FROM:** Sergeant Stephen Samson #297
Sergeant, Troop "H"

**DATE:** July 18, 2018

**SUBJECT:** **C-18-086**

**ALLEGATIONS:**

On May 22, 2018, Connecticut State Police, Lieutenant Eric Cooke #047 received an email complaint from the Complainant, Marcus Cameron regarding an "Off Duty" Trooper that had pulled into his residence driveway at 49 Foxcroft Road in the Town of Enfield. The Complainant further expressed that the "Off Duty" Trooper was aggressive and accused him (Cameron) of things which he did not do. The Complainant further expressed when he asked for the Trooper's identity, the Trooper left the area and at a high rate of speed. The Trooper identified by the Complaint is Trooper First Class (TFC) Steven Stebbins #1111.

**ACTION TAKEN:**

On May 31, 2018, I was assigned as the investigator for this complaint by Lt. Daniel Loughman #051, Troop "H" Commanding Officer.

On June 4, 2018 at approximately 0815 hours, I reviewed the DPS-678-C-1 form sent by the Complainant to our Department Internal Affairs Unit. The email by the Complainant was sent on May 25, 2018 at approximately 0913 hours. The Complainant is identified in the email and on the DPS-678-C-1 as Marcus Cameron. I observed that the alleged incident had occurred on May 22, 2018 at approximately 1545 hours at Marcus Cameron's residence at 49 Foxcroft Road in the Town of Enfield.

I also observed that a second email from Marcus Cameron was sent to Connecticut State Police, Lieutenant, Eric Cook, at Internal Affairs on May 27, 2018 at approximately 0816 hours. The subject title of the second email is listed as, "Another Incident". Marcus Cameron states (As written by the Complainant), "I want to update you, as I previously spoke with you about an incident with Trooper Stebbins. Yesterday Mr. Stebbins and/or his wife made a 911 call and had Enfield PD respond to the street where the original incident occurred, after he observed me driving on this street.

The reason I am reporting this is because I observed an Enfield PO engage in conversation with Trooper Stebbins and as my guest and I left the home that I own on this street, the Enfield PO followed us from the area.

**ACTION TAKEN CONTINUED:**

I responded by going directly to the Enfield PD and speaking with Sgt. Laurino and PO Carter. Sgt Laurino confirmed that there was in fact a 911 call placed. I reported the ongoing issue with Trooper Stebbins to the Enfield PD due to the possible chance that he will continuously call them in an attempt to have them investigate me.

Per my conversation with Sgt. Laurino, Trooper Stebbins reported to Detective Castle (responding officer to his 911 call) that this incident started from a "traffic stop".

Thank you for you time and consideration, Mark". (SEE EMAIL FOR DETAILS)

June 2018 I secured pictures from Google Earth to show where the Complainant Marcus Cameron and TFC Stebbins' residence are on Foxcroft Road in the Town of Enfield. Marcus Cameron resides at 49 Foxcroft Road and TFC Stebbins resides at 44 Foxcroft Road. (SEE PHOTOS OF GOOGLE EARTH)

On June 8, 2018 at approximately 1130 hours, I notified TFC Stebbins of the filed complaint made against him by Marcus Cameron, and I am requesting a To/From Memo explaining the alleged incident that had occurred on May 22, 2018 in the Town of Enfield.

On June 8, 2018 at approximately 1600 hours, I contacted Enfield Police Department and spoke with Sgt Laurino regarding my investigation. Sgt Laurino explained to me that Marcus Cameron had arrived at the Enfield Police Department on May 26, 2018 and that he appeared to be irritable and would not give his name to them, but demanded why an Officer was in his neighborhood. Sgt. Laurino further explained that Cameron expressed to him (Laurino) that he was in Law enforcement too. There was no mention of a "911" phone call being made by Trooper Stebbins to Enfield Police Department only a routine phone call was initiated. I am referencing Marcus Cameron's second email about a "911" phone call which was placed to Enfield Police Department by Stebbins.

Sgt Laureno also explained to me he offered Marcus Cameron to speak with Detective Castle who was standing close by listening. Marcus Cameron refused to speak with him. Sgt Laureno also explained to me he felt this complaint was a waste of time and if you got the two together they could probably work it out. I asked Sgt Laureno if Marcus Cameron made any other comments to him. Sgt Laureno explained that he could not recall.

On June 19, 2018 at approximately 1339 hours, I sent an email to Marcus Cameron identifying myself and my investigation into his complaint against TFC Stebbins. (SEE EMAIL FOR DETAILS)

# State of Connecticut
# Department of Public Safety
# Division of State Police
# Troop H, Hartford

Since 1988

**ACTION TAKEN CONTINUED:**

After not receiving an email response, I utilized the phone number (516)301-0441 on Marcus Cameron's emails to the Connecticut State Police Internal Affairs Unit and I made phone contact with Marcus Cameron on June 20, 2018 at approximately 1315 hours. I called Marcus Cameron to set up a date and time to meet him regarding his complaint. Marcus Cameron explained to me that any day after 1615 hours except Wednesdays. We both agreed to meet at his residence at 49 Foxcroft Road on Monday, June 25th at 1615 hours.

On June 25, 2018, I reviewed the Troop "H" NICE Recording System for all phone calls and radio transmissions with the date of May 22, 2018 with the approximate time frame of 1540 hour to 1615 hours. On this date, I found only one phone call from Marcus Cameron to Troop "H" time stamped at approximately 1601 hours to 1603 hours, which he spoke with Dispatcher Lori Linares.

**9-1-1 Call May 22, 2018 from 1601 hours to 1603 hours**

**Lori:** State Police Troop H

**Marcus:** (?) Hello how you doing, I'm doing well, um, ma'am I'm calling the state CT State Police because for some reason there is a state trooper in my driveway um and has absolutely no police business here um and he's essentially threatening me at this (?) time

**Lori:** where are you

**Marcus:** Um in in Enfield ma'am and he seems to be off duty (?) the license plate is UTZ144

**Lori:** Is it 144 UTZ

**Marcus:** UTZ144 or maybe (?) …..

**Lori:** In Enfield

**Marcus:** Yes ma'am

**Lori:** And what's your address

**Marcus:** 49 um the street is Foxcroft (spelled out) road

**Lori:** I'm sorry what is the name of your street

**Marcus:** Foxcroft (spelled out) road

**Lori:** And what did he say he was there for

State of Connecticut
Department of Public Safety
Division of State Police
Troop H, Hartford

Since 1988

**ACTION TAKEN CONTINUED:**

**Marcus:** He had absolutely he pulled into my driveway and he asked me about speeding um and he was off duty and I asked him if he was writing me a ticket or something because he wasn't he wasn't pulling me over he was just following me and he told me no I'm came over here to speak to you man to man and that was his word for word

**Lori:** Ok did he give (?) you a name or badge number

**Marcus:** He refused his name he said (?) he give me he is a white male a grey t-shirt blue jeans and he was in that a Connecticut State Trooper vehicle white male short brown hair clean shaved face (?) he said he was gonna come back and get me but he got (?)

**Lori:** Is he still there now

**Marcus:** He just pulled off

**Lori:** Alright I'm gonna let you speak to uh the trooper on the desk hold on

**Marcus:** Alright

END OF RECORDING. (SEE ATTACHED CD OF 911 PHONE CALL FOR DETAILS) – The NICE System did not record any phone conversation with TFC Stankosky #1056 with Marcus Cameron.

State of Connecticut
Department of Public Safety
Division of State Police
Troop H, Hartford

Since 1988

**ACTION TAKEN CONTINUED:**

On June 25, 2018 at approximately 1417 hours, I spoke with Enfield Police Detective, Gary Castle on the phone. I explained to Detective Castle the reason for my phone call, and if he had any knowledge or information that would assist me in my complaint investigation. Detective Castle explained to me that on May 26th he was dispatched by his Police Department to speak with TFC Stebbins at his residence at 44 Foxcroft Road. Detective Castle also explained that while he was speaking with TFC Stebbins at his residence, he (Stebbins) said, "There he (Cameron) is standing outside in the front of his house staring at the both of us". Detective Castle further explained that TFC Stebbins only wanted to have this documented that Marcus Cameron keeps driving by his house and sometimes at a high rate of speed as if he was trying to provoke or entice TFC Stebbins. Detective Castle explained to me that he did an incident report for this incident. I asked Detective Castle if I could obtain this report for my investigation. Detective Castle and I set up a meeting at Enfield Police Department for June 26, 2017 at 1000 hours, so I could obtain this report.

Before hanging up the phone, Detective Castle also explained that on another occasion, a neighbor of Marcus Cameron went to his residence to tell him to turn his loud music down. Marcus Cameron went down to the Enfield Police Department to make a complaint against his neighbor. Detective Castle further explained that there was another issue at Marcus Cameron's residence in January regarding two women fighting in the front yard.

On June 25, 2018 at approximately 1440 hours, I telephoned Marcus Cameron at (516)301-0441 to confirm our meeting that day. I told Marcus Cameron we can meet at Troop "H" or whatever was convenient for him. Marcus Cameron responded, "We both agreed to meet at my residence at 49 Foxcroft Road". I responded, "At 1615". Marcus Cameron said, "Yes".

On June 25, 2018 at approximately 1615 hours, I arrived at Marcus Cameron's residence at 49 Foxcroft Road in the Town of Enfield. Due to my assigned cruiser's Mobil Video Recorder (MVR) hand held recorder showing low battery, I utilized another recorder for this meeting. I observed that the roads in the area and including Foxcroft Road were in the process of being repaved and it appeared that Marcus Cameron had just got home from work judging by his dress clothes. Marcus Cameron offered for us to go inside his residence, but I refused due to me hearing a dog was inside the residence when he opened the garage door to his house. Marcus Cameron and I spoke partially in his garage area with the garage door open and in his driveway area.

# State of Connecticut
# Department of Public Safety
# Division of State Police
# Troop H, Hartford

Since 1988

**ACTION TAKEN CONTINUED:**

Audio - 06-25-2018

**(00:00-04:15) Meet/Conversation**

**Sgt. Samson:** Basically where I'm going with this investigation, basically where you want this investigation to go and so forth and then what I do is compile everything. Obviously I'm going to ask for something from Trooper Stebbins. From what I'm gathering, I think I saw his car right there (Pointing down the street to the south of Marcus Cameron's residence). So you both live in the same neighborhood then? So I'll be asking information from him as well as everything else and then compile everything else. Sit down with you and I usually like to get a sworn statement. That's entirely up to you if you want to give a sworn statement, I always ask that and so forth. And then I put everything together and submit my report up to higher up the food chain. Let me ask you real quick, basically where are we going with this investigation, what are you looking for with this and so forth?

**Marcus Cameron:** Literally, the incident happened. I mean, it's up to you guys, I trust your guys judgment and what you guys are going to do. Literally, if he didn't make the statement he made before he was leaving, I would never even contacted you guys.

**Sgt. Samson:** What statement was that sir?

**Marcus Cameron:** He said um, he was like um, "oh that's what you wanna do, I got something for you." (She's a cop too)*(?) (Marcus Cameron pointing to across the street where Enfield Police Officer Carter resides)

**Sgt. Samson:** Oh you're a cop?

**Marcus Cameron:** I'm not; she's an Enfield police officer. I work in Law Enforcement though.

**Sgt. Samson:** Oh you do, where do you work?

**Marcus Cameron:** <u>I'm trying to keep it quiet just because of where it's at in the investigation portion, like I try…</u>

**Sgt. Samson:** I respect that, that's cool. It's funny because the way I read it (Marcus Cameron's initial complaint) I said, he's in Law Enforcement. I could tell he's law enforcement.

**Marcus Cameron:** (Marcus Cameron laughing) <u>I wrote it that way purposefully. Like literally, he doesn't even know.</u> I've never seen him before, it was just the way he went about it. I mean even the fact that, off topic, when he left he left this way. He lives this way. (Marcus Cameron pointing towards the north from his residence)

**Sgt. Samson:** So he went away from your house.

**ACTION TAKEN CONTINUED:**

**Marcus Cameron:** He went away from his house. Since I didn't even think it was a Trooper that lived on my street, and when I found out it was I'm like "that was even more stupid" if you ask me, I mind business, whatever. But when he left he made a statement something along, I wrote it in a kinda quote, but it was um "oh you want to play like that, I got something for you, I'll be back. I'll take care of you." And I'm like, I don't know what that means; I know what it could mean but let me protect myself. I'm not trying to be in any trouble. I'm not trying to be involved in anything like that, so I'm going to report it so I don't have any ongoing issues going further. So that's kind of where I was with it.

**Sgt. Samson:** Okay, so obviously he's probably lived here for a while. Have you lived here quite a while?

**Marcus Cameron:** I own this home; I don't even stay at this home. I own a home in Springfield as well, I come and go back and forth to this house pretty much. But I own this house.

**Sgt. Samson:** Okay, that's cool. Um, what is your exact complaint? Just so I can narrow it down.

**Marcus Cameron:** Obviously um, let's see, I mean my actual complaint is, I mean…I know for a fact I wasn't speeding or ran the stop sign. I mean, I'm going to say abuse of authority so to say. For one, you live on my street. Whatever you do, you do. You're off duty. And then the comments obviously, I don't know why the comments were made or threatening behavior.

**Sgt. Samson:** So you would say abuse of authority and threatening comments?

**Marcus Cameron:** Correct

**(07:52-08:18) (OTHER CONVERSATION)**

**Sgt. Samson:** Abuse of authority and threatening comments made towards you. So, you are kinda in law enforcement then right?

**Marcus Cameron:** Correct

**Sgt. Samson:** And, was there any witnesses, was anyone out here?

**Marcus Cameron:** There was, so the person that I made mention to, their vehicle was parked right in front of the two mailboxes you see there. (Marcus Cameron is pointing to his mailboxes in front of his house)

**Sgt. Samson:** Okay, opposite direction of my car. So my car would be moved forward on the other side of your driveway then? (My cruiser was parked on the south side of the driveway, opposite of Marcus Cameron's resident mailboxes on the north)

**Marcus Cameron:** Correct

State of Connecticut
Department of Public Safety
Division of State Police
Troop H, Hartford

Since 1988

**ACTION TAKEN CONTINUED:**

**Sgt. Samson:** Okay so there was a car parked here, where was his car? (Marcus Cameron is pointing to the area in front of his mailbox on the north side of his driveway for the witness vehicle and TFC Stebbins cruiser is parked where my cruiser is parked in the street)

**Marcus Cameron:** He came in from this way (Marcus Cameron is pointing to Eleanor Road to Foxcroft Road. Marcus Cameron's house is situated just south of the intersection of these two roads).

**Sgt. Samson:** So he was heading towards his house past your house type thing?

**Marcus Cameron:** It was kind of weird, so we came down this second street here, (Eleanor Road) and I made the right towards my house. She was parked in front of the two mailboxes…I'm sorry, my friend was waiting for me, parked in front of the two mailboxes.

**Sgt. Samson:** And who is your friend that was here?

**Marcus Cameron:** It's one of my…someone who…a co-worker.

**Sgt. Samson:** Co-worker? And what's your co-worker's name?

**Marcus Cameron:** Um, her name is Danielle.

**Sgt. Samson:** Danielle, beautiful name.

**Marcus Cameron:** She was parked in her vehicle there, and that's when he (?) came in this way. (Marcus Cameron is pointing at Eleanor Road to Foxcroft Road and ending where my cruiser is parked.

**Sgt. Samson:** Is there a phone number I can reach Danielle at, if you might have that.

**Marcus Cameron:** I'm gonna find out, I'm kind of seeing where it's going, I can kind of give it to you but I just want to verify…

**Sgt. Samson:** No I get that. So, if you can just ask Danielle, like hey is it okay and so forth. So she witnessed the confrontation here then.

**Marcus Cameron:** She did. And I mean, I've got video's too where we're out front just sitting here. And like just driving past, his friend, I don't know if, I can't remember the guy who I spoke to when I drove down there, his name, I showed him the video…one of the troopers standing in…He's standing on the sidewalk and his friend walked to the middle of the street in front of my car.

**Sgt. Samson:** He just like walked right in front of your car? Now which way were you heading?

RFP 4

State of Connecticut
Department of Public Safety
Division of State Police
Troop H, Hartford

Since 1988

**ACTION TAKEN CONTINUED:**

**Marcus Cameron:** I was coming towards my house from that way. (Marcus Cameron pointing, staring at TFC Stebbins residence and then in a south to north direction to his residence)

**Sgt. Samson:** So this road right here?

**Marcus Cameron:** Straight, Foxcroft that loops around.

**Sgt. Samson:** Oh so you're going by his house.

**Marcus Cameron:** Correct. So all this construction started and you couldn't come down that street. (Marcus Cameron is pointing to Montano Road that also connects to Foxcroft Road. Marcus Cameron's residence is situated almost between Montano Road and Eleanor Road).

**(10:50) (Marcus pulling up video to show Sgt. Samson)**

**(11:10) (Showing Sgt. Samson video)**

**Sgt. Samson:** Where does he live?

**Marcus Cameron:** This guy? I don't know.

**Sgt. Samson:** Is there any way you can send me this video.

**Marcus Cameron:** So I do my own fake investigation, so I can tell you that that's pretty much this gentlemen, Joseph Laplant, who is friends with your Trooper on Facebook, so that's my assumption. That's the closest of a picture that looks relatively to, so that's the gentlemen in the street. (Marcus Cameron shows me a picture)

**Sgt. Samson:** So on Facebook, would it give me an address?

**Marcus Cameron:** For Laplant? I haven't seen anything, it just shows a name.

**Sgt. Samson:** Joseph Laplant right? I'll just spell it the best I can and look in the records. Again, Marcus, Thank you again. Once I get everything, we'll sit down and again, I always leave it up to them I say hey, would you like to give me a written statement, now? I just want to say something real quick, you guys are neighbors. Just saying this off the record, I understand you guys are neighbors, I didn't realize you guys were that close (House distance from TFC Stebbins and Marcus Cameron's residence). All I'm saying is, I'm a bulldog when it comes to investigations, I drive hard all I'm saying is, you sure you guys can't work it out or something you gentlemen can work out instead…

RFP 4

State of Connecticut
Department of Public Safety
Division of State Police
Troop H, Hartford

Since 1988

**ACTION TAKEN CONTINUED:**

**Marcus Cameron:** Same thing off the record, so when I Spoke to Sgt. Gunn, he kinda informed me that he spoke to the trooper, blah blah blah,. So that's kind of where I found out that he lived on the street. And his version was that he was coming to me as a concerned neighbor. I've never spoken to the man, I've never seen the man.

**Sgt. Samson:** Does he have kids, you have kids?

**Marcus Cameron:** He has kids, I don't have kids…So I used to have a friend of mine who stayed here, her step daughter used to ride the bus with their kids because the bus stop is right here….(Marcus Cameron is pointing to the intersection of Montano Road and Foxcroft Road) So it was kind of weird, I've never had any interaction with him before. But I would never pull over my neighbor off duty on my street for something that is not…for a traffic offense. It was kind of stupid. When I spoke to him, I didn't know who he was. So that's kind of why I called, if I knew it was him, we could have had a conversation, off the record, like listen….**but to walk into my driveway** and to be offensive and disrespectful, I found that kind of disturbing. And to find out he lives on my street to tell me, I'll take care of you, I don't know if that means I'm going to have a party here and you're going to call the police, who knows what that means?

**Sgt. Samson:** I'm pretty sure, again, I'm just saying, maybe you two before I continue. Because once I leave here, tomorrow morning I'm going to start putting pen to paper (in fine point?) so that's why I always say before I do my investigation.

**Marcus Cameron:** I think we're well past that, so I'm fine with the pen to paper part. I think he made that decision.

**Sgt. Samson:** Okay, again, I always ask. I give the opportunity. Alright, um, One thing off the record, I noticed you signed your thing God Bless.

**Marcus Cameron:** Always

**Sgt. Samson:** So you're a Christian

**Marcus Cameron:** Always

**Sgt. Samson:** Excellent

**Marcus Cameron:** I used to be a police officer, I work in another entity now, I'm not that guy. I get it, sometimes emotions and stuff goes on but somedays you pick the wrong person. And some days your interaction, I'm an advocate of treating every single, I don't care where I work at, curse me out every single day, I'm gonna say alright have a good day, I'll speak to you another time. We can talk when you're ready. I'm not into all the confrontation, I'm good. I've lived that life before. Im all set.

RFP 4

# State of Connecticut
# Department of Public Safety
# Division of State Police
# Troop H, Hartford

Since 1988

**ACTION TAKEN CONTINUED:**

**Sgt. Samson:** You look young

**Marcus Cameron:** I, listen, I am.

**Sgt. Samson:** 30's?

**Marcus Cameron:** 30's. I've been around though. Been around, I mean like I grew up in a really bad neighborhood, I've got away from all that. So, you know, I moved to the suburbs now. I want the suburb life.

**Sgt. Samson:** Your phone number, is that a New York?

**Marcus Cameron:** New York.

**Sgt. Samson:** Its funny, because we had 518, I used to live in New York

**Marcus Cameron:** Troy, Upstate.

**Sgt. Samson:** You live in?

**Marcus Cameron:** No I'm not from Troy but (?)

**Sgt. Samson:** Because I lived up in Albany area, my wife and I were up there um and so forth. Wow, that's cool.

**Marcus Cameron:** Listen, I'm the least harmful guy on this street. Trust me, I don't even want people to know I'm here. Like literally, if you ask all my neighbors I'll never park my car out front, I'll never leave my lights on too long if I'm here. I don't even have time for all that.

**Sgt. Samson:** Marcus due to our department's budget cuts, I do not have business cards and I apologize for that. I'm going to give you and this is so unprofessional.

**Marcus Cameron:** Your office number? You sent it in an email.

**Sgt. Samson:** Oh so you do have my email?

**Marcus Cameron:** Yeah I got your email.

**Sgt. Samson:** If you can send those videos to me…(?)my file and all that(?). I just want to meet and greet you, thank you so much, God bless you.

**Marcus Cameron:** Like wise **(17:08-21:16) OTHER CONVERSATION/SGT. SAMSON RETURN TO VEHICLE(SEE CD FOR FURTHER DETAILS)**

**State of Connecticut**
**Department of Public Safety**
**Division of State Police**
**Troop H, Hartford**

Since 1988

**ACTION TAKEN CONTINUED:**

On June 26, 2018 at approximately I received numerous emails from Marcus Cameron (mcameron1534@yahoo.com) to my Department email (Stephen.Samson@ct.gov) regarding videos I requested the day before at his residence. I observed that the videos shows Marcus Cameron driving a vehicle alone and setting up a video camera (I'm guessing it's his personal cellphone) with a white male approaching his vehicle and asking him questions like, "Are you lost?". (SEE EMAILS AND VIDEO SENT BY MARCUS CAMERON)

On June 26, 2018 at approximately 1030 hours, I arrived at the Enfield Police Department and met with Detective Castle. Detective Castle handed me the following three police reports.

1. **Enfield Police report P201815978 initiated by Sgt. James Laurino.** The police report states, *"At about 1320, 5.26.18, Cameron came to EPD to find out what officer was involved in this investigation and if in fact EPD had received a complaint at #44 (TFC Stebbins residence). I advised Cameron that Castle was the officer and that a complaint did come in. I spoke with him about this incident for about 15 minutes in which he gave his version of events. I asked him numerous times if he wanted to speak with Castle and he declined. He was just concerned that these complaints were going to continue and that he had his version also."* (SEE ENFIELD POLICE REPORT FOR DETAILS)

2. **Enfield Police report P20185978 initiated by Detective Gary Castle** on May 26, 2018. The police report states, *" TPR. Stebbins – Troop H requests extra attention at his residence 44 Foxcroft due to problems with the neighbor at 49 Foxcroft, Marcus Cameron 6-15-86. Tpr. Stebbins recently contacted Marcus to ask him to stop for the stop sign and slow down then driving. Marcus filed a complaint with Troop H and is bringing attention to himself by driving past #44 and making gestures towards Stebbins, trying to coax Stebbins into a confrontation. Stebbins asked that this be documented only. No contact or attempts to contact Marcus Cameron per at the request of Tpr. Stebbins. Troop H is aware of this incident."* (SEE ENFIELD POLICE REPORT FOR DETAILS)

3. **Enfield Police report P201816525 initiated by Officer Mark Squires** on May 30, 2018. *"On 5/30/18 a black male with a beard and short hair was present in the lobby of the police department. <u>He refused to identify himself</u>. He stated to me that he owns a home on Foxcroft Road and had a problem with a neighbor last Tuesday who he identified as Steven Stebbins. The male showed me a recording that he claimed to have occurred on 5/30/18. The video slows and the white male states something to the affect "are you lost?"* The black male responds and drives away. The black male stated the male in the road was not Stebbins but the incident occurred in front of Stebbins's home. Documentation purposes only. Nothing further. (SEE ENFIELD POLICE REPORT FOR DETAILS)

State of Connecticut
Department of Public Safety
Division of State Police
Troop H, Hartford

Since 1988

**ACTION TAKEN CONTINUED:**

After Detective Castle handed me the three Enfield Police Department reports, he explained to me that he remembers Marcus Cameron coming in and speaking with Sgt Laureno about him being dispatched to Foxcroft Road. I heard Sgt Laureno offer to Marcus Cameron if he wanted to speak with me and he kept on refusing. During the conversation I heard Marcus Cameron say, "His demeanor with the trooper was wrong and it was his fault." I said, "Marcus Cameron admitted that this issue with TFC Stebbins was his fault?" Detective Castle explained to me that he heard Marcus Cameron clear as day and if he had to testify that Marcus Cameron admitted fault, he will testify to this fact or give a sworn written statement. I asked Detective Castle if there was any audio and video of Marcus Cameron coming in and making this comment while in the front lobby of his Department. Detective Castle explained to me they have video, but no audio in the front lobby where Marcus Cameron made this statement. Officer Carter was also in the area, but I do not think she could hear the conversation that was going on. I told Detective Castle about my visit with Marcus Cameron on June 25th and it appeared to me how deceptive he was about his law enforcement employment. Detective Castle explained to me that he thinks Marcus Cameron works in Adult Probation in Massachusetts, and if Marcus Cameron does there might be a residency requirement he might be violating.

On July 2, 2018, I requested COLLECT run an query to see if anyone has ran TFC Stebbins assigned Interceptor license plate, vehicle license plates at TFC Stebbins' house, and Marcus Cameron. This ended with negative results. (SEE COLLECT INFORMATION)

On July 7, 2018 at approximately 1313 hours, I spoke with Hinckley Construction Engineer, David Wolf via telephone at (860) 992-4777. I asked David Wolf if he was in charge of this repaving project in the area of Foxcroft Road neighborhood in the Town of Enfield. David Wolf explained to me that he is in charge of this repaving project assigned to that area. I asked David Wolf if there were any road closures in that neighborhood which would detour traffic during May 22, 2018 through May 26, 2018? David Wolf explained to me from May to June there were no road closures on his project. I explained the reason for my phone call and where the two residences live at on Foxcroft Road. I asked if the home owner from 49 Foxcroft Road had any reason to go south on Foxcroft from his residence and onto Montano Road. David Wolf explained to me there are five ways to get out of that neighborhood and it makes no sense for that homeowner to go south from his residence to a road that is a loop to Montano Road anyway. I asked David Wolf again if there were any detours or road closures in that area so the homeowner was forced to travel in a circle to Montano Road from Foxcroft Road. David Wolf explained there were other roads that would have been faster than going that way to route 5, but there were no detours or road closures on my project.

# State of Connecticut
# Department of Public Safety
# Division of State Police
# Troop H, Hartford

Since 1988

**ACTION TAKEN CONTINUED:**

The reason I called David Wolf this question was the comment Marcus Cameron made to me on June 25th regarding his co-worker, Danielle. *"She did. And I mean, I've got video's too where we're out front just sitting here. And like just driving past, his friend, I don't know if, I can't remember the guy who I spoke to when I drove down there, his name, I showed him the video…one of the troopers standing in…He's standing on the sidewalk and his friend walked to the middle of the street in front of my car." And "Correct. So all this construction started and you couldn't come down that street."*

(SEE RECORDING OF COMMENTS AND ENFIELD POLICE REPORT P201816525 – This incident/video occurred on May 30, 2018) – It should be noted that the video only shows Marcus Cameron in the vehicle with no female as stated above regarding his co-worker Danielle).

On July 5, 2018 at approximately 1315 hours, I spoke with Alex Vasichenko via phone at (413)214-8375 regarding the incident that had occurred on May, 30, 2018 on Foxcroft Road with Marcus Cameron and TFC Stebbins. Alex is the white male in the video produced by Marcus Cameron near or in front of TFC Stebbins residence. I explained to Alex the reason for my phone call and if he could explain to me what had occurred on May 30th with Marcus Cameron. Alex explained to me, "*I was helping Steve put a bumper on his vehicle at his house and that he (Alex) lives next door to him. While we were putting the bumper on I saw our neighbor kept driving by Steve's house in his silver Honda. One time he pulled into his own driveway backed out and drove by Steve's house again starring at us. All three times Marcus Cameron drove by us was a total of three minutes time frame. After the last pass I saw him pulling out his cellphone like he was going to record us, and at this point I wanted to know what he is doing. There are five ways out of this neighborhood and he kept going this way, I feel like he was harassing Steve"*. I asked Alex if there were any road closures or detours that would make Marcus Cameron drive in this direction. Alex explained, "There were no road closures. We're all neighbors and we three lived together in this neighborhood for quite a while. He has never driven this way before so why now". The reason I reached out to Alex is due to TFC Stebbins mentioning him in his memo to me.

On July 5, 2018 at approximately 1320 hours, I spoke with Enfield Police Officer, Tera Carter via telephone at (413)218-4135. The reason I called Carter because she was present when Marcus Cameron walked into the Enfield Police Department and Marcus Cameron pointing out where Carter lives to me during our meeting on June 25th. I explained to Carter the reason for my phone call, and if she could answer some of my questions. Carter agreed to answer my questions. I asked Carter how long she has lived across the street from Marcus Cameron. Carter explained to me for nearly two years. I asked Carter were there any road closures in your neighborhood from May 22nd to May 30th. Carter explained there were no road closures in her neighborhood for the construction. Carter explained, *"There would be no reason for Cameron to travel towards the Trooper's house on Foxcroft to leave this neighborhood"*. Carter also explained, *"Cameron told our Enfield Police Department Lieutenant, Squires that he (Cameron) does not live there. He only goes there to walk his dog. I know he lives there because he has parties there and he parks his car in his garage"*. I asked Carter if she remembers Cameron coming into her Police Department recently, and speaking with Sgt. Laureno with Detective Castle present. Carter explained to me that she does remember Cameron coming in to speak with the sergeant, but did not know what their conversation was about. Carter also explained, *"This past January, Cameron was having a party at his house and two women started fighting out front. I saw a car pull up and what appeared that one of the*

# State of Connecticut
# Department of Public Safety
# Division of State Police
# Troop H, Hartford

Since 1988

**ACTION TAKEN CONTINUED:**

*females was dragged into the car forcefully and then drove away. I called my PD and units arrived at Cameron's house. Cameron answered the door and was very rude to my police officers and would not give them any information regarding the fight and the woman being driven off in a vehicle".* I asked Carter was there a police report generated for this incident. Carter explained that she does not know.

On July 5, 2018 at approximately 1338 hours, I spoke with Joe Bernabucci via phone at (860)550-2085. The reason I called Joe Bernabucci because he is mentioned in TFC Stebbins memo. I asked Bernabucci if he could answer some of my questions. Bernabucci explained he could. I asked if there were any road closures on May 30th in his neighborhood. Bernabucci explained there was not. I asked Bernabucci if he witnessed anything on May 30th. Bernabucci explained, *"I witnessed the incident with Alex. I saw Cameron drive by in the direction of the Trooper's house each time at a high rate of speed kicking up dust. I saw Cameron turning around doing this a couple of times. During the third pass near the Trooper's house I saw Alex step out. I can't think why Cameron would drive that way. He is a Correctional Officer in Massachusetts, Cameron told me he works in one of the prisons. Cameron has lived there for four years at 49 Foxcroft Road and I live at 67 Foxcroft Road, approximately 500 feet away from his house."*

On July 5, 2018, at approximately 1402 hours, I sent Marcus Cameron an email utilizing the email address I have been communicating with him. I was requesting for him to give me a written statement as I explained to him on June 25th at his residence. (SEE EMAIL FOR DETAILS)

On July 5, 2018 at approximately 1405 hours, I ran Marcus Cameron in COLLECT. The reason I ran Marcus Cameron is to find out his exact residency. COLLECT query results showed Marcus Cameron has two vehicles registered in Connecticut, Connecticut driver's license #189253763, with everything reflecting 49 Foxcroft Road in the Town of Enfield as Marcus Cameron's primary residency. (SEE COLLECT QUERY RESULTS)

On July 6, 2018, at approximately 0728 hours, I sent Marcus Cameron another email utilizing the same email address. I was requesting information about his co-worker Danielle, who Marcus Cameron stated had witnessed the May 22nd and/or May 30th video incident – (See June 25th recording). I was inquiring this information from him so I could obtain a written statement as I had explained to him on June 25th at his residence. (SEE EMAIL FOR DETAILS)

On July 6, 2018 at approximately 0728 hours, I contacted Springfield Adult Probation at (413)748-7758 and spoke with a women named Deardra, to see if Marcus Cameron works there. This call to Springfield was only a guess I had, that Marcu Cameron must be working local since he is living on the Massachusetts/Connecticut border. I did not know exactly if Marcus Cameron was even employed by the Springfield Adult Probation as Detective Castle had heard. I was hoping if Marcus Cameron did work in the Adult Probation, Law Enforcement, or Correctional Department, Deardra would give me a possible point of contact so I could locate the witness, Danielle and speak with her. Deardra gave me a phone number of (413)748-7816 to call.

RFP 4

# State of Connecticut
# Department of Public Safety
# Division of State Police
# Troop H, Hartford

Since 1988

**ACTION TAKEN CONTINUED:**

On July 6, 2018 at approximately 0822 hours, I made contact with Laurie Sheean of Adult Probation in the City of Springfield, Massachusetts. Laurie Sheean directed my phone call to Terrance O'Neil, Supervisor Chief Probation Officer. I explained the reason of my phone call and I asked O'Neil if he had any one with a first name of Danielle who works in that office. O'Neil explained to me that he has 50 to 60 people that he supervises and his roster does not show anyone with that first name, however Marcus Cameron does works for me. O'Neil asked me if it was OK to bring this discussion to Marcus Cameron attention. I told O'Neil that it was fine, I was only looking for a worker named Danielle to obtain a statement from her and that Marcus Cameron was not in any trouble. I was hoping that this conversation with Marcus Cameron's supervisor would entice him to give me the information I was looking for to help him with his complaint against TFC Stebbins. I did mention to O'Neil that Marcus Cameron would not identify his employer to me when I met him. I explained to O'Neil that Marcus Cameron responded to me something about investigations is why he could not give me who he works for. O'Neil stated, *"Why would he tell you that!!"*

On July 8, 2018, TFC Stebbins contacts me regarding a video was captured by one of his house cameras showing a grey vehicle stopping in front of his house and a white female getting out of the vehicle. It appears that the female was trying to get into TFC Stebbins assigned Interceptor via the driver side door. TFC Stebbins Interceptor was parked in the street in front of his house. The video shows the female taking pictures/video of his Interceptor and at one point walked onto TFC Stebbins property to take pictures of Mrs. Stebbins vehicle in the driveway (Taking pictures/video of the license plate area only). The female is shown walking off the property and standing in front of the driveway holding what appears to be a camera in the direction of Marcus Cameron's residence. It should be noted that the female did not video anything else. After trying to get inside TFC Stebbins Interceptor a second time, the female got into the grey vehicle and drove off in the direction of Marcus Cameron's residence.

On July 17, 2018 at approximately 0900 hours, I called Massachusetts Probation Legal Unit at (617)624-9305 and left a voice message for a woman named, "Sara".

On July 17-18 at approximately 0930 hours, Sara returned my phone call. I explained to Sara the reason for my phone call. I asked Sara if she could look at the Probation Roster for a person with a first name of Danielle that works in the Springfield, Massachusetts area so I could make contact with them. I explained that Marcus Cameron would not provide me with the name of his co-work Danielle for his complaint investigation when I had met with him at his residence at 49 Foxcroft Road in the Town of Enfield, Connecticut. I also asked Sara if there was a residency requirement for being a Massachusetts Probation Officer. Sara explained to me that there is a residency requirement if you are employed as a Massachusetts Probation Officer. Sara explained to me that she would get back to me with the information about Danielle. As of present, I have not heard anything back.

On July 19, 2018 at approximately 1400 hours, I made contact with Federal Postal Worker, Candice Cipolla via phone (413)348-8546. I explained the reason for my phone call, and if she delivers mail on Foxcroft Road in the Town of Enfield. I also asked how long has she been employed by the Postal Office. Cipolla explained to me that she has been employed as a Mail Carrier for over 20 years and that she does deliver mail to residence on Foxcroft Road. I asked Cipolla if she knows Marcus Cameron at 49 Foxcroft Road and if he lives there. Cipolla explained to me that she does know Marcus Cameron and he definately lives there because she delivers his

State of Connecticut
Department of Public Safety
Division of State Police
Troop H, Hartford

Since 1988

## ACTION TAKEN CONTINUED:

mail and packages to his home. I asked Cipolla if she had any issues or problems with Marcus Cameron? Cipolla stated, *"This past June I was delivering mail to 49 Foxcroft, the Marcus Cameron residence and it was on a Saturday. I notice that he was having a party due to all the cars parked out front of his house and the people standing outside. Because of the vehicles parked in front of his mailbox, I had over shot it slightly and started to get out to put his mail in his mailbox. As I stepped out of my vehicle, I could immediately smell the odor of marijuana coming from the area of Cameron's residence where some people were standing with him. As I walked up to his mailbox, Marcus Cameron started to yell and belittle me in front of his guests at one point calling me a "Lazy Asshole". It appeared he was showing off in front of his friends by treating me this way and I felt that he is racially against white people – this is not the first time he has treated me unfairly for no apparent reason.*

*I notified my supervisor regarding Marcus Cameron treating me this way that very same day. When I got into work the following Monday, my supervisor approached me to tell me that Marcus Cameron had called to make a complaint against her due to her actions against him when delivering his mail on Saturday. I was told by my supervisor not to worry about him and not to deliver the mail to his residence."* I asked Cipolla if she was white due to her comment. Cipolla explained to me that she was. I asked Cipolla if there was an incident report made regarding Marcus Cameron's actions towards you that Saturday. Cipolla explained to me that there was no incident report on this matter, or it being brought up to the Postal Inspector.

On July 18, 2018, I received a memo I requested from Msgt Todd Fedigan #082 regarding his interaction with Marcus Cameron on May 30, 2018. Sgt Fedigan's memo states,

*On 05/30/2018 I was the evening shift supervisor at Troop H.* ***At approximately 2140 hours a black male who wanted to be referred to as "Mark" came into the Troop*** *to talk to me about an ongoing issues with TFC Steve Stebbins #1111 which he informed me he already appraised LT Cooke at internal affairs about. He wanted to show me a video he obtained around 1620 hours on Foxcroft Road in Enfield on 5/30/2018.* ***Mark said he was on his way home (apparently he and TFC Stebbins live on the same road) and as he approached Stebbins' driveway. As he came closer, this white male walked out into the middle of the street and started loudly talking in his direction.*** *Mark recorded this incident and I observed a white male with a hat say to Mark, "are you lost/" This white male then said why are you intimidating him?*

***Mark said this is another example of the ongoing issue with TFC Stebbins since Stebbins approached him a week ago for a stop sign violation. I did ask him for his full name and he said at this point he wanted to be referred to as "Mark"*** *and he provided me with his cell phone number of 516-301-0441. At no point did TFC Stebbins approach Mark or say anything to him in this video.*

This concluded my interaction with Mark and he left the Troop. I then emailed LT Cooke from IA, informing him of my interaction, which is attached to this memo. (SEE ATTACHED MEMO FOR DETAILS)

# State of Connecticut
# Department of Public Safety
# Division of State Police
# Troop H, Hartford

Since 1988

## ACTION TAKEN CONTINUED:

On July 18, 2018 I received a memo I requested from TFC Stebbins regarding his interaction with Marcus Cameron starting on May 22, 2018. TFC Stebbins enclosed his phone records, receipts for ammo, video of him at the gun range, maps, and text messages regarding the May 30th video recording by Marcus Cameron. TFC Stebbins memo states that on May 22, 2018 he had conducted a motor vehicle stop on Foxcroft Road in the Town of Enfield, which turned out to be his neighbor, Marcus Cameron. Stebbins explains his interaction with Marcus Cameron and then drove away in his assigned Interceptor.

TFC Stebbins also explains his interaction with Enfield Police Officer, Castle and Connecticut State Police Sergeant, Paul Gunn #126 regarding Marcus Cameron. (SEE TFC STEBBINS' MEMO FOR DETAILS)

On July 18, 2018 I received a memo I requested from Sgt. Paul Gunn #126 regarding his interaction with Marcus Cameron. Sgt. Gunn's memo explains the conversation he had with Marcus Cameron on May 22, 2018 regarding the motor vehicle stop that had occurred on Foxcroft Road in the Town of Enfield. Sgt. Gunn also explains his conversation with TFC Stebbins regarding this motor vehicle stop.
(SEE SGT. GUNN'S MEMO FOR DETAILS)

On July 20, 2018 at approximately 1027 hours, I received a phone call from Marcus Cameron on my office phone number (860)534-1060. Cameron was inquiring what I had told his employer and how did I get the information regarding his employment which he wanted to keep a secret. I told Marcus Cameron I had received this information from someone from Enfield Police Department. Cameron said, *"I will go over there and confirm your story and to ask them where did they get this information."* I asked Cameron if he would give me a written statement as I requested from him on June 25th. Cameron explained to me that his email he sent would be the same statement as the statement I am requesting from him (Using the email Marcus Cameron had initially sent to IA is what I interpreted). I asked Cameron if he could sign the email he had sent and fax it or scan it to me. Cameron kept asking me what did I tell his employer about him. I explained to him that he told me the witness to his complaint was his co-worker Danielle and since he would not give me any information I had call to verify if someone named Danielle worked with him. Cameron said, *"I will ask my employer to confirm your information and that's all you asked"*. I asked Cameron if he could give me Danielle's last name and phone number so I can reach her.

Cameron said, *"I asked you a question!!"* I told Cameron the reason for my phone call was to speak with Danielle. I asked Cameron to give me Danielle's information. Cameron refused my request. Cameron's voice appeared to be very upset from the start of our phone conversation only answering his questions and would not answer mine (Talking over me).

Shortly after this phone conversation, Marcus Cameron called approximately three times in a row on my office phone number, which I did not answer. The reason I did not answer his phone call was due to his attitude, tone, talking over me, and that the fact he had only wanted me to answers his questions, but would not answer mine. A caller ID did not show on my office phone, but I was speculating it was him. Immediately after these phone calls to my office, the Troop Dispatch paged me for a phone call. I called the Desk Trooper and told him to have Marcus Cameron to leave a voice message for me. A call came in with a voice message from Marcus Cameron. This voice message has been archived on my phone to show Marcus Cameron's tone and demanding attitude. This voice mail also reflects the time frame and discussion of July 20, 2018 at approximately 1027 hours. I looked up the Troop "H" Nice System which shows his call coming in at approximately1054 hours.

State of Connecticut
Department of Public Safety
Division of State Police
Troop H, Hartford

Since 1988

**ACTION TAKEN CONTINUED:**

On July 20, 2018 at approximately 1115 hours, three more phone calls came in back to back with no caller ID to my office phone and no voice mail was left.

On July 23, 2018 I contacted New York Police Department and spoke with a female regarding if Marcus Cameron had worked for their Department. The reason I had called New York Police Department is due to the fact of Marcus Cameron having a New York cell phone number he uses and the fact of him stating being in law enforcement before. The female explained to me that Marcus Cameron did work for New York Police Department for only two years from 2011 to 2013. She would not specify to me why he left after only two years of service. I am speculating that this two year window of employment would include the academy training he had received too.

On July 24, 2018 at approximately 0700 hours, I observed an email was sent from COLLECT regarding the information I submitted for a query for TFC Stebbins vehicles due to the female going on his property and taking pictures of TFC Stebbins's wife vehicle on July 8th. This resulted in negative findings. (SEE COLLECT INFORMATION JULY 23, 2018)

On July 24, 2018 at approximately 0730 hours, I had Dispatcher Freeman run a COLLECT query to double check the license plate I gave COLLECT due to them running the wrong plate number I had given them. This still ended with negative results.

On July 24, 2018 at approximately 0736, a query was conducted to see if Marcus Cameron had a Massachusetts driver's license. A positive query showed that Marcus Cameron had an active Massachusetts driver's license #S94068681 with an issue date of February 2, 2016 and an expiration date of June 15, 2020. I am speculating that the expiration date was to line up with Marcus Cameron's birth month of June. I also observed that he had an address of 649 Prospect Street, Apartment D1 in the City of Chicopee, Ma. (SEE MA QUERY)

On July 24, 2018 at approximately 0737 hours, another query was conducted to see if Marcus Cameron had a Connecticut driver's license. Again, a positive query showed that Marcus Cameron had an active Connecticut driver's license #189253763 with possible issue date time frame of the year 2016. I am basing the issue date on the fact that his expiration date on his Connecticut driver's license shows June 15, 2022 and Connecticut Department of Motor Vehicles has a 6 year active time frame. This time frame would place his Massachusetts and Connecticut driver's license were both issued in the same year of 2016. This is in violation of Connecticut General Statue 14-43 Obtaining an Operator's License by Fraud – Misdemeanor. (SEE CT QUERY)

# State of Connecticut
# Department of Public Safety
# Division of State Police
# Troop H, Hartford

Since 1988

**ACTION TAKEN CONTINUED:**

On July 24, 2018 at approximately 0818 hours, I contacted the Massachusetts State Police at (413) 736-8390 and spoke with Desk Trooper Joel Baust #3778. I notified the Massachusetts State Police to see if Marcus Cameron had any weapons listed to him, Connecticut query showed that Marcus did not. Trooper Baust explained to me that Marcus Cameron did not have any weapons listed to him. Another Massachusetts query was conducted by Trooper Baust and confirming that Marcus Cameron did have an active Massachusetts driver's license with no vehicle's listed to him for Massachusetts – only Connecticut. Trooper Baust ran him for any in house records and it showed the following: Springfield arraignments March 29, 2006 for:

1. Threatening Bodily Harm – DOC #0623CR1672B
2. Receiving Stolen Property – DOC #0623CR1672A

Both of these charges are listed under DOC #0623CR1672 for reference.

On July 24, 2018 at approximately 1045 hours, I sent TFC Marty Pirog #954 and TFC Gerard Joyal #881 to the address the Massachusetts State Police gave me utilizing Marcus Cameron's Massachusetts driver license address of 649 Prospect Street, Apartment D1 in the City of Chicopee, Massachusetts.

Upon arrival at the specified address listed above, TFC Pirog and TFC Joyal walked into the office of the apartment complex, "Edgewood Court Apartment Homes" and spoke with Officer Worker, Megan Munoz. Megan was asked if Marcus Cameron lives at Apartment D1 under that name. Megan looked the information on her desk top computer and was able to tell them that no one under that name lives in any of the apartments in 649 or 659 Prospect Street. Megan further explained that only two white females live in apartment D1.

As of July 24, 2018 at approximately 1354 hours, my request via email and phone to Marcus Cameron for the information for his witness, "Danielle" to help support his complaint against TFC Stebbins has not been received. This is his witness to the interaction with TFC Stebbins at Cameron's residence and for the video recording of Alex approaching Cameron in the street of Foxcroft Road.

On July 25, 2018 at approximately 0612 hours, I received an email from Marcus Cameron requesting for me to answer some of his questions. Marcus Cameron specified 6 topics in his email. Some of these topics include not to contacting his employer or to contact him at his office. This email also include two (2) photos taken by Marcus Cameron of TFC Stebbins assigned Interceptor parked in front of his house. (ITEM 22 FOR FURTHER DETAILS)

# State of Connecticut
# Department of Public Safety
# Division of State Police
# Troop H, Hartford

Since 1988

**ACTION TAKEN CONTINUED:**

On July 25, 2018 at approximately 0815 hours, I met with and spoke with GA-13 Prosecutor, Christopher Parakilas at his office, regarding my findings during this investigation. I was also looking for guidance on how to proceed forth. Prosecutor Parakilas explained, since Marcus Cameron refused to give a written sworn statement we could not utilized Connecticut General Statue 53.157b Giving a False Statement. However, Prosecutor Parakilas explained, if Marcus Cameron had given a sworn statement and signed it, and an arrest warrant had been applied, he would sign it.

Prosecutor Parakilas explained, Connecticut General Statue 14-43 Obtaining an Operator License by Fraud can be utilized for a warrant against Marcus Cameron.

Prosecutor Parakilas also expressed if we arrest Marcus Cameron for this violation of the driver's license, it could possibly be viewed as retaliation by Marcus Cameron who filed a complaint against TFC Steven Stebbins. Prosecutor Parakilas further expressed the proper Authorities in Massachusetts should be notified with this complaint and they should do the warrant since it is a violation from both states of Massachusetts and Connecticut. I expressed to Prosecutor Parakilas my concern about Marcus Cameron being in law enforcement and my findings for Marcus Cameron's complaint. Prosecutor Parakilas agreed with my concerns too. Prosecutor Parakilas and I, both agreed that once the Connecticut State Police has concluded with this investigation, the Massachusetts State Police and Chief of Adult Probation should be notified of these findings. Prosecutor Parakilas explained that we do have enough to arrest Marcus Cameron, however he advised me to contact the proper Massachusetts Authorities with our findings and let them do their own investigation into these matters.

On July 27, 2018 at approximately 1030 hours, a Google search was conducted on Marcus Cameron which the "White Pages" listed him as a resident of Connecticut with no other addresses listed. Also the Google search revealed that Marcus Cameron had purchased his Foxcroft Road residence in Connecticut in the month of August 2015 and employed by Massachusetts Adult Probation in February 2016. Massachusetts State Police query shows Cameron obtained a Massachusetts driver's license in February 2, 2016, and a Connecticut DMV query shows a possible driver's license being issued in 2016. Connecticut DMV query only shows Marcus Cameron having vehicles registered in Connecticut. Massachusetts State Police confirmed that Marcus Cameron does not have any vehicles listed to him in Massachusetts.

July 2018, I was able to obtain information regarding Massachusetts Adult Probation residency requirements. Some of these requirements list from being arrested to residency requirements as an employee. **General Requirements Section 4.100 Part A. Consistent with state law (Ch. 478. S. 328 of the Acts of 1978). Only person who are residents of the Commonwealth of Massachusetts may serve as officers in or as employee of the Judicial branch. (See Item #23)**

# State of Connecticut
# Department of Public Safety
# Division of State Police
# Troop H, Hartford

Since 1988

**EXHIBITS**

1. Original complaint email from Marcus Cameron.
2. Google Earth map to show area of the residence on Foxcroft Road.
3. Email to Marcus Cameron introducing myself
4. Email and video provided by Marcus Cameron for the May 30th incident.
5. One (1) CD-R disc containing 911 phone call by Marcus Cameron on May 22, 2018
6. One (1) CD disc of recording of interview of Marcus Cameron June 25, 2018
7. Copy of Enfield Police Report by Sgt. Laurino.
8. Copy of Enfield Police Report by Detective Castle.
9. Copy of Enfield Police Report by Lt Squires.
10. Business card of David Wolf – Engineer for paving on Foxcroft Road
11. Email to Marcus Cameron from me to contact me about a written statement.
12. COLLECT information on Marcus Cameron
13. Email to Marcus Cameron from me requesting the witness information
14. To/From memo from Msgt Fedigan regarding Marcus Cameron
15. To/From memo from TFC Stebbins with other attachments – VIDEO on CD of range
16. To/From memo from Sgt. Gunn regarding Marcus Cameron
17. COLLECT query dated July 2, 2018.
18. COLLECT query dated July 23, 2018
19. Massachusetts query showing Marcus Cameron having an active driver's license.
20. Connecticut query showing Marcus Cameron having an active driver's license.
21. Business card of Megan Munoz from Edgewood Court Apartment Homes.
22. Email from Marcus Cameron regarding TFC Stebbins
23. Massachusetts Adult Probation Residency Requirement.

**MISCELLANEOUS DOCUMENTS:**

1. Marcus Cameron query
2. Receipts of ammo purchased by TFC Stebbins, text messages, phone records of TFC Stebbins, and Marcus Cameron's residence information.
3. Google Earth to show where TFC Stebbins parked his vehicle when speaking with Marcus Cameron on May 22nd.
4. Video of range on May 22nd.

State of Connecticut
Department of Public Safety
Division of State Police
Troop H, Hartford

Since 1988

**FINDINGS**

The interaction by TFC Steve Stebbins and his neighbor Marcus Cameron on Foxcroft Road in the Town of Enfield on May 22, 2018 resulting in Marcus Cameron filing a complaint. I have found the following PHYSICAL findings:

1. Initial email of Marcus Cameron shows inconsistencies in some areas. Examples, Marcus Cameron writes, *"As I parked in the driveway of my location, I observed a state trooper vehicle pulling up to the driveway I was parking at. This vehicle approached this address at a high rate of speed and the brakes were active hard causing the vehicle to jerk as it came to a stop. The trooper parked his vehicle half way in the driveway and half way in the street."* Marcus Cameron's "911" phone call to Troop "H" states, *"He pulled into my driveway"*, and the recording of June 25th has TFC Stebbins vehicle being parked in the street of Marcus Cameron's residence. During the June 25th interview, Marcus Cameron makes a comment about TFC Stebbins, *"To walk into my driveway"*. This last comment by Marcus Cameron supports TFC Stebbins memo of parking in the street and not in the driveway. These examples has shown inconsistencies on where TFC Stebbins' vehicle was parked by Marcus Cameron. Also, the fact of coming into his driveway at a *"High rate of speed"* from Eleanor Road would have caused TFC Stebbins to possibly strike the witnesses vehicle that was alleged to be parked at the mailboxes as stated by Marcus Cameron on June 25th.

2. Marcus Cameron makes a comment to me on June 25th, *"I wrote it that way purposefully. Like literally, he doesn't even know."* I am speculating that Marcus Cameron is referring to his initial email to IA about TFC Stebbins high rate of speed coming in at his residence, glossy eyes, and being on his cellphone. TFC Stebbins cellphone records reveal no cell phone call in the time frame specified by Marcus Cameron, which he specified in his email to IA. Also, the new Interceptors are equipped with blue tooth capabilities for hands free phone operations. TFC Stebbins has a newly assigned Interceptor during this time frame specified by Marcus Cameron. The comment Marcus Cameron also made about TFC Stebbins having, "glossy eyes" in Marcus Cameron's email while interacting with Marcus Cameron at his residence. TFC Stebbins met with Connecticut State Police personnel for target practice on the gun range (See attached video of TFC Stebbins practicing on the gun range – Exhibit #15). I have not heard any reports, complaints, or investigation about TFC Stebbins being under the influence while live firing at the gun range in the Town of Simsbury from other Connecticut State Police personnel who were with him.

3. Comment Marcus Cameron made about himself while at Enfield Police Department, *"His demeanor with the trooper was wrong and it was his fault."* Marcus Cameron still continued to file his complaint with the Connecticut State Police even after making this confession.

**State of Connecticut**
**Department of Public Safety**
**Division of State Police**
**Troop H, Hartford**

Since 1988

**FINDINGS CONTINUED:**

4. In Marcus Cameron's initial email he states, *"Initially I considered not filing such a complaint but I think it is imperative that these complaints are filed, as they often go unreported and officers continue to act in these aggressive and reckless manners without any regard for the public and/or community that they serve. This event although may not be seen as the most egregious of offenses a Trooper can commit but it does place a sever mistrust and barrier between the police and the public. It also has left me in fear as he did make a threat towards me before leaving the location and due to the close proximity to his home I fear possible retaliation from him. In my eyes no Trooper should be allowed to abuse his authority and/or threaten a member of the community for any reason. The expectation of all troopers should be to kind and courteous in all interactions with member of the public. In any event, I would like to thank you for your time and careful consideration of this complaint. Continue to protect our community with professionalism and integrity".* When looking at all the facts pertaining to Marcus Cameron's complaint, I have to question his professionalism, integrity, or motive.
5. Marcus Cameron in his initial email states, *"At 6:33 pm <u>I was not longer at the location</u> of the incident but did place a second call to the CT State Police because the same CT State trooper department vehicle <u>was observed driving past the location</u>."* During this time frame specified by Marcus Cameron, TFC Stebbins was still at the gun range in Simsbury, CT. (SEE EXHIBIT #1 PAGE 2 FOR DETAILS)

6. Marcus Cameron will not give me the contact information for the only witness "Danielle" regarding the interaction of TFC Stebbins while at Cameron's residence and the video incident. As of today, Marcus Cameron's he has yet to give me this information to support his complaint.

RFP 4

# State of Connecticut
# Department of Public Safety
# Division of State Police
# Troop H, Hartford

Since 1988

**FINDINGS CONTINUED:**

7. Marcus Cameron's complaint to the Connecticut State Police and to the Enfield Police Department for the May 30th video incident. The June 25th interview of Marcus Cameron has him explaining this incident had occurred with his co-worker, "Danielle" being present on the same day when TFC Stebbins initially spoke with Marcus Cameron on May 22nd. The May 30th video and June 25th interview, regarding "Danielle" is confusing how Marcus Cameron explains his only witness. (Below exert from June 25th meeting at Marcus Cameron residence).

**Marcus Cameron:** It was kind of weird, so we came down this second street here, (Eleanor Road) and I made the right towards my house. She was parked in front of the two mailboxes…I'm sorry, my friend was waiting for me, parked in front of the two mailboxes.

**Sgt. Samson:** And who is your friend that was here?

**Marcus Cameron:** It's one of my…someone who…a co-worker.

**Sgt. Samson:** Co-worker? And what's your co-worker's name?

**Marcus Cameron:** Um, her name is Danielle.

**Sgt. Samson:** Danielle, beautiful name.

**Marcus Cameron:** She was parked in her vehicle there, and that's when he (?) came in this way. (Marcus Cameron is pointing at Eleanor Road to Foxcroft Road and ending where my cruiser is parked.

**Sgt. Samson:** Is there a phone number I can reach Danielle at, if you might have that.

**Marcus Cameron:** I'm gonna find out, I'm kind of seeing where it's going, I can kind of give it to you but I just want to verify…

**Sgt. Samson:** No I get that. So, if you can just ask Danielle, like hey is it okay and so forth. So she witnessed the confrontation here then.

**Marcus Cameron:** She did. And I mean, I've got video's too where we're out front just sitting here. And like just driving past, his friend, I don't know if, I can't remember the guy who I spoke to when I drove down there, his name, I showed him the video…one of the troopers standing in…He's standing on the sidewalk and his friend walked to the middle of the street in front of my car.

# State of Connecticut
# Department of Public Safety
# Division of State Police
# Troop H, Hartford

Since 1988

**FINDINGS CONTINUED:**

8. The video Marcus Cameron provided to me shows him being alone while operating a motor vehicle in a residential neighborhood with no passengers (Danielle being present per Marcus Cameron). Marcus Cameron points out that construction had caused him to go that way pass TFC Stebbins residence. Marcus Cameron failed to provide information to me that he had passed by TFC Stebbins residence three times at a high rate of speed. These actions by Marcus Cameron provoked one of the neighbors to stop him and to find out what he was doing. Marcus Cameron made complaints to the Connecticut State Police and Enfield Police Department regarding this video incident as if he was passing by only once. The video incident captured by Marcus Cameron appears to be on a cellphone that he is setting up while driving his motor vehicle towards TFC Stebbins residence. After speaking with the neighbors that witnessed this incident and reviewing the video, I am speculating that Marcus Cameron was trying to provoke TFC Stebbins by driving back and forth at a high rate of speed by his house.

9. Marcus Cameron explains in his initial email that he feels "threatened" by TFC Stebbins, yet he has driven by TFC Stebbins residence numerous times taking photos or video. It has been proven that there are multiply ways in and out of that neighborhood and there would be no reason for Marcus Cameron to drive by TFC Stebbins residence. The latest was the email sent to me by Marcus Cameron (July 25th – Evidence Item 22) taking photos of TFC Stebbins Interceptor. The photos in the email, shows one photo of the front and another photo of the rear of TFC Stebbins Interceptor, while it was parked in front of TFC Stebbins residence.

10. After obtaining a portion of the Massachusetts Adult Probation residency requirements for employment, I am speculating that is why Marcus Cameron was upset with me when calling his employer about his witness, Danielle. Through this investigation, I have found that Marcus Cameron did not want me or other Connecticut Law Enforcement Officers, to know where he was employed.

11. This investigation also revealed that Marcus Cameron illegally has two active driver's licenses from the State of Massachusetts and Connecticut, both issued the same year of Marcus Cameron's employment at the Massachusetts Adult Probation.

**CONCLUSION**

During this investigation into Marcus Cameron's complaint, I have found inaccurate information or lack of information (Witness) to support Marcus Cameron's complaint. The alleged comments and actions expressed by Marcus Cameron complaints against TFC Stebbins are very difficult to prove. Due to inconsistencies with the Marcus Cameron's complaint and the accuracy of TFC Stebbins's memo and with support of witness statements, I have found that Trooper First Class Steven Stebbins violated a couple of Department Policies or Procedures. TFC Stebbins should have called in the motor vehicle stop to Troop "H" and utilized his MVR to capture the interaction with Marcus Cameron. Also, TFC Stebbins refused to give his name and identification to Marcus Cameron when he initially spoke with him on May 22nd on Foxcroft Road. TFC Steven Stebbins was verbally counselled regarding these violations. TFC Stebbins was very receptive and expressed that he would not repeat these offense again.

**RECOMMENDATION:**

I recommend at a very minimum that Marcus Cameron's employer be notified of these findings so they can conduct their own investigation. This is only a recommendation.

Case Closed.