RFP 4

# STATE OF CONNECTICUT

DEPARTMENT OF EMERGENCY SERVICES AND PUBLIC PROTECTION
DIVISION OF STATE POLICE
TROOP H, Hartford & Bradley International Airport

***Lt. Daniel Loughman***
*Commanding Officer*

***M/Sgt. Patrick Torneo***
*Executive Officer*

To: Major Scott Smith #10
Commanding Officer, Bureau of Professional Standards and Compliance

From: Lieutenant Daniel Loughman #51 LTDL#51
Commanding Officer, Troop H - Hartford

Date: October 11, 2018

Subject: C-18-086

Sir,

On May 22, 2018, Connecticut State Police, Lieutenant Eric Cooke #047 received an email complaint from the Complainant, Marcus Cameron regarding an "Off Duty" Trooper that had pulled into his residence driveway at 49 Foxcroft Road in the Town of Enfield. The Complainant further expressed that the "Off Duty" Trooper was aggressive and accused him (Cameron) of things which he did not do. The Complainant further expressed when he asked for the Trooper's identity, the Trooper left the area and at a high rate of speed. The Trooper was later identified as Trooper First Class Steven Stebbins #1111. In an additional email Cameron complained that on May 26, 2018, Tfc. Stebbins and/or his wife made a 911 call and had Enfield PD respond to the street where the original incident occurred, after Tfc. Stebbins observed Cameron driving on the street. An Enfield PO officer who was at the Stebbins residence followed Cameron from the area as he drove down the street.

ACTION TAKEN:
Sgt. Samson was assigned this complaint inquiry. Sgt. Ginley completed an investigation and reported his findings in the attached report. In summary, on May 22, 2018, Tfc. Stebbins (off-duty) observed Cameron commit two traffic violations while he was operating his department issued cruiser. Tfc. Stebbins observed a grey/silver Honda Accord, operated by Cameron, commit a speeding violation and fail to stop for a stop sign. Cameron eventually backed into his driveway at 49 Foxcroft Road and Tfc. Stebbins parked his cruiser along the east curb in front of the residence. A discussion took place between Tfc. Stebbins and Cameron in regard to the violations Tfc. Stebbins said he observed. Cameron denied committing the violations and there was a verbal disagreement between the two. Tfc. Stebbins made comments to Cameron that was interpreted by Cameron to be threatening. Each gave conflicting accounts of what Tfc. Stebbins said. It was noted that Cameron didn't give the same account of the verbiage used by Tfc. Stebbins each time he described the conversation. Tfc. Stebbins then walked down the driveway back to his cruiser. Cameron asked Tfc. Stebbins to identify himself and Tfc. Stebbins ignored him as he felt Cameron was trying to provoke him and he didn't want the situation to escalate. Tfc. Stebbins left Cameron's residence.

*100R Washington Street*
*Hartford, CT 06106*
*Phone: (860) 534-1000 / Fax: (860) 534-1079*
*An Affirmative Action/Equal Opportunity Employer*

**STATE OF CONNECTICUT**
DEPARTMENT OF EMERGENCY SERVICES AND PUBLIC PROTECTION
DIVISION OF STATE POLICE
TROOP H, Hartford & Bradley International Airport

CONCLUSION/FURTHER ACTION:

Throughout the course of this investigation, I have found inaccurate information or lack of information (witness corroboration) to support Cameron's claim that Tfc. Stebbins threatened Cameron. I found that Tfc. Stebbins' contact with Cameron ultimately amounted to a traffic stop. Tfc. Stebbins did not abuse his authority when he conducted a traffic stop for violations that he said he observed. Although Tfc. Stebbins had the authority to conduct the traffic stop, Tfc. Stebbins should have called in the motor vehicle stop to Troop "H" and he should have activated the MVR in his cruiser. Tfc. Stebbins should have identified himself when asked to by Cameron. I find Tfc. Stebbins was in violation of the A & O Manual sections 16.10.05, 13.15.03 and 16.03.05. I found no wrong doing on the part of Tfc. Stebbins in either of the subsequent incidents (May 26th and May 30th). Sgt. Samson provided verbal counseling in regard to each of the deficiencies noted and Tfc. Stebbins was receptive to the counseling.

*100R Washington Street*
*Hartford, CT 06106*
*Phone: (860) 534-1000 / Fax: (860) 534-1079*
*An Affirmative Action/Equal Opportunity Employer*

RFP 4

**STATE OF CONNECTICUT**
DEPARTMENT OF EMERGENCY SERVICES AND PUBLIC PROTECTION
DIVISION OF STATE POLICE
TROOP H, Hartford & Bradley International Airport

**_Lt. Daniel Loughman_**
_Commanding Officer_

**_M/Sgt. Patrick Torneo_**
_Executive Officer_

October 11, 2018

Marcus Cameron
49 Foxcroft Road
Enfield, CT 06082

Dear Mr. Cameron,

The complaint you filed to the Connecticut State Police Internal Affairs Unit on May 25, 2018 involving Tfc. Stebbins was forwarded to me for review and response. As a result of your concerns I assigned Sgt. Samson to investigate your complaint.

It was determined that May 22, 2018 at approximately 1345 hours, Tfc. Stebbins had an encounter with you while off-duty. A discussion took place between you and Tfc. Stebbins in regard to the violations Tfc. Stebbins said he observed. You denied committing the violations and there was a verbal disagreement between the two of you. Tfc. Stebbins made comments to you that you interpreted to be threatening. Tfc. Stebbins then walked down the driveway back to his cruiser. You asked Tfc. Stebbins to identify himself and he failed to do so.

It is indeed unfortunate that you perceived Tfc. Stebbins' actions to be inappropriate. State Police personnel are expected conduct themselves in a professional, fair and courteous manner during their interactions with members of the public and in the enforcement of the motor vehicle laws to ensure public safety. It was determined that although Tfc. Stebbins had the authority to conduct the traffic stop, Tfc. Stebbins should have identified himself to you when you asked him to. The investigation failed to substantiate the claim that Tfc. Stebbins threatened you.

I trust you will appreciate the difficult and challenging tasks that our Troopers face on a daily basis. The Department of Emergency Services and Public Protection is committed to providing excellent public service and we take all complaints against personnel seriously. I want to thank you for bringing this matter to my attention and allowing me the opportunity to review and respond.

Sincerely,

Lieutenant Daniel Loughman #51
Commanding Officer
Connecticut State Police – Troop H

_100R Washington Street_
_Hartford, CT 06106_
_Phone: (860) 534-1000 / Fax: (860) 534-1079_
_An Affirmative Action/Equal Opportunity Employer_

State of Connecticut
Department of Public Safety
Division of State Police
Troop H, Hartford

Since 1988

# Memorandum

**TO:** Lieutenant Daniel Loughman #051
Commanding Officer Troop "H", Hartford

**FROM:** Sergeant Stephen Samson #297
Sergeant, Troop "H"

**DATE:** October 11, 2018

**SUBJECT: C-18-086**

---

**ALLEGATIONS:**

On May 22, 2018, Connecticut State Police, Lieutenant Eric Cooke #047 received an email complaint from the Complainant, Marcus Cameron regarding an "Off Duty" Trooper that had pulled into his residence driveway at 49 Foxcroft Road in the Town of Enfield. The complainant further expressed that the "Off Duty" Trooper was aggressive and accused him (Cameron) of things he did not do. The complainant further claimed that when he asked for the Trooper's identity, the Trooper left the area and at a high rate of speed. The Trooper was later identified as Trooper First Class Steven Stebbins #1111. In an additional email Cameron complained that on May 26, 2018, Tfc. Stebbins and/or his wife made a 911 call to Enfield PD. The complainant claimed that Tfc. Stebbins had Enfield PD respond to the street where the original incident occurred, after Tfc. Stebbins observed Cameron driving on the street. An Enfield PO officer who was at the Stebbins residence followed Cameron from the area as he drove down the street.

**ACTION TAKEN:**

On May 31, 2018, I was assigned to investigate this complaint by Lt. Daniel Loughman #051, Troop "H" Commanding Officer.

On June 8, 2018 at approximately 1130 hours, I notified Tfc. Stebbins of the complaint made against him by Marcus Cameron, and requested an explanatory memorandum explaining the alleged incident that had occurred on May 22, 2018 in the Town of Enfield. The following is a summary of the memorandum:

> On May 22, 2018, Tfc. Stebbins was operating his assigned department vehicle on Route 5 in the Town of Enfield. He was dressed in civilian clothes, was off-duty and was on his way to a shooting range. Tfc. Stebbins observed a grey/silver Honda Accord bearing CT registration AK77728 commit a speeding violation (50 MPH in a posted 35 MPH zone) and fail to stop for a stop sign. The vehicle eventually backed into the driveway at 49 Foxcroft Road and Tfc. Stebbins parked his cruiser along the east curb in front of the residence.
>
> Tfc. Stebbins exited his cruiser and walked up the driveway toward the Honda Accord. Cameron was the operator of the vehicle and was still inside of his vehicle. Tfc. Stebbins asked Cameron if he could talk to him man to man. Tfc. Stebbins immediately detected a poor attitude from Cameron. Tfc. Stebbins said "Can you do me a favor and slow down on Route 5 as the speed limit is 35 MPH not 50 MPH. Also, stop for the stop signs, I watched you roll through one back there". Cameron denied committing the stop sign violation and claimed Tfc. Stebbins was on his cell phone. There was a back

# State of Connecticut
# Department of Public Safety
# Division of State Police
# Troop H, Hartford

Since 1988

and forth dispute between the two concerning what each party did or did not do. Cameron then questioned why Tfc. Stebbins was on his property. Tfc. Stebbins then walked down the driveway back to his cruiser. Cameron asked Tfc. Stebbins to identify himself and Tfc. Stebbins ignored him. Tfc. Stebbins felt Cameron was trying to provoke him and he didn't want the situation to escalate. Tfc. Stebbins said "I got you" twice while shrugging his shoulders and walking back to his cruiser. Tfc. Stebbins said this meaning that he understood Cameron. Tfc. Stebbins assumed that Cameron recognized him as a neighbor as they live six houses away from each other. Tfc. Stebbins said that he didn't conduct a traffic stop or issue any motor vehicle action due to the fact Cameron was his neighbor. Tfc. Stebbins entered his cruiser and left the residence and went to "A Call to Arms" firearms and ammunition store. Tfc. Stebbins then met with Auxiliary Trooper Preston Harper at the Metacon Gun Club and practiced for approximately two hours.

On May 26, 2018 around mid-morning, Tfc. Stebbins was outside doing errands outside of his residence. Cameron drove passed Tfc. Stebbins' residence at a high rate of speed three separate times, two of which he had a female passenger who was trying to provoke Tfc. Stebbins as they drove by. Tfc. Stebbins then contacted Enfield PD to voice his concerns that Cameron is trying to threaten and/or harass his family. Detective Castle from Enfield PD documented the incident. Tfc. Stebbins made the decision not to file a formal complaint because he just wanted the events that transpired documented.

On May 30, 2018 at approximately 1620 hours, Tfc. Stebbins and his friend Alex Vasichenko were standing in Tfc. Stebbins' driveway. Cameron drove passed Tfc. Stebbins' residence and looked at Tfc. Stebbins and Vasichenko. Cameron then drove by again, rolled his window down and turned the volume on his radio up in what appeared to be an attempt to annoy Tfc. Stebbins and Vasichenko. Approximately ninety seconds later, Cameron drove passed Tfc. Stebbins house again. Vasichenko entered the road as Cameron drove by and Cameron rolled his driver side window down and stopped the vehicle. Vasichenko barraged Cameron with questions. Tfc. Stebbins remained in his driveway and never approached Cameron. Vasichenko made contact with Cameron on his own accord and was not asked to do so by Tfc. Stebbins.

On June 25, 2018, I reviewed the Troop "H" NICE Recording System for all phone calls and radio transmissions with the date May 22, 2018 and approximate time frame of 1540 hours to 1615 hours. On this date, I found only one phone call from Marcus Cameron to Troop "H" which he spoke with Dispatcher Lori Linares. The phone call was time stamped 1601 hours to 1603 hours. The following is a summary of the conversation:

> Cameron said the he was "*calling the state CT State Police because for some reason there is a State Trooper in my driveway and has absolutely no police business here and he's essentially threatening me at this time*". Cameron advised Dispatcher Linares that the Trooper appeared to be off duty and gave a registration plate of UTZ144. Cameron claimed the Trooper pulled into his (Cameron's) driveway to speak with him about speeding. Cameron inquired if the Trooper was going to write a ticket. Cameron said the Trooper said that he "*came over here to speak to you man to man. And that was his word for word*". Cameron claimed the Trooper refused to give his name and badge number. Cameron claimed that the Trooper said he was "*gonna come back and get me*".

On June 25, 2018 at approximately 1615 hours, I arrived at Marcus Cameron's residence at 49 Foxcroft Road in the Town of Enfield. I observed that the roads in the area, including Foxcroft Road, were in the process of being repaved. Upon arrival, Cameron offered for us to go inside his residence, but I refused because I heard a dog was inside the residence when he opened the garage door to his house. Marcus Cameron and I spoke in the

driveway area partially in his garage with the garage door open. The following is a summary of our conversation:

I explained that I was there to investigate the allegations he made against Tfc. Stebbins and asked him what he was looking for in regard to the investigation. Cameron advised me that the incident occurred and that he trusted my judgement. Cameron said he would have never contacted the State Police if Tfc. Stebbins didn't make the statement "oh that's what you wanna do, I got something for you." Cameron said that he had never seen Tfc. Stebbins prior to the incident. In addition, Cameron stated that Tfc. Stebbins said "oh you want to play like that, I got something for you, I'll be back. I'll take care of you." Cameron didn't know what Tfc. Stebbins meant by that but wanted to protect himself from getting in any trouble. Cameron later said that he didn't know if that meant if he had a party here would he call the police. It was for that reason that he reported the incident and to avoid any ongoing issues. Cameron said that he owns the home on Foxcroft road but doesn't stay there. He advised that he also owns a home in Springfield as well. When asked to explain his exact complaint, Cameron advised that he knows for a fact that he wasn't speeding and that he didn't run a stop sign. Cameron claimed that Tfc. Stebbins abused his authority. Cameron was also complaining about the comments that Tfc. Stebbins made, which he interpreted as threatening behavior. Cameron claimed that there was a witness (female co-worker named Danielle) to the incident parked in front of the two mailboxes in front of his house. Cameron would not provide contact information for Danielle.

Cameron also referenced a second incident that occurred as he drove passed Tfc. Stebbins' house. Cameron video recorded the incident. During that incident, he claimed one of Tfc. Stebbins' friends walked into the middle of the street in front of Cameron's vehicle. Cameron claimed he had to drive passed Tfc. Stebbins house because of road construction. When describing Tfc. Stebbins' friend, Cameron said that he did his "*own fake investigation, so I can tell you that that's pretty much this gentlemen, Joseph Laplant, who is friends with your Trooper on Facebook…*"

Cameron advised me that he was not a police officer but that he works in law enforcement, but initially wouldn't elaborate any further. He later said that he used to be a police officer but now works in another entity. Cameron advised me that he would send videos to my email address.

On June 26, 2018 at approximately I received the videos I requested from Cameron via email. I observed that the videos show Marcus Cameron driving a vehicle alone and setting up a video camera (He appeared to be utilizing a cellphone camera). Upon review of the videos I found they contained no derogatory evidence against Tfc. Stebbins.

On June 26, 2018 at approximately 1030 hours, I met with Detective Castle at the Enfield Police Department. Detective Castle provided me with three police reports. See below for a summary of each report.

1. **Enfield Police report P201815978 report prepared by Sgt. James Laurino.** The police report states: *"At about 1320, 5.26.18, Cameron came to EPD to find out what officer was involved in this investigation and if in fact EPD had received a complaint at #44 (TFC Stebbins residence).*

# State of Connecticut
# Department of Public Safety
# Division of State Police
# Troop H, Hartford

Since 1988

*I advised Cameron that Castle was the officer and that a complaint did come in. I spoke with him about this incident for about 15 minutes in which he gave his version of events. I asked him numerous times if he wanted to speak with Castle and he declined. He was just concerned that these complaints were going to continue and that he had his version also."*

2. **Enfield Police report P20185978 report prepared by Detective Gary Castle** on May 26, 2018. The police report states, *"TPR. Stebbins – Troop H requests extra attention at his residence 44 Foxcroft due to problems with the neighbor at 49 Foxcroft, Marcus Cameron 6-15-86. Tpr. Stebbins recently contacted Marcus to ask him to stop for the stop sign and slow down then driving. Marcus filed a complaint with Troop H and is bringing attention to himself by driving past #44 and making gestures towards Stebbins, trying to coax Stebbins into a confrontation. Stebbins asked that this be documented only. No contact or attempts to contact Marcus Cameron per at the request of Tpr. Stebbins. Troop H is aware of this incident."*

3. **Enfield Police report P201816525 report prepared by Officer Mark Squires** on May 30, 2018. The police report states *"On 5/30/18 a black male with a beard and short hair was present in the lobby of the police department. He refused to identify himself. He stated to me that he owns a home on Foxcroft Road and had a problem with a neighbor last Tuesday who he identified as Steven Stebbins. The male showed me a recording that he claimed to have occurred on 5/30/18. The video slows and the white male states something to the affect "are you lost?" The black male responds and drives away. The black male stated the male in the road was not Stebbins but the incident occurred in front of Stebbins's home. Documentation purposes only. Nothing further.*

After Detective Castle provided me with the three Enfield Police Department reports, he explained to me that he remembers Marcus Cameron coming in and speaking with Sgt. Laurino about him being dispatched to Foxcroft Road. He heard Sgt. Laurino offer Cameron the opportunity to speak with Castle and Cameron refused. During the conversation Castle heard Cameron say that his (Cameron's) demeanor with the trooper was wrong and it was his fault. Detective Castle explained to me that he thinks Marcus Cameron works for Adult Probation in Massachusetts, and if Marcus Cameron does there might be a residency requirement he might be violating.

On July 5, 2018 at approximately 1315 hours, I spoke with Alex Vasichenko via telephone regarding the incident that had occurred on May, 30, 2018 on Foxcroft Road with Marcus Cameron and Tfc. Stebbins. Alex is the white male in the video produced by Marcus Cameron near or in front of Tfc. Stebbins' residence. I explained to Alex the reason for my phone call and if he could explain to me what had occurred on May 30th with Marcus Cameron. The following is a summary of our conversation:

> Vasichenko explained to me that he was helping Tfc. Stebbins put a bumper on his vehicle at his house and that he (Vasichenko) lives next door to him. While they were putting the bumper on, Vasichenko observed Cameron kept driving by Tfc. Stebbins' house in his silver Honda. One time Cameron pulled into his own driveway backed out and drove by Tfc. Stebbins' house again stared at them. Cameron drove by them three times in a three minute time frame. After the last pass Vasichenko saw Cameron pulling out his cellphone like he was going to record them. Vasichenko wanted to know what Cameron was doing. There are five ways out of the neighborhood and Cameron kept going passed Tfc. Stebbins' house and Vasichenko felt like he was harassing Tfc. Stebbins. Vasichenko said there were no road closures in the area at that time. Vasichenko said he has never observed Cameron to drive the in that area before then in all the years he has resided there.

RFP 4

# State of Connecticut
# Department of Public Safety
# Division of State Police
# Troop H, Hartford

Since 1988

On July 5, 2018 at approximately 1320 hours, I spoke with Enfield Police Officer, Tera Carter via telephone at (413)218-4135. Carter was present when Marcus Cameron walked into the Enfield Police Department on May 26th and Carter also lives in close proximity to Cameron (across the street). The following is a summary of our conversation:

> Carter explained to me that she has lived across the street from Cameron for nearly two years. Carter said there were no road closures in her neighborhood due to construction from May 22nd to May 30th. Carter further explained that *"There would be no reason for Cameron to travel towards the Trooper's house on Foxcroft to leave this neighborhood"*. Carter also explained, *"Cameron told our Enfield Police Department Lieutenant Squires that he (Cameron) does not live there. He only goes there to walk his dog. I know he lives there because he has parties there and he parks his car in his garage"*. Carter explained that she does remember Cameron coming in to speak with Sgt. Laurino on May 26th but did not know what their conversation was about.

On July 5, 2018 at approximately 1338 hours, I spoke with Joe Bernabucci via phone at (860)550-2085. The reason I called Joe Bernabucci because he is mentioned in TFC Stebbins memo. The following is a summary of our conversation:

> Bernabucci advised that there were no road closures on May 30th in his neighborhood. Bernabucci said that he witnessed the incident involving Vasichenko May 30th. Bernabucci said he saw Cameron drive by in the direction of Tfc. Stebbins' house each time at a high rate of speed kicking up dust. Bernabucci observed Alex step out into the roadway on Cameron's third time passing Tfc. Stebbins' house. Bernabucci didn't know why Cameron would drive that way. Bernabucci said Cameron told him he works in one of the prisons in Massachusetts.

On July 6, 2018, at approximately 0728 hours, I sent Marcus Cameron an email requesting information about his co-worker Danielle, who he stated had witnessed the May 22nd and/or May 30th video incident. I then made contact with Terrance O'Neil, Supervisor Chief Probation Officer of Adult Probation in the City of Springfield, Massachusetts in an attempt to contact Cameron's co-worker Danielle. I explained the reason of my phone call and I asked O'Neil if he had anyone with a first name of Danielle who works in that office. O'Neil explained to me that he doesn't supervise anyone named Danielle however; he does supervise Marcus Cameron. O'Neil asked me if it was okay to bring this discussion to Marcus Cameron attention. I told O'Neil that it was fine, I was only looking for a worker named Danielle to obtain a statement from her and that Marcus Cameron was not in any trouble.

On July 7, 2018 at approximately 1313 hours, I spoke with Hinckley Construction Engineer, David Wolf via telephone at (860) 992-4777. I asked David Wolf if he was in charge of this repaving project in the area of Foxcroft Road neighborhood in the Town of Enfield. David Wolf explained to me that he is in charge of this repaving project assigned to that area. Wolf advised me there were no road closures for the construction project from May to June.

As of the writing of this report, Marcus Cameron has not provided me with the contact information for his witness "Danielle".

There was no MVR recording of this incident. There were no CAD entries or CFS case numbers punched to document this incident.

State of Connecticut
Department of Public Safety
Division of State Police
Troop H, Hartford

Since 1988

**FINDINGS / CONCLUSION:**

After reviewing the aforementioned information, I determined that on May 22, 2018, Tfc. Stebbins observed Cameron commit two traffic violations while he was operating his department issued cruiser. He was dressed in civilian clothes and was off duty and on his way to the Metacon Gun Club. Tfc. Stebbins observed a grey/silver Honda Accord, operated by Cameron, commit a speeding violation and fail to stop for a stop sign. Cameron eventually backed into his driveway at 49 Foxcroft Road and Tfc. Stebbins parked his cruiser along the east curb in front of the residence. A discussion took place between Tfc. Stebbins and Cameron in regard to the violations Tfc. Stebbins said he observed. Cameron denied committing the violations and there was a verbal disagreement between the two. Tfc. Stebbins made comments to Cameron that were interpreted by Cameron to be threatening. Each gave conflicting accounts of what Tfc. Stebbins said. It was noted that Cameron didn't give the same account of the verbiage used by Tfc. Stebbins each time he described the conversation. Tfc. Stebbins claimed that his statements were not threatening. Tfc. Stebbins then walked down the driveway back to his cruiser. Cameron asked Tfc. Stebbins to identify himself and Tfc. Stebbins ignored him as he felt Cameron was trying to provoke him and he didn't want the situation to escalate. Tfc. Stebbins left Cameron's residence.

On May 26, 2018 around mid-morning, Tfc. Stebbins was outside doing errands outside of his residence. Cameron drove passed Tfc. Stebbins' residence at a high rate of speed three separate times, two of which he had a female passenger who was trying to provoke Tfc. Stebbins as they drove by. Tfc. Stebbins then contacted Enfield PD to voice his concerns that Cameron is trying to threaten and/or harass his family. Detective Castle from Enfield PD documented the incident. Tfc. Stebbins made the decision not to file a formal complaint because he just wanted the events that transpired documented.

On May 30, 2018 at approximately 1620 hours, Tfc. Stebbins and his friend Alex Vasichenko were standing in Tfc. Stebbins' driveway. Cameron drove passed Tfc. Stebbins' residence and looked at Tfc. Stebbins and Vasichenko. Cameron then drove by again, rolled his window down and turned the volume on his radio up in what appeared to be an attempt to annoy Tfc. Stebbins and Vasichenko. Approximately ninety seconds later, Cameron drove passed Tfc. Stebbins house again. Vasichenko entered the road as Cameron drove by and Cameron rolled his driver side window down and stopped the vehicle. Vasichenko barraged Cameron with questions. Tfc. Stebbins remained in his driveway and never approached Cameron. Vasichenko made contact with Cameron on his own accord and was not asked to do so by Tfc. Stebbins.

I noted inconsistencies in the reporting of the incident by Cameron. In addition, Cameron made an admission to Enfield PD Detective Castle that his demeanor with the Trooper was wrong and it was his fault. Cameron also would not provide me with the contact information for "Danielle" so I was unable to corroborate Cameron's version of events. It was clear that based on the information provided by Vasichenko, Officer Carter and Bernabucci that Cameron has, since the initial incident, driven at a high rate of speed on the neighborhood street, in what appeared to be directed at Tfc. Stebbins. Cameron explains in his initial email that he feels "threatened" by Tfc. Stebbins, yet he has driven by Tfc.Stebbins' residence numerous times taking photos or video. It has been proven that there are multiple ways in and out of that neighborhood and there would be no reason for Cameron to drive by Tfc. Stebbins' residence as he did.

Throughout the course of this investigation, I have found inaccurate information or lack of information (witness corroboration) to support Cameron's claim that Tfc. Stebbins threatened Cameron. I found that Tfc. Stebbins' contact with Cameron ultimately amounted to a traffic stop. Tfc. Stebbins did not abuse his authority when he

**State of Connecticut**
**Department of Public Safety**
**Division of State Police**
**Troop H, Hartford**

Since 1988

conducted a traffic stop for violations that he said he observed. Although Tfc. Stebbins had the authority to conduct the traffic stop, Tfc. Stebbins should have called in the motor vehicle stop to Troop "H" and he should have activated the MVR in his cruiser. Tfc. Stebbins also should have identified himself during his interaction with Cameron. I find Tfc. Stebbins was in violation of the A & O Manual sections 16.10.05, 13.15.03 and 16.03.05. I found no wrong doing on the part of Tfc. Stebbins in either of the subsequent incidents (May 26th and May 30th). I provided verbal counseling in regard to each of the deficiencies noted and Tfc. Stebbins was receptive to the counseling.

Troop H, Hartford
100 Washington St, Hartford, CT 06106
Telephone: 860-534-1000, Fax: 860-534-1079
*AN EQUAL OPPORTUNITY EMPLOYER*

Department of Emergency Services and Public Protection
DIVISION OF STATE POLICE
BUREAU OF PROFESSIONAL STANDARDS & COMPLIANCE
INTERNAL AFFAIRS

Since 1988

**Notice of Complaint Against Personnel**
**"C Number"**

05/31/2018

Case Number: C-18-086

Trooper Steven Stebbins #1111
Troop H
Hartford, Connecticut

Trooper Stebbins,

A Complaint investigation ("C" number) has been initiated with allegations as specified in the attached document(s) in which you are the **Subject**.

The complainant claims that on 05/22/2018 you conducted a traffic stop involving the complainant while you were not in uniform and not displaying police identification. The complainant further stated that you were aggressive and accused him of things which he did not do. When asked your identity, you left the area and at a high rate of speed.

This complaint has been forwarded to Lieutenant Loughman for investigation. Lieutenant Loughman may require additional information from you in regard to this complaint.

You have the right to consult with a union representative regarding this complaint. If you have any questions, please contact me at **(203) 630-4340.**

**Further, except as provided in A&O Manual Section 8.1.1c (3), you are hereby ordered not to discuss this investigation with any other persons other than your Union or legal representation or an uninvolved peer support person.**

CONFIDENTIAL

Respectfully,

047

Lieutenant Eric Cooke #047
Bureau of Professional Standards & Compliance
Internal Affairs Unit

MIDDLETOWN, CONNECTICUT 06457
TELEPHONE: (203) 630-4340
FAX: (203) 630-4359
*AN EQUAL OPPORTUNITY EMPLOYER*

RFP 4

STATE OF CONNECTICUT
DEPARTMENT OF EMERGENCY SERVICES AND PUBLIC PROTECTION
Division of State Police
Bureau of Professional Standards and Compliance
Internal Affairs Unit

# Uniform Civilian Complaint Report

Please give this completed document to a Police Supervisor or send it to the Connecticut State Police, Bureau of Professional Standards and Compliance, Internal Affairs Unit, at the following address: 1111 Country Club Road Middletown, CT 06457-2389. You may also e-mail this form to the Complaint Intake Coordinator at: CSP.Complaint@CT.Gov

Type of Complaint: ☒ Misconduct ☐ Malfeasance ☐ Biased-Based Profiling/Stop

| | | | |
|---|---|---|---|
| Date of Incident: 05/22/18 | Time of Incident: 1545 | Date Reported: 05/25/18 | Time Reported: 0913 |
| Location of Incident: *(Street, city/town or exact address if known)* Route 5 Enfield, CT | | | |
| Complainant's Name: *(First, Middle, Last Name)* Mark | | | Complainant's DOB: |
| Complainant's Address: *(Number, Street, City/Town, State, Zip Code, Apt./Condo Unit Number)* None Provided | | | Complainant's Home #: 516-301-0441 |
| Complainant's Cell Phone #: | Complainant's Work Phone #: *(Area Code)* | | Complainant's E-Mail Address: mcameron1534@yahoo.com |
| Employer: | | | Occupation: |
| Employer's Address: *(Number, Street, City/Town, State, Zip Code)* | | | Employer's Telephone #: |
| Name of Person Assisting Complainant: | Address: *(Number, Street, City/Town, State, Zip Code)* | | Telephone #: |
| Name of Employee Complained About (if known or physical description, badge #, car #, etc.) Trooper Steven Stebbins | | | |
| Witness(es) Information: *(Name, DOB, Address: Number, Street, City/Town, State, Zip Code, Apt./Condo Unit Number, Telephone #, etc.)* | | | |

STATE OF CONNECTICUT
DEPARTMENT OF EMERGENCY SERVICES AND PUBLIC PROTECTION
**Division of State Police**

STATE POLICE

| Please provide answers to the following questions: | Yes | No | Unsure |
|---|---|---|---|
| 1. To your knowledge, was all or any part of the incident complained about videotaped or audiotaped by anyone? | ☐ | ☐ | ☒ |
| 2. Are you afraid for your safety, or that of any other person, for any reason, as a result of making this complaint? | ☐ | ☐ | ☒ |
| 3. Has anyone threatened you or otherwise tried to intimidate you in an effort to prevent you from making this complaint? | ☐ | ☐ | ☒ |
| 4. Are you able to read, write and speak the English Language? | ☒ | ☐ | ☐ |
| 5. If your answer to Question #4 is "No" or "Unsure", have you been provided with adequate language assistance to help you understand and fill out this form? | ☐ | ☐ | ☐ |

(If you answered "Yes" to any of the above questions, please provide details below.) Details of the Incident: Please provide a full description of the circumstances that prompted your complaint. Attach supporting documentation as appropriate; including letters, emails, photographs, video or audio tapes, etc.

See attached e-mail complaints.

(Attach additional pages, if necessary)

STATE OF CONNECTICUT
DEPARTMENT OF EMERGENCY SERVICES AND PUBLIC PROTECTION
Division of State Police

**Biased-Based Profiling Complaints Only**

Nature of Stop: ☐ *Investigation, Criminal* ☐ *Violation, Motor Vehicle* ☐ *Equipment, Motor Vehicle*

☐ Driver ☐ Pedestrian ☐ Other ____________________

Basis for Complaint:

☐ Race ☐ Color ☐ Ethnicity ☐ Age ☐ Gender ☐ Sexual Orientation ☐ Religion or Membership in any other Protected Class

I have read, or had read to me, the attached complaint and statement consisting of _____ pages. All of the answers are true and accurate to my knowledge. I understand that any false statement herein, which I do not believe to be true and which is intended to mislead a public servant in the performance of his or her official function is a crime punishable by fine and/or imprisonment. (See C.G.S. § 53a-157b)

| | |
|---|---|
| Complainant:<br>____________________<br>*Signature of Complainant (Signed in presence of Notary/Trooper/Police Officer)* | Date signed by complainant:<br>____________<br>*mm/dd/yyyy* |
| Notary / State Police Supervisor or Commander / Commissioner of the Superior Court<br>____________________<br>*Signature* *Print Name* *Date Commission Expires* | Subscribed and sworn to before me this ____ day of ________ 20___ |
| Person Receiving the Complaint<br>____________________<br>*Signature of person receiving complaint* *Print Name* *Title/Rank* *ID Number*<br>*Method of Contact:* ☐ *Telephone* ☐ *In-Person* ☐ *Mail* ☒ *E-Mail* ☐ *Other* | Date and time received<br>____________<br>*mm/dd/yyyy* |
| Received by Bureau of Professional Standards and Compliance, Internal Affairs Unit:<br>[signature] 0497 Cooke Lt 0497<br>*Signature of person receiving complaint* *Print Name* *Title/Rank* *ID Number* | Date and time received at Internal Affairs Unit<br>5/26/18<br>*mm/dd/yyyy*<br>Control Complaint Number:<br>C-18-086 |

RFP 4

**Cooke, Eric**

**From:** Marcus Cameron <mcameron1534@yahoo.com>
**Sent:** Friday, May 25, 2018 9:13 AM
**To:** Cooke, Eric
**Subject:** Incident

Good morning,

After some intense contemplation and with regret after a very alarming and disturbing event that transpired on 5/22/18 with an at the time unidentified CT state trooper, I am filing this formal complaint with your department.

Event details are as follows:

"On 5/22/18 at approximately 3:45pm, I exited I91-S at exit 49 and stopped at a red light. While stopped at this red light I observed a gray unmarked police vehicle traveling southbound on route 5 (Enfield St). While observing this vehicle I observed the operator through his passenger side window holding an electronic device in his right hand, in the area of his right face/mouth. After the trooper went through the intersection the light turned green (for me) and I proceeded to make a right traveling southbound on Route 5 (Enfield St) as well. It should be noted that at this point of Route 5 (Enfield St) the roadway is one lane traveling northbound and shoulder on one side and one lane traveling southbound and a shoulder on the other side. This roadway eventually becomes a two lane travelway southbound and northbound. As we traveled south, I was directly behind the Trooper approximately 4 car lengths and directly in front of him was a blue sedan. After this southbound roadway became 2 travel lanes the blue sedan signaled left and slowed down before turning left into one of the parking lots. The trooper slowed down behind the vehicle and effectively came to a stop. I was in the right travel lane and proceeded past both of these stopped vehicles and through my rearview mirror I observed the trooper change lanes and was now traveling behind me in the right lane. I then signaled left to change into the left lane, as I knew I was going to make a left turn down Freemont Rd. Before turning left down Freemont Rd, I observed a stopped school bus further south down Route 5 (Enfield St) and in my rearview mirror I observed the trooper stop in the left lane approximately 1000 ft away from the intersection of Freemont Rd and Route 5 (Enfield St). After making the left turn down Freemont Rd and proceeding to the address I was traveling to, I no longer observed the trooper following me and I knew from my observations that he lost sight of my vehicle. As I was parking in the driveway of my location, I observed a state trooper vehicle pulling up to the driveway I was parking at. This vehicle approached this address at a high rate of speed and the brakes were activated hard causing the vehicle to jerk as it came to a stop. The trooper parked his vehicle half way in the driveway and half way in the street. As he approached the home he almost hit the parked car in front of my home which was occupied by a guest who was meeting me at this address. The trooper exited his vehicle in a very aggressive manner. This unidentified trooper was dressed in a tshirt, jeans, sneakers and did not display any police shield. The trooper approached my vehicle which was backed into to driveway at the driver side. I rolled down my window to engage with the officer who had glassy eyes and he stated "is something wrong with you?" I responded "excuse me, may I help you? Is there a reason that you're in this driveway?" He stated "you were speeding". I said "I was not speeding". He then stated, "you also rolled through the stop sign". I stated, "no I didnt, and do you know I seen you driving on your phone?" He responded "no I wasn't, do you want to see my call log? Plus I have bluetooth in my car". In my own effort to avoid further confrontation with this still unidentified trooper I asked him again, "why are you in this driveway and are you issuing me a ticket". He invited me to get out of my vehicle and responded to my question stating, "NO, I ONLY CAME HERE TO TALK TO YOU MAN TO MAN" to which I responded " what does that even mean?" He responded by stating "that's what you want to do, ok, I'll be back, I'M GOING TO TAKE CARE OF YOU", while he walked back

down the driveway to his vehicle. I asked him for his name and he refused to identify himself. He entered his vehicle and proceeded to leave the scene by making a U-turn in the driveway then proceeded northbound on Foxcroft Rd at a high rate of speed. As I observed this and knowing he had no intention of identifying himself I wrote down the license plate number as "144UTP" (CT state)."

It should be further noted that at no time during any of these interactions did the trooper activate his emergency lights, identify himself or which department he represented.

Do to the severity of feeling threatened by this trooper and his failure to identify himself, I deemed it necessary to call and report this incident to the proper authorities immediately. I first called a listed number for the CT state police at 3:58pm. I reported what occurred but I was asked "did I call the local PD" and then the phone was disconnected. I placed a second call at 3:59pm to which I was directed to the state police which covered my area and reported the incident to Trooper Donald Sancoski. I was met with a barrage of questions which essentially questioned the validity of my story but he did eventually inform me that he would inform the Duty Sargent, who he informed me was Sgt. Gunn.

At 6:33pm I was no longer at the location of the incident but did place a second call to the CT State Police because the same CT State trooper department vehicle was observed driving past the location. I received a phone call back from Sgt. Gunn at 7:12pm who was able to identify the trooper who was involved in this incident as Trooper Steven Stebbins and that they had discussed his involvement in the aforementioned incident. Sgt Gunn was respectful, understanding, and professional. He objectively listened to my report and went over my options for further reporting.

Trooper Stebbins identified himself to Sgt. Gunn as a "neighbor", but for the record I have never met, spoken to, had any interactions, or had any incidents with Trooper Stebbins before this. It was further found that Trooper Stebbins does live on the street that this incident occurred on. I later found that Trooper Stebbins lives southbound on Foxcroft Rd which would imply that when he left the location of the incident northbound it was an evasive maneuver so that I did not recognize that he lived close to this location.

Initially I considered not filing such a complaint but I think it is imperative that these complaints are filed, as they often go unreported and officers continue to act in these aggressive and reckless manners without any regard for the public and/or community that they serve.

This event although may not be seen as the most egregious of offenses a Trooper can commit but it does place a severe mistrust and barrier between the police and the public. It also has left me in fear as he did make a threat towards me before leaving the location and due to the close proximity to his home I fear possible retaliation from him. In my eyes no Trooper should be allowed to abuse his authority and/or threaten a member of the community for any reason. The expectation of all troopers should be to be kind and courteous in all interactions with members of the public.

In any event, I would like to thank you for your time and careful consideration of this complaint. Contine to protect our community with professionalism and integrity. God bless

Mark, M. Ed

Sent from Yahoo Mail on Android

RFP 4

**Cooke, Eric**

**From:** Marcus Cameron <mcameron1534@yahoo.com>
**Sent:** Sunday, May 27, 2018 8:16 AM
**To:** Cooke, Eric
**Subject:** Another Incident

Good Morning,

I wanted to update you, as I previously spoke with you about an incident with Trooper Steven Stebbins. Yesterday Mr. Stebbins and/or his wife made a 911 call and had Enfield PD respond to the street where the original incident occurred, after he observed me driving on this street.

The reason I am reporting this is because I observed an Enfield PO engage in conversation with Trooper Stebbins and as my guest and I left the home that I own on this street, the Enfield PO followed us from the area.

I responded by going directly to the Enfield PD and speaking with Sgt. Laurino and PO Carter. Sgt. Laurino confirmed that there was in fact a 911 call placed. I reported the ongoing issue with Trooper Stebbins to Enfield PD due to the possible chance that he will continuously call them in an attempt to have them investigate me.

Per my conversation with Sgt. Laurino, Trooper Stebbins reported to Detective Castle (responding officer to his 911 call) that this incident started from a "traffic stop".

Thank you for you time and consideration.

Mark

Sent from Yahoo Mail on Android

**Cooke, Eric**

**From:** Fedigan, Todd
**Sent:** Wednesday, May 30, 2018 10:01 PM
**To:** Cooke, Eric
**Cc:** Loughman, Daniel
**Subject:** Conversation with Mark at Troop H (re: TFC Stebbins)

LT,

Tonight at approximately 2140 hours a black male who wanted to be referred to as "Mark" came into the Troop to talk to me about an ongoing issue with TFC Steve Stebbins #1111 which he informed me he already appraised you on. He wanted to show me a video he obtained around 1620 Hours on Foxcroft Road in Enfield tonight. Mark said he was on his way home (apparently he and TFC Stebbins live on the same road) and as he approached his house he observed a white male with a hat standing next to TFC Stebbins in Stebbins' driveway. As he came closer, this white male walked out into the middle of the street and started loudly talking in his direction. Mark recorded this incident and I observed a white male with a hat say to Mark, "are you lost?" This white male then said why are you intimidating him?

Mark said this is another example of the ongoing issue with TFC Stebbins since Stebbins approached him a week ago for a stop sign violation. I did ask him for his full name and he said at this point he wanted to be referred to as "Mark" and he provided me with his cell phone number of 516-301-0441. At no point did TFC Stebbins approach Mark or say anything to him in this video.

MSGT Todd Fedigan #082
Administrative Sergeant
Troop H
100 Washington Street, Hartford, CT
860-534-1098
Todd.Fedigan@ct.gov

RFP 4

**Cooke, Eric**

**From:** Cooke, Eric
**Sent:** Thursday, May 31, 2018 1:29 PM
**To:** 'mcameron1534@yahoo.com'
**Subject:** RE: Another Incident

Mark,

The complaint you submitted was received at the Internal Affairs Office of the Connecticut State Police. The investigation is assigned to Lieutenant Loughman, the Commanding Officer of Troop H in Hartford. Upon completion of the investigation, you will be notified of the results in writing.

Respectfully,

LT Eric Cooke #047
Connecticut State Police
Internal Affairs
203-630-4340

**From:** Marcus Cameron [mailto:mcameron1534@yahoo.com]
**Sent:** Sunday, May 27, 2018 8:16 AM
**To:** Cooke, Eric
**Subject:** Another Incident

Good Morning,

I wanted to update you, as I previously spoke with you about an incident with Trooper Steven Stebbins. Yesterday Mr. Stebbins and/or his wife made a 911 call and had Enfield PD respond to the street where the original incident occurred, after he observed me driving on this street.

The reason I am reporting this is because I observed an Enfield PO engage in conversation with Trooper Stebbins and as my guest and I left the home that I own on this street, the Enfield PO followed us from the area.

I responded by going directly to the Enfield PD and speaking with Sgt. Laurino and PO Carter. Sgt. Laurino confirmed that there was in fact a 911 call placed. I reported the ongoing issue with Trooper Stebbins to Enfield PD due to the possible chance that he will continuously call them in an attempt to have them investigate me.

Per my conversation with Sgt. Laurino, Trooper Stebbins reported to Detective Castle (responding officer to his 911 call) that this incident started from a "traffic stop".

Thank you for you time and consideration.

Mark

Sent from Yahoo Mail on Android

INTERDEPARTMENTAL MESSAGE
STO-201 REV 5/94
(Stock No. 6938-051-01)

# STATE OF CONNECTICUT

| | | |
|---|---|---|
| **TO:** | **NAME, TITLE:** Sgt. Samson #297 | **DATE:** 06/29/2018 |
| | **AGENCY ADDRESS:** 100 Washington Street, Hartford CT 06106 | |
| **FROM:** | **NAME, TITLE:** Tfc. Stebbins #1111 | **TELEPHONE:** 860-534-1035 |
| | 100 Washington Street, Hartford CT 06106 | |

**Subject: Memo as requested in regards to neighbor complaint**

Sir,

Sir,
I am writing you this memo in response to your request for me to do so.
On Tuesday, May 22, 2018, between the hours of 1548 hours and 1610 hours, I was traveling south on Route 5/Enfield Street in the Town of Enfield, CT. At said time, I was operating my assigned Connecticut State Police cruiser, bearing Connecticut registration 144-UTZ, with the light bar attached to the roof. I was dressed in soft clothes as I was on my way to a shooting range for practice. This area of Route 5/Enfield Street is made up of four travel lanes, two lanes for northbound traffic and two lanes for southbound traffic. The posted speed limit in this area is 35 MPH. I was traveling in the left lane of two, at a safe distance behind another vehicle. As we approached the intersection of Brainard Road, I was traveling with the flow of traffic at approximately 30-35 miles per hour. The posted speed limit in this area is 35 MPH. There is a traffic control signal located at the intersection of Route5/Enfield Street and Brainard Road. At this time, said traffic control signal was illuminated green. Said vehicle in front of me activated its left blinker, indicating it was going to turn left onto Brainard Road. I slowed down as said vehicle in front of me conducted a left turn onto Brainard Road. Simultaneously, a grey/ silver colored vehicle with tinted windows, passed on my right, in the right lane of two at higher rate of speed than the current flow of traffic. Due to my training and experience I estimated this vehicle to traveling close to fifty (50) miles an hour. Said grey/silver vehicle then merged left, into the left lane. I then merged into the left lane of two, behind said vehicle. I observed said grey/silver car to be a Honda Accord coupe, bearing Connecticut Registration AK77728. Utilizing my MDT I entered the Connecticut Registration which revealed it was a 2009 Honda Accord EX color silver with an expiration date of 08/31/2019. I then noticed that the primary owner was listed as a Cameron, Marcus (DOB 06/15/1986), with a listed address of 49 Foxcroft Road in the Town of Enfield. (It should be noted that I also reside on Foxcroft Road in the Town of Enfield, with my family. I immediately recalled seeing said Honda Accord parked at 49 Foxcroft Road. It should be noted that in the past ten (10) years I have had to meet with several of my neighbors in regards to them speeding or running this stop signs. All of these contacts have been friendly, professional encounters and I never had any issues, in fact I've made some good contacts. I always use discretion, especially if it involves a neighbor who committed a minor motor vehicle infraction). Small children live in my neighborhood and I have children too.

As we continued south on Route 5/Enfield Street, I observed a school bus stopped ahead with its red lights activated in the right lane of two, on the northbound side. All traffic came to a stop in both directions as a result of said school bus. I began slowing down and said Honda activated its left blinker and turned left onto Freemont Street, which subsequently leads to Foxcroft Road. I stopped with all other vehicles in the area of the school bus. When I came to a stop, I was almost perpendicular to Freemont Road, but just north, so I had a clear view, looking east, down Freemont Road. I observed the Honda Accord as it traveled east on Freemont Road. As the Honda Accord approached the intersection of Freemont Road and Dover Road, it began to slow down, and then rolled right through the stop sign. At this time I decided I would try to make contact with the Honda Accord operator to ascertain that the operator was in good mind to be operation a motor vehicle. I then turned left onto Freemont Road, crossed over Dover Road, and then veered right onto Leonard Road. Once I got to the intersection of Leonard Road and Foxcroft Road, I made a right turn onto Foxcroft Road. I then headed south and made my way to 49 Foxcroft Road, the address listed to the Honda Accord . It should be noted that 49 Foxcroft Road is approximately six (6) houses away from the intersection of Leonard Road and Foxcroft Road, and is situated on the east side of Foxcroft Road. As I arrived at 49 Foxcroft Road, I observed the Honda Accord backing up on the left side of the driveway and a lone black male operator, later identified as Cameron, Marcus (DOB 06/15/1986). I parked my cruiser along the east curb, in front of 49 Foxcroft Road, prior to the driveway of 49 Foxcroft Road, as not to block the driveway. I parked my cruiser in front of the mailbox of residence 49 Foxcroft Road, facing south (see attached map diagram explaining where I parked my cruiser). I exited my cruiser and began walking up the driveway towards the Honda Accord. As I got closer, Cameron was still in his vehicle. I asked Cameron if I could talk to him for a minute man to man. I immediately detected a poor attitude from Cameron. I said to Cameron "can you do me a favor and slow down on route 5 as the speed limit is 35 MPH not 50 MPH". I then said to Cameron "also stop for the stop signs, I watched you roll through one back there". Cameron immediately responded "I didn't go through any stop sign; you were on your cell phone back there"! I advised Cameron that I observed him go through the stop sign and I believe he saw me stationary on Route 5. Cameron responded "I saw you"! I replied "so you saw me but still decided to roll through the stop sign anyways"? Cameron did not respond. I immediately detected that Cameron was trying to deflect any wrong doing by him, by fabricating that I was on my cell phone. I responded to Cameron "do you want to see my cell phone"? Cameron did not respond. Cameron then began questioning why I was going to his house and why I was on his property. At this point I realized that Cameron was going to be defiant, have a poor attitude towards me and not listen to what I had to say. I then began to walk down the driveway, back to my cruiser. As I was walking back, Cameron began rumbling on about something that I could not comprehend. Cameron then asked me to identify myself and I ignored him as I felt he was trying to provoke me and I did not want to escalate things any further at this time. I said to him twice while shrugging my shoulders, "I got you "as I walked back to my cruiser. I said this meaning I understood him, that no matter what I said to him, he was not going to listen to me and continue with his poor attitude . At this point I assumed Cameron recognized me as his neighbor, as my residence is six (6) houses down from his, but on the west side of Foxcroft Road. Also I drive by his house several times a week to avoid taking the exact same route home every day. My assigned cruiser with the light rack attached to its roof is also parked in front of my residence several times a week. There is a clear view facing south from Camerons' driveway to my residence. I did not create a motor vehicle stop or issue him any motor vehicle action due to him being my neighbor. At this point, I entered my cruiser, put it in drive and pulled forward, into his driveway to turn around. I then reversed out of his driveway, and drove north on Foxcroft Road, turned left onto Leonard Road and made my way back to Route 5/Enfield Street. As I entered Route 5/Enfield Street south, I observed a motor vehicle commit a motor vehicle infraction. I initiated a motor vehicle (MV) stop on said vehicle at 1608 hours, documented under CFS # 18-00243501. I conducted and cleared said MV stop without any issue. I continued traveling south on route5/Enfield Street. I then stopped at A Call to Arms firearms & ammunition store, located at 660 Enfield Street, Enfield CT (I can provide a receipt if

necessary). I then left A Call to Arms and drove directly to the Metacon Gun Club, located at 106 Nod Road, Simsbury CT, utilizing I-91 to East Granby 187 south. This route is approximately forty (40) minutes, twenty two (22) miles one way. During my commute to the gun range, I received a notice on my cell phone to contact Sgt. Gunn #126 at Troop-H. I immediately called Sgt. Gunn #126 and he advised me that Cameron called the Troop to make a complaint against me and Cameron wanted to identify me. I stated to Sgt. Gunn #126 all the facts and circumstances surrounding my interaction with Cameron. Sgt. Gunn #126 advised me that he would call Cameron back soon. Sgt. Gunn #126 asked me if I threatened Cameron and I responded "no". I informed Sgt. Gunn #126 that I did say to Cameron "I got you", which was not a threat in any means; I said it as "I understood him and his poor attitude towards me". Cameron can perceive it any way he wishes. Sgt. Gunn #126 asked me if I had ever dealt with Cameron in the past and I responded "no".

I then met Auxiliary Connecticut State Police Officer, Preston Harper at the Metacon gun club and we practiced for approximately two (2) hours. When I left the gun club, I took the same exact route home. During my commute home, I contacted Sgt. Gunn #126 to inquire if Cameron had indeed made a complaint against me and should I prepare to defend myself by putting ink to paper. Sgt. Gunn #126 advised me that he was just about to call Cameron, but advised me that Cameron had called Troop-H a second time, approximately ten (10) minutes prior and Cameron stated that I drove by his residence. I told Sgt. Gunn #126 now Cameron is making up lies, as I was still driving home, traveling through east Granby as we spoke and I can provide eyewitnesses if needed. Sgt. Gunn #126 advised me that he would call Cameron and then advise me of the outcome in regards to him filing a complaint against me.

A short time later I was contacted by Sgt. Gunn #126 via the telephone. Sgt. Gunn #126 advised me that he spoke to Cameron and heard his side of the story, gave him my name, badge number and advised Cameron that I was his neighbor. Sgt. Gunn #126 also stated that Cameron made some reference that he was tied into Law enforcement (LE) in some way, but when asked, Cameron would not divulge any details to him. Sgt. Gunn #126 asked me if I ever had any dealings with Cameron either personally and/or professionally. I advised Sgt. Gunn #126 that I have never dealt with Cameron at any level and this was the first time I even heard Cameron is somehow tied to LE. According to Sgt. Gunn #126 he believed Cameron was satisfied, but he explained that he did advise Cameron the process of filing a complaint online if he wished to do so.

Later this night, May 22nd I was contacted by one of my neighbors who was outside smoking a cigarette during the evening. This neighbor stated that as he was sitting on his front steps, he observed a mid-sized SUV, with a Massachusetts registration plate, occupied by two (2) black males, drive south of Foxcroft Road towards my residence. He stated that as the said SUV got closer to my residence, it began to slow down almost coming to a stop and he observed both black males to be staring at my residence. Said neighbor was unable to copy the registration number but thought I should be made aware of this incident. It should be noted that as this time, said witness was unaware of my interaction with Cameron, he believed it was out of the ordinary when these black males drove by in a menacing way. He could not be sure, but believed the SUV was dark grey or black in color.

From the evening of Tuesday May 22nd to the morning of Saturday May 26th I did not hear from or see Cameron at all. I even avoided driving by his house to avoid any issues until this event was squared away.

On May 26, 2018, around mid-morning, I was doing errands around the outside of my residence, as I do frequently. I then observed Cameron operating his Honda Accord south on Foxcroft and traveling faster than 25 MPH. As he past my residence I observed through his tinted windows that it was indeed Cameron operating the vehicle.

It should be noted that our neighborhood roads are currently under construction; therefore the roadway has some sections of pavement that is removed, with dirt as its primary roadway surface, therefore vehicles should lower their speed more than usual. When Cameron drove by, it created a large amount of dust. Also there are several surrounding families that have small children that play in

their respective front yards or they are out riding their bicycles on the sidewalk and roadway. At no time between May 22, 2018 and May 31, 2018 were any of the surrounding roads closed due to construction.

Approximately five (5) to ten (10) minutes later I observed a grey colored Infiniti with tinted windows traveling south on Foxcroft Road towards my residence, at a speed greater than 25 mph. I recognized this Infiniti to be the same Infiniti that I have observed parked numerous times at the Cameron residence. As the Infiniti passed by my residence, I was still out front and I observed Cameron to be driving and what appeared to be a white or light black skinned female in the front passenger seat. Due to the tinted windows I was unable to determine her race. Said female began waving at me in a ridiculous and childish manner as if she was trying to provoke me. My wife witnessed this as well. I then walked across the street to talk to my neighbor about some new tools he recently purchased. Approximately ten (10) minutes later, the grey colored Infiniti with tinted windows came back around the other way (north) and I observed Cameron operating said vehicle with the same female in the front passenger seat.

After this happened I decided to contact the Enfield Police Department (EPD), to speak with an officer and voice our concerns of we had in regards to Cameron going out of his way to drive by our residence and the possibility he's tied to the SUV that my neighbor witnessed drive slowly by our residence. We both believe he was doing this as an act of trying to threaten and or harass us. Enfield Detective Castle arrived at my residence a short time later. I advised Detective Castle of the facts and circumstances surrounding my encounter with Cameron on May 22, 2018. I asked Detective Castle to just document the fact that Cameron was going out of his way to drive by my house and I believe he was doing so to intimidate, threat and harass my family and I. Detective Castle recorded the fact that Cameron drove by my residence several times in a short span of time. Also it was noted that Cameron can get to his residence by several other streets and he can completely avoid driving by my residence. I advised Detective Castle that I believe Cameron moved into his residence sometime in 2015, and I have never witnessed him drive by my residence between 2015 and May 22, 2018, which leads me to believe that he was driving by my residence in attempt to harass us. Detective Castle and I discussed if he should go visit Cameron and it was decided he would not, because I did not wish to file a complaint against Cameron at this time, I just wanted these events documented for future reference. Detective Castle advised me that he would document my concerns and he would also request that EPD conduct patrol checks of my residence.

After Detective Castle left my residence, I decided to conduct an internet search of the name Marcus Cameron to ascertain if he was indeed somehow tied to LE, due to his comment to Sgt. Gunn #126, and determine what he did for work. My search netted a positive finding on LinkedIn website, which is a business and employment-oriented social networking service. Under the account of Marcus Cameron I observed a profile picture which I identified as Cameron, Marcus. Cameron listed his profession as a Probation Officer at the State of Massachusetts Trial Court. This information became very alarming to me if true, as I have firsthand knowledge of what the duties of a Probation Officer entails. If he is a Probation Officer, it concerns me that he could use his profession to retaliate against my family and me.

Approximately twenty (20) minutes later I received a telephone call from Detective Castle. Detective Castle advised me that as he was leaving my neighborhood, Cameron and a female began to tail him as he left my neighborhood. Detective Castle stated that he believed that either or both parties were taking cell phone pictures and/or video of his cruiser. Detective Castle stated that Cameron then arrived at EPD to inquire who he was and to identify him. The on duty Sergeant spoke with Cameron and the Sergeant provided Cameron with all the information that he was requesting. At some point during the conversation, Cameron asked the Sergeant if I had filed a complaint against him and the Sergeant responded "no".

Detective Castle and the on-duty Sergeant will have documents completed and ready to add to this investigation upon your request.

My family and I left the Town of Enfield on Saturday May 26, 2018 in the late afternoon, returning to our residence during the late afternoon of Monday May 28, 2018.

I have a neighbor who resides on Foxcroft Road, north of Cameron's residence, who also takes care of my landscaping. This neighbor resides 3-4 houses north of Cameron, on the west side of Foxcroft Road. This neighbor and I were scheduled to meet and discuss future landscaping plans for my residence.

On Monday 05/28/2018, I observed this neighbor to be working in his yard. I then drove my personal vehicle north on Foxcroft Road, past Camerons' residence, en route to my neighbors residence. As I drove by Camerons residence I drove below 25 mph, but not too slow to raise any unnecessary attention and in an attempt to not create a dust cloud from the dirt covered roadway due to current road construction on Foxcroft Road. As I drove by the Cameron residence I observed several black males milling around in the driveway and I also observed a SUV, possibly grey in color, bearing a Massachusetts registration plate parked in the Cameron driveway. Said SUV could possibly be the same SUV that my neighbor witnessed drive by my residence in a menacing way on May 22, 2018. I parked my personal vehicle against the west curb of the roadway. I exited my vehicle and met my neighbor in his side yard, which is visible from Cameron's residence. At one point during our conversation I looked south, towards Cameron's residence and observed him to be standing on his property and facing north, looking in our direction. I believe I observed Cameron to have had his cell phone out and he appeared to be taking pictures and/or video of my neighbor and me as we spoke. A short time later, that same SUV which I believe was a Nissan Pathfinder with a Massachusetts registration drove north on Foxcroft Road and I observed a black male operator but uncertain if there were any passengers. This black male drove by us at a slow speed and just stared at us, which I interpreted as he was trying to intimidate us. After this vehicle drove by, I looked towards Cameron's driveway and the grey SUV was not there, I perceived this as possibly intimidation, and that Cameron may have instructed his house guest to drive slowly by us. Said SUV took this route out and did not drive by my residence. After I finished speaking with my neighbor, I entered my vehicle and continued north on Foxcroft Road and made my way of my neighborhood.

Between Monday May 22nd and Wednesday May 30th, I did not observe Cameron drive by my residence.

On Wednesday May 30th, I was working in my garage. I had called a friend, Alex over to assist me with a project in my garage at approximately 1620 hours. My friend assisted me, which took approximately five (5) minutes and we both ended up in my driveway talking. During our conversation, I observed a vehicle coming around the corner, heading north on Foxcroft Road. I immediately identified this vehicle to be Cameron's Honda Accord. I then observed Cameron to be driving said Honda Accord. As Cameron passed my residence he just looked left, over at my friend and me. At this time, my friend asked me if that was the guy who has been unnecessarily driving by my residence and I confirmed with him that it was. I had apprised my friend of Camerons unprovoked actions on an earlier date out of concern for the safety of my family and I. My friend then said "what an idiot". My friend then observed Cameron backing his Honda Accord up his driveway, which at this time was partially blocked by a tree. Cameron parked his vehicle on the driveway and then exited said vehicle. A few minutes later, my friend said "hey I think he's coming back by"! At this time we just stood in my driveway, in same exact spot. Cameron proceeded to travel south on Foxcroft, towards my residence. As Cameron drove by my residence, he lowered his front passenger window and turned the volume on his radio up loud as I assume in attempt to annoy my friend and I. Cameron continued south on Foxcroft road and we lost sight of him as he rounded the corner. It couldn't have been more than approximately ninety (90) seconds or so and Cameron was rounding the corner and was traveling north on Foxcroft, back towards my residence. At this time, my friend said "fuck this guy, what is his problem"! My friend then entered the roadway and began walking towards Cameron as he drove in front of my residence. Cameron rolled his driver side window down and began to slow down and stopped. Cameron had his cell phone in his hand and I assume was recording said encounter with my friend. My friend just barraged Cameron with a bunch of questions, like "are you

fucking lost, “what is your fucking problem”! During this time I remained in my driveway and never approached Cameron and I did not hear anything else during their interaction. My friend then walked away as Cameron drove north on Foxcroft Road. It should be noted that I never directed, asked or told my friend to make contact with Cameron, he did so on his own accord. It should also be note that one of my neighbors, Joe who resides south of my residence observed this incident, as he approached me later on that evening and asked me what transpired.
I have not heard or seen from Cameron since this last incident on May 30, 2018.
Sir, I have attached copies of my cell phone records, copies of text messages between Alex, copy of receipt from the Call to Arms, copy of video footage of myself and Preston at the range on 05/22/2018.

Respectfully Submitted,
Trooper Stebbins #1111
#1111

**Enfield Police Department**
293 Elm Street Enfield, CT 06082
860-763-6400

**Supplement Report**
IR201815978-S1
P201815978



| | | | | | |
|---|---|---|---|---|---|
| Report Type: | No Crime | Date/Time Reported: | 05/26/2018 11:39 | Location: | 44 FOXCROFT RD, ENFIELD, CT, 06082 United States |
| Incident Occurred from 05/26/2018 11:39 to 05/26/2018 11:39 | | Date of this Report: | 05/26/2018 13:53 | | |
| Officer Assigned: | LAURINO, JAMES | Division: | Enfield Police | Related Case: | |
| Incident Classification: | Aided Person | Clearance Code: | | Clearance Date: | |

## Narrative

*At about 1320, 5.26.18, Cameron came to EPD to find out what officer was involved in this investigation and if in fact EPD had received a complaint at #44.*

*I advised Cameron that Castle was the officer and that a complaint did come in. I spoke with him about this incident for about 15 minutes in which he gave his version of events. I asked him numerous times if he wanted to speak with Castle and he declined. He was just concerned that these complaints were going to continue and that he had his version also.*

## Related Entities

| Related | Entities |
|---|---|
| Primary | IR201815978 |
| CAD Record | P201815978 Aided Person-Police |

| Reporting Officer: | LAURINO, JAMES | Review/Approved By: | KASELOUSKAS, STEVEN | Date Approved: | 5/27/2018 |
|---|---|---|---|---|---|

Reporting officer sworn signature ____________________ Date __________

Subscribed and sworn before me this________ Day of______________20___ Supervisor/Notary Signature ____________________

RFP 4

# Enfield Police Department

293 Elm Street Enfield, CT 06082

860-763-6400

## Incident Report

IR201816525

P201816525



| | | | | | |
|---|---|---|---|---|---|
| Report Type: | No Crime | Date/Time Reported: | 05/30/2018 22:18 | Location: | FOXCROFT RD, ENFIELD, CT, 06082 United States |
| Incident Occurred from 05/30/2018 22:18 to 05/30/2018 22:18 | | Date of this Report: | 05/30/2018 22:22 | | |
| Officer Assigned: | SQUIRES, MARK | Division: | Enfield Police | Related Case: | |
| Incident Classification: | Aided Person | Clearance Code: | | Clearance Date: | |

## Narrative

On 5/30/2018 a black male with a beard and short hair was present in the lobby of the police department. He refused to identify himself. He stated to me that he owns a home on Foxcroft Road and had a problem with a neighbor last Tuesday who he identified as Steven Stebbins. The male showed me a recording that he claimed to have occurred on 5/30/2018. The video shows the black male sitting in his vehicle driving down the street. A white male is walking well within the travel portion of the road approaching the vehicle. The vehicle slows and the white male states something to the affect "are you lost?" The black male responds and drives away. The black male stated the male in the road was not Stebbins but the incident occurred in front of Stebbins' home. Documentation purposes only. Nothing further.

## Related Entities

| Related | Entities |
|---|---|
| CAD Record | P201816525 Aided Person-Police |

| Reporting Officer: | SQUIRES, MARK | Review/Approved By: | FOY, THOMAS, J | Date Approved: | 5/31/2018 |
|---|---|---|---|---|---|

Reporting officer sworn signature ____________________ Date __________

Subscribed and sworn before me this________ Day of______________20___ Supervisor/Notary Signature ____________________

**Enfield Police Department**
293 Elm Street Enfield, CT 06082
860-763-6400

**Incident Report**
IR201815978
P201815978



| | | | | | |
|---|---|---|---|---|---|
| Report Type: | No Crime | Date/Time Reported: | 05/26/2018 11:39 | Location: | 44 FOXCROFT RD, ENFIELD, CT, 06082 United States |
| Incident Occurred from 05/26/2018 11:39 to 05/26/2018 11:39 | | Date of this Report: | 05/26/2018 12:36 | | |
| Officer Assigned: | CASTLE, GARY | Division: | Enfield Police | Related Case: | |
| Incident Classification: | Aided Person | Clearance Code: | | Clearance Date: | |

## Person

Person 1: STEBBINS, Tpr — Police Officer , Complainant
Address: 44 FOXCROFT RD, ENFIELD, CT, 06082 United States
DOB:
Sex: M
Home Phone: [redacted]
Cell Phone:
Office Phone:
Email:

Person 2: CAMERON, MARCUS, ANTHONY — Other
Address: 49 FOXCROFT RD, ENFIELD, CT
DOB: 6/15/1986
Sex: M
Home Phone:
Cell Phone: 516-601-0441
Office Phone:
Email:

## Narrative

TPR. STEBBINS - TROOP H REQUESTS EXTRA ATTENTION AT HIS RESIDENCE 44 FOXCROFT DUE TO PROBELMS WITH THE NEIGHBOR AT 49 FOXCROFT, MARCUS CAMERON 6-15-86. TPR. STEBBINS RECENTLY CONTACTED MARCUS TO ASK HIM TO STOP FOR THE STOP SIGN AND SLOW DOWN WHEN DRIVING. MARCUS FILED A COMPLAINT WITH TROOP H AND IS BRINGING ATTENTION TO HIMSELF BY DRIVING PAST #44 AND MAKING GESTURES TOWARDS STEBBIN, TRYING TO COAX STEBBINS INTO A CONFRONTATION. STEBBINS ASKED THAT THIS BE DOCUMENTED ONLY. nO CONTACT OR ATTEMPTS TO CONTACT MARCUS CAMERON PER AT THE REQUEST OF TPR. STEBBINS.
Troop H is aware of this incident. This request was transmitted to the EPD by MDT GUARNTEED MESSAGE.

## Related Entities

| Reporting Officer: | CASTLE, GARY | Review/Approved By: | LAURINO, JAMES | Date Approved: | 5/26/2018 |
|---|---|---|---|---|---|

Reporting officer sworn signature ______________________ Date ____________

Subscribed and sworn before me this_________ Day of________________20___ Supervisor/Notary Signature ______________________

**Enfield Police**
**Number: IR201815978**



| Related | Entities |
|---|---|
| **Supplement** | **IR201815978 -S1** |
| **CAD Record** | **P201815978 Aided Person-Police** |

| | | | | | |
|---|---|---|---|---|---|
| Reporting Officer: | **CASTLE, GARY** | Review/Approved By: | **LAURINO, JAMES** | Date Approved: | **5/26/2018** |

Reporting officer sworn signature ______________________________ Date ____________

Subscribed and sworn before me this________ Day of________________20___ Supervisor/Notary Signature ______________________________

# STATE OF CONNECTICUT

DEPARTMENT OF EMERGENCY SERVICES AND PUBLIC PROTECTION
DIVISION OF STATE POLICE
TROOP H, HARTFORD
(860) 534-1000

## INTERDEPARTMENTAL MEMORANDUM

TO: Sergeant Stephen Samson #297

FROM: Master Sergeant Todd Fedigan #082

DATE: 07/18/2018

SUBJECT: Complaint / TFC Steve Stebbins

Sgt. Samson,

I'm writing this memorandum at your request regarding a complaint that you are investigating against TFC Stebbins.

On 05/30/2018 I was the evening shift supervisor at Troop-H. At approximately 2140 hours a black male who wanted to be referred to as "Mark" came into the Troop to talk to me about an ongoing issue with TFC Steve Stebbins #1111 which he informed me he already appraised LT Cooke at internal affairs about. He wanted to show me a video he obtained around 1620 Hours on Foxcroft Road in Enfield on 5/30/2018. Mark said he was on his way home (apparently he and TFC Stebbins live on the same road) and as he approached Stebbins' house he observed a white male with a hat standing next to TFC Stebbins in Stebbins' driveway. As he came closer, this white male walked out into the middle of the street and started loudly talking in his direction. Mark recorded this incident and I observed a white male with a hat say to Mark, "are you lost?" This white male then said why are you intimidating him?

Mark said this is another example of the ongoing issue with TFC Stebbins since Stebbins approached him a week ago for a stop sign violation. I did ask him for his full name and he said at this point he wanted to be referred to as "Mark" and he provided me with his cell phone number of 516-301-0441. At no point did TFC Stebbins approach Mark or say anything to him in this video.

This concluded my interaction with Mark and he left the Troop. I then emailed LT Cooke from IA, informing him of my interaction, which is attached to this memorandum.

MSGT Fedigan #082

Master Sergeant Todd Fedigan #082

## Fedigan, Todd

**From:** Fedigan, Todd
**Sent:** Wednesday, May 30, 2018 10:01 PM
**To:** Cooke, Eric
**Cc:** Loughman, Daniel
**Subject:** Conversation with Mark at Troop H (re: TFC Stebbins)

LT,

Tonight at approximately 2140 hours a black male who wanted to be referred to as "Mark" came into the Troop to talk to me about an ongoing issue with TFC Steve Stebbins #1111 which he informed me he already appraised you on. He wanted to show me a video he obtained around 1620 Hours on Foxcroft Road in Enfield tonight. Mark said he was on his way home (apparently he and TFC Stebbins live on the same road) and as he approached his house he observed a white male with a hat standing next to TFC Stebbins in Stebbins' driveway. As he came closer, this white male walked out into the middle of the street and started loudly talking in his direction. Mark recorded this incident and I observed a white male with a hat say to Mark, "are you lost?" This white male then said why are you intimidating him?

Mark said this is another example of the ongoing issue with TFC Stebbins since Stebbins approached him a week ago for a stop sign violation. I did ask him for his full name and he said at this point he wanted to be referred to as "Mark" and he provided me with his cell phone number of 516-301-0441. At no point did TFC Stebbins approach Mark or say anything to him in this video.

MSGT Todd Fedigan #082
Administrative Sergeant
Troop H
100 Washington Street, Hartford, CT
860-534-1098
Todd.Fedigan@ct.gov

# STATE OF CONNECTICUT

DEPARTMENT OF EMERGENCY SERVICES AND PUBLIC PROTECTION
DIVISION OF STATE POLICE
TROOP H, HARTFORD
(860) 534-1000

## INTERDEPARTMENTAL MEMORANDUM

TO: Sergeant Stephen Samson #297

FROM: Sergeant Paul Gunn #126

DATE: 07/18/2018

SUBJECT: Complaint / TFC Steve Stebbins

---

Sgt. Samson,

I'm writing this memorandum at your request regarding a complaint that you are investigating against TFC Stebbins. Prior to writing this memo, I searched for the notes that I took at the time I first spoke to the complainant and I have not been able to locate them. Therefore, the following is my best recollection of the conversation that I had with the involved parties.

On May 22, 2018 I was the evening shift supervisor at Troop-H. During the shift, TFC Stankowsky (Desk Officer) informed me that he just got off the phone with a gentleman that wanted to know the name of a trooper that had just stopped him in his driveway. The gentleman would only provide his first name and phone number. He provided the registration of the unmark cruiser and I recalled that it ended in UTZ, so I was pretty certain that the vehicle would come back to our department. The gentleman had informed TFC Stankowsky that the trooper did not give him a ticket, but instead stated that he wanted to talk "man to man" and accused him of speeding and running a stop sign.

I contacted NCC and learned that the vehicle was assigned to TFC Stebbins #1111 out of our barracks. I next contacted TFC Stebbins, on his cell phone and spoke to him about the incident. TFC Stebbins acknowledges that he affected a motor vehicle stop earlier in his neighborhood. The following is a summary of what he stated transpired: He was off duty and was headed to the range to do some shooting. He was alone in his assigned cruiser when he observed Marcus Cameron pass him on the right (speeding) while he was traveling in the left lane of two on a secondary roadway. A short distance later, Marcus Cameron made a right turn barely slowing for a stop sign. TFC Stebbins next observed the vehicle pull into a nearby driveway. Although the violations were not that egregious, TFC Stebbins decided to affect a motor vehicle stop and issue his "neighbor" a verbal warning. Marcus Cameron was not receptive to the TFC Stebbins stopping him in his driveway and accused TFC Stebbins of talking on his cell phone while driving. The two began to argue. TFC Stebbins used the phrase, "'I'm just trying to

---

RFP 4

EXHIBIT #16

# STATE OF CONNECTICUT

DEPARTMENT OF EMERGENCY SERVICES AND PUBLIC PROTECTION
DIVISION OF STATE POLICE
TROOP H, HARTFORD
(860) 534-1000

## INTERDEPARTMENTAL MEMORANDUM

TO: Sergeant Stephen Samson #297

FROM: Sergeant Paul Gunn #126

DATE: 07/18/2018

SUBJECT: Complaint / TFC Steve Stebbins

Sgt. Samson,

I'm writing this memorandum at your request regarding a complaint that you are investigating against TFC Stebbins. Prior to writing this memo, I searched for the notes that I took at the time I first spoke to the complainant and I have not been able to locate them. Therefore, the following is my best recollection of the conversation that I had with the involved parties.

On May 22, 2018 I was the evening shift supervisor at Troop-H. During the shift, TFC Stankowsky (Desk Officer) informed me that he just got off the phone with a gentleman that wanted to know the name of a trooper that had just stopped him in his driveway. The gentleman would only provide his first name and phone number. He provided the registration of the unmark cruiser and I recalled that it ended in UTZ, so I was pretty certain that the vehicle would come back to our department. The gentleman had informed TFC Stankowsky that the trooper did not give him a ticket, but instead stated that he wanted to talk "man to man" and accused him of speeding and running a stop sign.

I contacted NCC and learned that the vehicle was assigned to TFC Stebbins #1111 out of our barracks. I next contacted TFC Stebbins, on his cell phone and spoke to him about the incident. TFC Stebbins acknowledges that he affected a motor vehicle stop earlier in his neighborhood. The following is a summary of what he stated transpired: He was off duty and was headed to the range to do some shooting. He was alone in his assigned cruiser when he observed Marcus Cameron pass him on the right (speeding) while he was traveling in the left lane of two on a secondary roadway. A short distance later, Marcus Cameron made a right turn barely slowing for a stop sign. TFC Stebbins next observed the vehicle pull into a nearby driveway. Although the violations were not that egregious, TFC Stebbins decided to affect a motor vehicle stop and issue his "neighbor" a verbal warning. Marcus Cameron was not receptive to the TFC Stebbins stopping him in his driveway and accused TFC Stebbins of talking on his cell phone while driving. The two began to argue. TFC Stebbins used the phrase, "'I'm just trying to

talk to you man to man" which he meant as oppose to giving him a ticket. Marcus Cameron got even more offended when he spoke those words and became irate. TFC Stebbins decided that he would terminate the conversation and started to walk away. It's at that time that Marcus Cameron asked for his name. TFC Stebbins acknowledge that he did not give the gentleman his name. He stated that Marcus Cameron already knew who he is and that he only asked him for his name to provoke him. TFC Stebbins did not want to get involved with any more than necessary dialog with Marcus Cameron.

Before I could contact the complainant, he called the troop and spoke to TFC Stankowsky a second time. Marcus Cameron stated that he just observed the same trooper pass by his residence and now he is feeling targeted. He stated that when the trooper left he stated that he was going to "get him". TFC Stankowsky stated that the gentleman indicated that he was involved with law enforcement in some capacity.

I contacted Marcus Cameron later in the shift and we spoke on the phone for approximately ten minutes. I apologized for the delay in getting back to him and explained that I had to look into who was assigned the cruiser. Marcus Cameron reiterated what he had already told TFC Stankowsky. I provided him with TFC Stebbins name and explained that after talking with TFC Stebbins I believed that Marcus Cameron misunderstood him when he stated he was speaking to him man to man and in no way was he challenging him. I further advised Marcus Cameron that TFC Stebbins is our court officer at the barracks. Consequently, he would not hold that position if his conduct was not highly regarded.

I next mentioned that I was under the impression that he was involved in law enforcement. Marcus Cameron acknowledge that he was, but he elected not to divulge any specific information or in what capacity. He further would not provide me with his full name or address. Marcus Cameron stated he was unsure if he wanted to make a complaint and that he called to get the troopers name. He acknowledges that he thought it was his neighbor, but he wanted to confirm. Marcus Cameron stated that he was going to talk to his peers and then decide if he was going to make a formal complaint.

I explained to Marcus Cameron that TFC Stebbins was wrong when he did not give him his name. I explained that I would verbally counsel him on that. I further explained that Connecticut State Troopers have full police powers anywhere in Connecticut, whether on or off duty and that the traffic stop was lawful and that he used discretion buy not writing him an infraction. I further gave Marcus Cameron my cell phone number and advised him, that after he consulted with his peers, that if he was going to proceed with a complaint, I would hope he would call me. I also explained that he could file a complaint on-line as well through our website.

A couple days later, TFC Stebbins contacted me and stated that Marcus Cameron is now harassing him. He stated that since the incident, Marcus Cameron has been going out of his way to drive by his house. TFC Stebbins expressed interest in contacting Enfield P.D. but he did not want to perpetuate the issue. I informed TFC Stebbins, that I have not been contacted by Marcus Cameron regarding any further complaint to date.

Later that day, TFC Stebbins left me a message that he contacted Enfield PD. He informed me he requested that Enfield PD not make contact with Marcus Cameron, but wanted them to be aware of the situation.
A couple day later, I was informed by Sgt. Fedigan that Marcus Cameron contacted the barracks to make a complaint against TFC Stebbins. Marcus Cameron alleges that one of TFC Stebbins house quest confronted him while he was driving by TFC Stebbins house and that he recorded the incident on his cell phone. I was advised that Sgt. Fedigan filled out the Complaint form and forwarded it to Professional Standards.

Respectfully,

-----------------------------------------

Sergeant Paul Gunn #126

A CALL TO ARMS
90 ENFIELD ST
ENFIELD, CT 06082

05/22/2018 15:56:28
MID: 000000005188787
TID: 08913095
266021891889

CREDIT CARD
VISA SALE

| | |
|---|---|
| CARD: | XXXXXXXXXXXX[redacted] |
| INVOICE | 0001 |
| Batch #: | 000417 |
| APP Code: | 057444 |
| Entry Mode: | Swiped |
| Mode: | Online |

SALE AMT $36.00

CUSTOMER COPY

To: Alex [redacted]

Wed, May 30, 4:19 PM

Hey you home

Yah what's up

Need muscles for a minute

You got a minute help put my front bumper on?

Ok

Wed, May 30, 6:22 PM

iMessage

q w e r t y u i o p

a s d f g h j k l

Preston

At the beach?

Not today, too cloudy. Want to shoot?

I like to if you have time

Any time after 1330 works.

Around 1600 too late, gotta fly home after work

Tue, May 22, 12:25 PM

That works.

I'm going to buy rounds
Do I need to buy some targets?

Tue, May 22, 4:00 PM

Running late
Just left Enfield

Ok

# Data, text & talk logs

Print | Download

**Device:** [redacted]SBINS ([redacted]5109

**Billing period:** **Current Billed Usage** May 02, 2018 - Jun 01, 2018

View details by: Talk

Show: Nicknames Numbers Nickname & number Manage contacts

Search by: Date Ex: mm/dd/yyyy

**Showing search results for: 05/22/2018** Totals: **20 calls** **60 minutes** **$0.00**

| Date / Time | | Contact | Location | Call Type | Minutes | Charge ($) |
|---|---|---|---|---|---|---|
| 05/22/2018 | 08:14PM | 860.818.8263 | Incoming, CL | | 13 | 0.00 |
| 05/22/2018 | 08:12PM | 617.981.6987 | Incoming, CL | | 1 | 0.00 |
| 05/22/2018 | 07:05PM | 860.214.0512 | Hartford, CT | | 10 | 0.00 |
| 05/22/2018 | 06:57PM | 860.534.1001 | Hartford, CT | | 8 | 0.00 |
| 05/22/2018 | 06:31PM | 413.530.6410 | Holyoke, MA | | 1 | 0.00 |
| 05/22/2018 | 04:27PM | 860.534.1001 | Hartford, CT | | 10 | 0.00 |
| 05/22/2018 | 03:31PM | 860.685.8420 | Incoming, CL | | 1 | 0.00 |
| 05/22/2018 | 02:20PM | 860.280.7557 | Hartford, CT | | 2 | 0.00 |
| 05/22/2018 | 02:07PM | 203.415.8977 | Incoming, CL | | 1 | 0.00 |
| 05/22/2018 | 02:06PM | 203.415.8977 | New Haven, CT | | 1 | 0.00 |
| 05/22/2018 | 02:04PM | 860.685.8420 | Incoming, CL | | 1 | 0.00 |
| 05/22/2018 | 02:04PM | 203.415.8977 | Incoming, CL | | 2 | 0.00 |
| 05/22/2018 | 01:49PM | 413.653.3824 | Incoming, CL | | 1 | 0.00 |
| 05/22/2018 | 11:53AM | 860.916.9740 | Incoming, CL | | 2 | 0.00 |
| 05/22/2018 | 10:00AM | 860.685.8420 | Incoming, CL | | 1 | 0.00 |
| 05/22/2018 | 09:44AM | 860.685.8420 | Incoming, CL | | 1 | 0.00 |
| 05/22/2018 | 09:12AM | 860.212.2664 | Hartford, CT | | 1 | 0.00 |
| 05/22/2018 | 08:36AM | 413.519.6514 | Incoming, CL | | 1 | 0.00 |
| 05/22/2018 | 07:55AM | 860.965.2625 | Hartford, CT | | 1 | 0.00 |
| 05/22/2018 | 07:55AM | 860.965.2625 | Hartford, CT | | 1 | 0.00 |

**Totals for this billing period:** 509 calls 1159 minutes $0.00

SDDV = Shared Minutes

**Incoming Call** **Outgoing Call**

Back to usage

RFP 4

Mail Calendar People Tasks Samson, Stephen ⚙ ?

⊕ New mail

Search mail and people

COMPLAINT CONVERSATIONS BY DATE

«

All Unread To me Flagged

Favorites

Inbox 133

Sent Items

Deleted Items 170

Samson, Stephen

Inbox 133

[redacted]

Connecticut State Police - Complaint

REPLY REPLY ALL FORWARD ...

Samson, Stephen

Tue 6/19/2018 1:39 PM

Mark as unread

To: mcameron1534@yahoo.com;

Sir,

Good afternoon, my name is Stephen Samson and I am a Sergeant with the Connecticut State Police. I have been assigned to investigate your complaint you have made against TFC Stebbins. On behalf of the Connecticut Sate Police, all complaints are taken seriously and investigated fully. Part of my investigation is to speak with the Complainant and go over their complaint. I would like to set up a meeting with you to go over your complaint, please let me know of your availability. I can either meet you at your residence in Enfield, Troop "H", or a place of your choosing. I can be reached at my Department Email - Stephen.Samson@ct.gov or my direct office number (860)534-1060.

Respectfully Submitted,

Sgt. Stephen J. Samson #297

Connecticut State Police Sergeant

RFP 4

Mail Calendar People Tasks Samson, Stephen ?

New mail

Search mail and people

COMPLAINT CONVERSATIONS BY DATE

All Unread To me Flagged

«

Favorites

Inbox

Sent Items

Deleted Items 320

Samson, Stephen

Inbox

[redacted]

[redacted]

Complaint Against Trooper

REPLY REPLY ALL FORWARD ...

Samson, Stephen

Fri 7/6/2018 7:28 AM

Mark as unread

To: mcameron1534@yahoo.com;

Good morning Marcus,
I am looking for the complete name and contact information for your co-worker so I can obtain a written statement for this investigation. This is the coworker you said is a witness on June 25th.
Respectfully,
Sgt. Stephen J. Samson #297
Connecticut State Police

Google Maps 49 Foxcroft Rd




Map data ©2018 Google 20 ft



144 UTZ

49 Foxcroft Rd
Enfield, CT 06082

Where I parked my cruiser



144 UTZ

Pulled forward [illegible] pulled out and drove North

Mail Calendar People Tasks Samson, Stephen ⚙ ?

Search mail and people

COMPLAINT CONVERSATIONS BY DATE

All Unread To me Flagged

YESTERDAY

[redacted]

## Another Incident

**Samson, Stephen**
Tue 6/26/2018 7:59 AM
Sir. Thank you for sending the videos to me. If you have any questions, please fe...

REPLY REPLY ALL FORWARD •••

**Marcus Cameron <mcameron1534@yahoo.co** Mark as unread
Tue 6/26/2018 6:36 AM

To: Samson, Stephen;

You replied on 6/26/2018 7:59 AM.

Good morning,

I wanted to forward you this dialogue, as I was unsure if you had this information as well. Also, you should have received 4 emails from me in which the video is attached. I had to make it into 4 separate ones due to the video being too big to send. If you have any other questions feel free to contact me.

Thank you,

Marcus

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "Marcus Cameron" <mcameron1534@yahoo.com>
**To:** "eric.cooke@ct.gov" <eric.cooke@ct.gov>
**Cc:**
**Sent:** Sun, May 27, 2018 at 8:15 AM
**Subject:** Another Incident
Good Morning,

I wanted to update you, as I previously spoke with you about an incident with Trooper Steven Stebbins. Yesterday Mr. Stebbins and/or his wife made a 911 call and had Enfield PD respond to the street where the original incident occurred, after he observed me driving on this street.

The reason I am reporting this is because I observed an Enfield PO engage in conversation with Trooper Stebbins and as my guest and I left the home, that I own on this street, the Enfield PO followed us from the area.

I responded by going directly to the Enfield PD and speaking with Sgt. Laurino and PO Carter. Sgt. Laurino confirmed that there was in fact a 911 call placed. I reported the ongoing issue with Trooper Stebbins to Enfield PD due to the possible chance that he will continuously call them in an attempt to have them investigate me.

Per my conversation with Sgt. Laurino, Trooper Stebbins reported to Detective Castle (responding officer to his 911 call) that this incident started from a "traffic stop".

Thank you for you time and consideration.

Mark

Sent from Yahoo Mail on Android

RFP 4



Mail Calendar People Tasks Samson, Stephen ⚙ ?

New mail

Search mail and people

COMPLAINT CONVERSATIONS BY DATE

All Unread To me Flagged

Favorites
Inbox 3
Sent Items
Deleted Items 377

Samson, Stephen
Inbox 3

YESTERDAY

[redacted]

Complaint Against Trooper

REPLY REPLY ALL FORWARD ...

Samson, Stephen
Thu 7/5/2018 2:02 PM

Mark as unread

To: mcameron1534@yahoo.com;

Good Afternoon Marcus,
I have compiled all my facts for this investigation, and as I explained to you on June 25th If you would still give me a written statement with your signature validating your complaint. Thank you and please let me know what is a good date and time for me to obtain your written statement.
Respectfully,
Sgt. Stephen J. Samson #297
Connecticut State Police


49 Foxcroft Rd
Google Earth


44 Foxcroft Rd
Google Earth

RFP 4

STATE OF CONNECTICUT
DEPARTMENT OF EMERGENCY SERVICES AND PUBLIC PROTECTION
Division of State Police
Bureau of Professional Standards and Compliance
Internal Affairs Unit

# Uniform Civilian Complaint Report

Please give this completed document to a Police Supervisor or send it to the Connecticut State Police, Bureau of Professional Standards and Compliance, Internal Affairs Unit, at the following address: 1111 Country Club Road Middletown, CT 06457-2389. You may also e-mail this form to the Complaint Intake Coordinator at: CSP.Complaint@CT.Gov

Type of Complaint: ☒ Misconduct ☐ Malfeasance ☐ Biased-Based Profiling/Stop

| Date of Incident: 05/22/18 | Time of Incident: 1545 | Date Reported: 05/25/18 | Time Reported: 0913 |
|---|---|---|---|
| Location of Incident: *(Street, city/town or exact address if known)* Route 5 Enfield, CT | | | |
| Complainant's Name: *(First, Middle, Last Name)* Mark | | | Complainant's DOB: |
| Complainant's Address: *(Number, Street, City/Town, State, Zip Code, Apt./Condo Unit Number)* None Provided | | | Complainant's Home #: 516-301-0441 |
| Complainant's Cell Phone #: | Complainant's Work Phone #: *(Area Code)* | | Complainant's E-Mail Address: mcameron1534@yahoo.com |
| Employer: | | | Occupation: |
| Employer's Address: *(Number, Street, City/Town, State, Zip Code)* | | | Employer's Telephone #: |
| Name of Person Assisting Complainant: | Address: *(Number, Street, City/Town, State, Zip Code)* | | Telephone #: |
| Name of Employee Complained About (if known or physical description, badge #, car #, etc.) Trooper Steven Stebbins | | | |
| Witness(es) Information: *(Name, DOB, Address: Number, Street, City/Town, State, Zip Code, Apt./Condo Unit Number, Telephone #, etc.)* | | | |

STATE OF CONNECTICUT
DEPARTMENT OF EMERGENCY SERVICES AND PUBLIC PROTECTION
**Division of State Police**

| Please provide answers to the following questions: | Yes | No | Unsure |
|---|---|---|---|
| 1. To your knowledge, was all or any part of the incident complained about videotaped or audiotaped by anyone? | ☐ | ☐ | ☒ |
| 2. Are you afraid for your safety, or that of any other person, for any reason, as a result of making this complaint? | ☐ | ☐ | ☒ |
| 3. Has anyone threatened you or otherwise tried to intimidate you in an effort to prevent you from making this complaint? | ☐ | ☐ | ☒ |
| 4. Are you able to read, write and speak the English Language? | ☒ | ☐ | ☐ |
| 5. If your answer to Question #4 is "No" or "Unsure", have you been provided with adequate language assistance to help you understand and fill out this form? | ☐ | ☐ | ☐ |

(If you answered "Yes" to any of the above questions, please provide details below.) Details of the incident: Please provide a full description of the circumstances that prompted your complaint. Attach supporting documentation as appropriate; including letters, emails, photographs, video or audio tapes, etc.

See attached e-mail complaints.

(Attach additional pages, if necessary)

RFP 4

STATE OF CONNECTICUT
DEPARTMENT OF EMERGENCY SERVICES AND PUBLIC PROTECTION
**Division of State Police**

**Biased-Based Profiling Complaints Only**

**Nature of Stop:** ☐ *Investigation, Criminal* ☐ *Violation, Motor Vehicle* ☐ *Equipment, Motor Vehicle*

☐ **Driver** ☐ **Pedestrian** ☐ **Other** ______________________

**Basis for Complaint:**

☐ **Race** ☐ **Color** ☐ **Ethnicity** ☐ **Age** ☐ **Gender** ☐ **Sexual Orientation** ☐ **Religion or Membership in any other Protected Class**

**I have read, or had read to me, the attached complaint and statement consisting of _____ pages. All of the answers are true and accurate to my knowledge. I understand that any false statement herein, which I do not believe to be true and which is intended to mislead a public servant in the performance of his or her official function is a crime punishable by fine and/or imprisonment. (See C.G.S. § 53a-157b)**

| | |
|---|---|
| **Complainant:**<br><br>______________________<br>*Signature of Complainant (Signed in presence of Notary/Trooper/Police Officer)* | **Date signed by complainant:**<br><br>______________________<br>*mm/dd/yyyy* |
| **Notary / State Police Supervisor or Commander / Commissioner of the Superior Court**<br><br>______________________<br>*Signature* *Print Name* *Date Commission Expires* | **Subscribed and sworn to before me this**<br>____ day of __________ 20___ |

| | |
|---|---|
| **Person Receiving the Complaint**<br><br>______________________<br>*Signature of person receiving complaint* *Print Name* *Title/Rank* *ID Number*<br><br>*Method of Contact:* ☐ *Telephone* ☐ *In-Person* ☐ *Mail* ☒ *E-Mail* ☐ *Other* | **Date and time received**<br><br>______________________<br>*mm/dd/yyyy* |
| **Received by Bureau of Professional Standards and Compliance, Internal Affairs Unit:**<br>[signature] 047 Cole Lt 047<br>*Signature of person receiving complaint* *Print Name* *Title/Rank* *ID Number* | **Date and time received at Internal Affairs Unit**<br>5/26/18<br>*mm/dd/yyyy*<br><br>**Control Complaint Number:**<br>C-18-086 |

## Cooke, Eric

| | |
|---|---|
| **From:** | Cooke, Eric |
| **Sent:** | Thursday, May 31, 2018 1:35 PM |
| **To:** | Loughman, Daniel |
| **Cc:** | Davis, Michael; Smith, Scott |
| **Subject:** | C-18-086 |
| **Attachments:** | 20180531134657175.pdf |

Lt. Loughman,

The attached complaint was received on May26, 2018 at the Internal Affairs office. Attached is a copy of the 678-C-1 and the associated paperwork. The notice to the Trooper is also attached for your notification to him.

Please review the information under C-18-086 and respond to the complainant. The due date for the response is July 15, 2018. The complainant has been notified by this office, and a copy of the complainant notification is attached for your records. Please call if you have any questions or concerns, or if you feel additional time is needed.

Respectfully,

LT Eric Cooke #047
Connecticut State Police
Internal Affairs
203-630-4340

-----Original Message-----
From: dps.meriden.ricoh@ct.gov [mailto:dps.meriden.ricoh@ct.gov]
Sent: Thursday, May 31, 2018 1:47 PM
To: Cooke, Eric
Subject: Message from "IA-Copier"

This E-mail was sent from "IA-Copier" (MP 3054).

Scan Date: 05.31.2018 13:46:56 (-0400)
Queries to: dps.meriden.ricoh@ct.gov

Department of Emergency Services and Public Protection
DIVISION OF STATE POLICE
BUREAU OF PROFESSIONAL STANDARDS & COMPLIANCE
INTERNAL AFFAIRS

Since 1988

**Notice of Complaint Against Personnel**
**"C Number"**

05/31/2018

Case Number: C-18-086

Trooper Steven Stebbins #1111
Troop H
Hartford, Connecticut

Trooper Stebbins,

A Complaint investigation ("C" number) has been initiated with allegations as specified in the attached document(s) in which you are the **Subject**.

The complainant claims that on 05/22/2018 you conducted a traffic stop involving the complainant while you were not in uniform and not displaying police identification. The complainant further stated that you were aggressive and accused him of things which he did not do. When asked your identity, you left the area and at a high rate of speed.

This complaint has been forwarded to Lieutenant Loughman for investigation. Lieutenant Loughman may require additional information from you in regard to this complaint.

You have the right to consult with a union representative regarding this complaint. If you have any questions, please contact me at **(203) 630-4340.**

**Further, except as provided in A&O Manual Section 8.1.1c (3), you are hereby ordered not to discuss this investigation with any other persons other than your Union or legal representation or an uninvolved peer support person.**

**CONFIDENTIAL**

Respectfully,

047

Lieutenant Eric Cooke #047
Bureau of Professional Standards & Compliance
Internal Affairs Unit

MIDDLETOWN, CONNECTICUT 06457
TELEPHONE: (203) 630-4340
FAX: (203) 630-4359
*AN EQUAL OPPORTUNITY EMPLOYER*

**Cooke, Eric**

**From:** Cooke, Eric
**Sent:** Thursday, May 31, 2018 1:29 PM
**To:** 'mcameron1534@yahoo.com'
**Subject:** RE: Another Incident

Mark,

The complaint you submitted was received at the Internal Affairs Office of the Connecticut State Police. The investigation is assigned to Lieutenant Loughman, the Commanding Officer of Troop H in Hartford. Upon completion of the investigation, you will be notified of the results in writing.

Respectfully,

LT Eric Cooke #047
Connecticut State Police
Internal Affairs
203-630-4340

**From:** Marcus Cameron [mailto:mcameron1534@yahoo.com]
**Sent:** Sunday, May 27, 2018 8:16 AM
**To:** Cooke, Eric
**Subject:** Another Incident

Good Morning,

I wanted to update you, as I previously spoke with you about an incident with Trooper Steven Stebbins. Yesterday Mr. Stebbins and/or his wife made a 911 call and had Enfield PD respond to the street where the original incident occurred, after he observed me driving on this street.

The reason I am reporting this is because I observed an Enfield PO engage in conversation with Trooper Stebbins and as my guest and I left the home that I own on this street, the Enfield PO followed us from the area.

I responded by going directly to the Enfield PD and speaking with Sgt. Laurino and PO Carter. Sgt. Laurino confirmed that there was in fact a 911 call placed. I reported the ongoing issue with Trooper Stebbins to Enfield PD due to the possible chance that he will continuously call them in an attempt to have them investigate me.

Per my conversation with Sgt. Laurino, Trooper Stebbins reported to Detective Castle (responding officer to his 911 call) that this incident started from a "traffic stop".

Thank you for you time and consideration.

Mark

Sent from Yahoo Mail on Android

**Cooke, Eric**

| | |
|---|---|
| **From:** | Marcus Cameron <mcameron1534@yahoo.com> |
| **Sent:** | Friday, May 25, 2018 9:13 AM |
| **To:** | Cooke, Eric |
| **Subject:** | Incident |

Good morning,

After some intense contemplation and with regret after a very alarming and disturbing event that transpired on 5/22/18 with an at the time unidentified CT state trooper, I am filing this formal complaint with your department.

Event details are as follows:

"On 5/22/18 at approximately 3:45pm, I exited I91-S at exit 49 and stopped at a red light. While stopped at this red light I observed a gray unmarked police vehicle traveling southbound on route 5 (Enfield St). While observing this vehicle I observed the operator through his passenger side window holding an electronic device in his right hand, in the area of his right face/mouth. After the trooper went through the intersection the light turned green (for me) and I proceeded to make a right traveling southbound on Route 5 (Enfield St) as well. It should be noted that at this point of Route 5 (Enfield St) the roadway is one lane traveling northbound and shoulder on one side and one lane traveling southbound and a shoulder on the other side. This roadway eventually becomes a two lane travelway southbound and northbound. As we traveled south, I was directly behind the Trooper approximately 4 car lengths and directly in front of him was a blue sedan. After this southbound roadway became 2 travel lanes the blue sedan signaled left and slowed down before turning left into one of the parking lots. The trooper slowed down behind the vehicle and effectively came to a stop. I was in the right travel lane and proceeded past both of these stopped vehicles and through my rearview mirror I observed the trooper change lanes and was now traveling behind me in the right lane. I then signaled left to change into the left lane, as I knew I was going to make a left turn down Freemont Rd. Before turning left down Freemont Rd, I observed a stopped school bus further south down Route 5 (Enfield St) and in my rearview mirror I observed the trooper stop in the left lane approximately 1000 ft away from the intersection of Freemont Rd and Route 5 (Enfield St). After making the left turn down Freemont Rd and proceeding to the address I was traveling to, I no longer observed the trooper following me and I knew from my observations that he lost sight of my vehicle. As I was parking in the driveway of my location, I observed a state trooper vehicle pulling up to the driveway I was parking at. This vehicle approached this address at a high rate of speed and the brakes were activated hard causing the vehicle to jerk as it came to a stop. The trooper parked his vehicle half way in the driveway and half way in the street. As he approached the home he almost hit the parked car in front of my home which was occupied by a guest who was meeting me at this address. The trooper exited his vehicle in a very aggressive manner. This unidentified trooper was dressed in a tshirt, jeans, sneakers and did not display any police shield. The trooper approached my vehicle which was backed into to driveway at the driver side. I rolled down my window to engage with the officer who had glassy eyes and he stated "is something wrong with you?" I responded "excuse me, may I help you? Is there a reason that you're in this driveway?" He stated "you were speeding". I said "I was not speeding". He then stated, "you also rolled through the stop sign". I stated, "no I didnt, and do you know I seen you driving on your phone?" He responded "no I wasn't, do you want to see my call log? Plus I have bluetooth in my car". In my own effort to avoid further confrontation with this still unidentified trooper I asked him again, "why are you in this driveway and are you issuing me a ticket". He invited me to get out of my vehicle and responded to my question stating, "NO, I ONLY CAME HERE TO TALK TO YOU MAN TO MAN" to which I responded " what does that even mean?" He responded by stating "that's what you want to do, ok, I'll be back, I'M GOING TO TAKE CARE OF YOU", while he walked back

down the driveway to his vehicle. I asked him for his name and he refused to identify himself. He entered his vehicle and proceeded to leave the scene by making a U-turn in the driveway then proceeded northbound on Foxcroft Rd at a high rate of speed. As I observed this and knowing he had no intention of identifying himself I wrote down the license plate number as "144UTP" (CT state)."

It should be further noted that at no time during any of these interactions did the trooper activate his emergency lights, identify himself or which department he represented.

Do to the severity of feeling threatened by this trooper and his failure to identify himself, I deemed it necessary to call and report this incident to the proper authorities immediately. I first called a listed number for the CT state police at 3:58pm. I reported what occurred but I was asked "did I call the local PD" and then the phone was disconnected. I placed a second call at 3:59pm to which I was directed to the state police which covered my area and reported the incident to Trooper Donald Sancoski. I was met with a barrage of questions which essentially questioned the validity of my story but he did eventually inform me that he would inform the Duty Sargent, who he informed me was Sgt. Gunn.

At 6:33pm I was no longer at the location of the incident but did place a second call to the CT State Police because the same CT State trooper department vehicle was observed driving past the location. I received a phone call back from Sgt. Gunn at 7:12pm who was able to identify the trooper who was involved in this incident as Trooper Steven Stebbins and that they had discussed his involvement in the aforementioned incident. Sgt Gunn was respectful, understanding, and professional. He objectively listened to my report and went over my options for further reporting.

Trooper Stebbins identified himself to Sgt. Gunn as a "neighbor", but for the record I have never met, spoken to, had any interactions, or had any incidents with Trooper Stebbins before this. It was further found that Trooper Stebbins does live on the street that this incident occurred on. I later found that Trooper Stebbins lives southbound on Foxcroft Rd which would imply that when he left the location of the incident northbound it was an evasive maneuver so that I did not recognize that he lived close to this location.

Initially I considered not filing such a complaint but I think it is imperative that these complaints are filed, as they often go unreported and officers continue to act in these aggressive and reckless manners without any regard for the public and/or community that they serve.

This event although may not be seen as the most egregious of offenses a Trooper can commit but it does place a severe mistrust and barrier between the police and the public. It also has left me in fear as he did make a threat towards me before leaving the location and due to the close proximity to his home I fear possible retaliation from him. In my eyes no Trooper should be allowed to abuse his authority and/or threaten a member of the community for any reason. The expectation of all troopers should be to be kind and courteous in all interactions with members of the public.

In any event, I would like to thank you for your time and careful consideration of this complaint. Contine to protect our community with professionalism and integrity. God bless

Mark, M. Ed

Sent from Yahoo Mail on Android

**Cooke, Eric**

**From:** Marcus Cameron <mcameron1534@yahoo.com>
**Sent:** Sunday, May 27, 2018 8:16 AM
**To:** Cooke, Eric
**Subject:** Another Incident

Good Morning,

I wanted to update you, as I previously spoke with you about an incident with Trooper Steven Stebbins. Yesterday Mr. Stebbins and/or his wife made a 911 call and had Enfield PD respond to the street where the original incident occurred, after he observed me driving on this street.

The reason I am reporting this is because I observed an Enfield PO engage in conversation with Trooper Stebbins and as my guest and I left the home that I own on this street, the Enfield PO followed us from the area.

I responded by going directly to the Enfield PD and speaking with Sgt. Laurino and PO Carter. Sgt. Laurino confirmed that there was in fact a 911 call placed. I reported the ongoing issue with Trooper Stebbins to Enfield PD due to the possible chance that he will continuously call them in an attempt to have them investigate me.

Per my conversation with Sgt. Laurino, Trooper Stebbins reported to Detective Castle (responding officer to his 911 call) that this incident started from a "traffic stop".

Thank you for you time and consideration.

Mark

Sent from Yahoo Mail on Android

**Cooke, Eric**

**From:** Fedigan, Todd
**Sent:** Wednesday, May 30, 2018 10:01 PM
**To:** Cooke, Eric
**Cc:** Loughman, Daniel
**Subject:** Conversation with Mark at Troop H (re: TFC Stebbins)

LT,

Tonight at approximately 2140 hours a black male who wanted to be referred to as "Mark" came into the Troop to talk to me about an ongoing issue with TFC Steve Stebbins #1111 which he informed me he already appraised you on. He wanted to show me a video he obtained around 1620 Hours on Foxcroft Road in Enfield tonight. Mark said he was on his way home (apparently he and TFC Stebbins live on the same road) and as he approached his house he observed a white male with a hat standing next to TFC Stebbins in Stebbins' driveway. As he came closer, this white male walked out into the middle of the street and started loudly talking in his direction. Mark recorded this incident and I observed a white male with a hat say to Mark, "are you lost?" This white male then said why are you intimidating him?

Mark said this is another example of the ongoing issue with TFC Stebbins since Stebbins approached him a week ago for a stop sign violation. I did ask him for his full name and he said at this point he wanted to be referred to as "Mark" and he provided me with his cell phone number of 516-301-0441. At no point did TFC Stebbins approach Mark or say anything to him in this video.

MSGT Todd Fedigan #082
Administrative Sergeant
Troop H
100 Washington Street, Hartford, CT
860-534-1098
Todd.Fedigan@ct.gov