Department of Emergency Services and Public Protection
DIVISION OF STATE POLICE
BUREAU OF PROFESSIONAL STANDARDS & COMPLIANCE
INTERNAL AFFAIRS

Since 1988

EXHIBIT 5
PENGAD 800-631-6989
Samson
M.O. 3/28/23

**Notice of Complaint Against Personnel**
**"C Number"**

05/31/2018

Case Number: C-18-086

Trooper Steven Stebbins #1111
Troop H
Hartford, Connecticut

Trooper Stebbins,

A Complaint investigation ("C" number) has been initiated with allegations as specified in the attached document(s) in which you are the **Subject**.

The complainant claims that on 05/22/2018 you conducted a traffic stop involving the complainant while you were not in uniform and not displaying police identification. The complainant further stated that you were aggressive and accused him of things which he did not do. When asked your identity, you left the area and at a high rate of speed.

This complaint has been forwarded to Lieutenant Loughman for investigation. Lieutenant Loughman may require additional information from you in regard to this complaint.

You have the right to consult with a union representative regarding this complaint. If you have any questions, please contact me at **(203) 630-4340.**

**Further, except as provided in A&O Manual Section 8.1.1c (3), you are hereby ordered not to discuss this investigation with any other persons other than your Union or legal representation or an uninvolved peer support person.**

CONFIDENTIAL

Respectfully,

#047

Lieutenant Eric Cooke #047
Bureau of Professional Standards & Compliance
Internal Affairs Unit

MIDDLETOWN, CONNECTICUT 06457
TELEPHONE: (203) 630-4340
FAX: (203) 630-4359
*AN EQUAL OPPORTUNITY EMPLOYER*