| time | MAIN SPEAKER | | |
|---|---|---|---|
| 0:33:00 | um, today is uh, Tuesday the 17th at approximately zero nine hundred hours. Can you give me a phone call--I just have a --at your convenience. I just have a couple questions. I'm doing an investigation--and uh, it's an investigation in regard of uh, with one of your state employees making a complaint against one of our troopers. And I just wanna go over a couple things with ya, if you don't mind. I appreciate it. Uh, you can reach me here at my office phone at 860-534-1060. Again, Sgt Sampson with the CT State Police. Thank you very much. Bye. | | |
| | [click] [end of caller message] | | |
| | Jesus. | You already called her number and she [unintelligible] | |
| | No, no. no, I'm going on. Daniel[le]. That's my in - because the reason why I called that other asshole //was to find out about him. and Danielle, you know. | no, no. no, I'm going on...you know... that's my...the reason why I called that other asshole //[was to find out , you know, about him. | right. |
| | I spoke with the // supervisor up there, and he say that there's no one in that office//named Daniel[le]. | | |
| | | And he told you he [got that] out of [state]? | |
| 1:11:00 | Right. And, and--and that's what I'm gonna go into -- I just--just - I got // mounds of paperwork here--so far--I'm looking at the validity of this guy's complaint --it's slowly-- | invalid. | Diminishing? |
| | It's dying. | Exactly. | You can tell just by the complaint that all he's trying to do is throw enough shit at the wall to see if something sticks. |
| | I'm gonna tell him thatI'm gonna meet with the prosecutor regarding this investigation-- | | |
| | | who? Cameron? // | |
| | Yeah. | | |
| 1:34:00 | | Yeah. He's backing off. He's been back for a week- for over a week, right? We called //twice. I think he's called or emailed...wanting to meet for... [unintelligible] | |

| time | MAIN SPEAKER | | |
|---|---|---|---|
| 1:43 | | | Right? So...guy doesn't wanna give a statement now, huh? |
| | | | Sure. |
| 1:53 | | He hasn't emailed...came up...irst of all... hey--Marcus, how're you doing? I emailed, did you get 'em...for a statement and see what he says-- | |
| | | Now I talk to his boss and he wants to change his tune now. | |
| | No, no, no: he didn't change his tune, because [Sunday] he sent somebody to your house. | | |
| | | No, that's not that. | |
| 2:01 | Why? Why else? On Friday I call-- | We know it is, but-prove it. | |
| | He should say-- | | |
| | | I wanted to call him. Hey, we're gonna meet.. and he didn't want to me, so.... you wanna meet me...fuck yourself. | and you--were in the house |
| 2:12 | **[gap in recording]** | | |
| | If you fucking would have woke up and that bitch was in the driveway, | Oh, it goes down already. | |
| 2:22 | | | then I watched the teams and missed her by a minute-- |
| | | Yep. | and it would have been... |
| | clip | well I had my.... | |
| | | signals crossed. | fucking back door. |
| | | we knew that. We should do that. | fucking... |
| | | Sarge, what do you think of that? | Oh yeah! |
| | What? | one more quick--courtesy call | |
| | You know, the reason why he's not answering your email-- | | |
| | | One person called., we emailed...he emailed you...why didn't you tell us? | |
| | I dunno. I'm... | | |

| time | MAIN SPEAKER | | |
|---|---|---|---|
| | | You emailed twice, right? | |
| 3:02 | I just don't want to email. I'll send another email-- | Why don't you call him? | |
| | I'm not calling him. Because, you know why? I think Cameron's and recording it. | | Machine that works... |
| | | You can record any call. | Or something like that. |
| | | You can't do that. | |
| 3:17 | ..this guy's--there's gonna be a lawsuit.. | | |
| | | Yeah. | |
| | This guy's gonna sue - that he's black, that he's been discriminate [sic].. The thing that's gonna go against him is I'm a minority. | ...minority....what nationality are you? | |
| | A mutt. | | That's what I'm sayin'... I tell...you know what I tell people all the time when they start fuckin' sayin' I'm stoppin' 'em because I'm [sic] black? |
| | | Yes. | |
| | | | I tell 'em: are you makin' fun of me - are you pickin' on me because I'm Polish and I got an accent? And I wasn't born in this country? Huh? Yeah! |
| | | When I pull someone over and [it's a] black guy - he goes - you're pullin' me over because I'm black. You know? 'Cause I'm a minority too. Oh that doesn't count. 'Cause you're law enforcement. | |
| | Yeah, right. | | Is that what he tells you? |
| | | | It's funny how they can treat you... |
| | Can you--can you see that mail person? I need to talk to her this week 'cause I gotta wrap this thing up. If I could talk to her: like-hey, does he live at this residence? All that. | | |

| time | MAIN SPEAKER | | |
|---|---|---|---|
| 4:23 | | ...some football... | |
| 4:24 | **[gap in recording]** | | |
| | | ...what's goin' on. | |
| | What's her name? | [overlapping] | we haven't...her |
| | | | |
| | | I went to the mailbox, I was comin' out, straight...saw her. I can't get my mail without having trouble..people. Another neighbor//she didn't know the asshole neighbor down the street - ... didn't even...the word while I was--hey, did you happen to ever deal with this guy down the street? she knew exactly who...She [said] Marcus Cameron? Yeah, I know exactly who you mean, The black guy? | |
| | | He's at work. He's a fuckin' asshole. | Yeah. |
| | **[end of recording]** | | |