MASSACHUSETTS TRIAL COURT
**OFFICE OF THE COMMISSIONER OF PROBATION**
ONE ASHBURTON PLACE, ROOM 405
BOSTON, MA 02108-1612

EDWARD J. DOLAN
COMMISSIONER

TEL: (617) 727-5300
FAX: (617) 727-5333

[redacted]

July 24, 2018

Marcus Cameron
[redacted]

Dear Mr. Cameron:

This letter is to inform you that an allegation that you are not a resident of Massachusetts has been brought to this office's attention.

Pursuant to G.L. c. 478, sec. 328 of the Acts of 1978, no person who is not a resident of the Commonwealth shall serve as an officer in or an employee of the Judicial Branch; provided, however, that this provision shall not apply to those persons serving as officers in or employees of the Judicial Branch prior to the effective date of c. 478, sec. 328.

You began employment with the Massachusetts Trial Court/Probation Service on March 14, 2016. Prior to this hire, documentation you provided during the hiring process consisted of a state of Connecticut driver's license and residence. You were informed prior to appointment approval of your requirement to live in Massachusetts in order to work in the Judicial Branch. At that time, you obtained a temporary Massachusetts Driver's license and submitted a statement acknowledging this requirement.

At this time, we ask that you provide additional proof of Massachusetts residency (e.g., any two of the following: a permanent Massachusetts Driver's license, signed rental and lease agreement, Massachusetts income tax filing for 2017, and/or any other documentation that confirms your Massachusetts residency). Please submit this requested documentation to Yvonne Roland, Manager of Administrative Services, Office of the Commissioner of Probation, One Ashburton Place, Room 405, Boston, MA 02108. This documentation should be received by Ms. Roland, no later than Friday, August 4, 2018.

Please contact Yvonne Roland at (617) 557-0270 if you have any questions.

Sincerely,

Edward J. Dolan
Commissioner of Probation

cc: Dianne Fasano, Deputy Commissioner, Field Services Division
Yvonne Roland, Manager of Administrative Services, OCP
Mark Conlon, Director of Human Resources, OCM
Personnel File

Commissioner of Probation
One Ashburton Place
Boston, MA 02108-1612

CERTIFIED MAIL

BOSTON MA 021 24 JUL '18 PM 4 L

7016 2070 0000 5060 1977

U.S. POSTAGE PITNEY BOWES
ZIP 02108 $ 006.87
02 4W
JUL 24 2018

7/26
NL

Marcus Cameron
[redacted]

01118-260837

ommissioner of Probation
One Ashburton Place
Boston, MA 02108-1612

U.S. POSTAGE PITNEY BOWES
ZIP 02108 $000.47
02 4W
JUL 24 2018

Marcus Cameron
[redacted]

0111832608