☐ Check here if you will be printing on a black and white printer

**ARREST WARRANT APPLICATION**
JD-CR-64b Rev. 1-11
C.G.S. § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

| For Court Use Only |
|---|
| Supporting Affidavits sealed ☐ Yes ☐ No |

| Police Case number | Agency name | Agency number |
|---|---|---|
| IR201835065 | Enfield Police | CT0004900 |

| Name (Last, First, Middle Initial) | Residence (Town) of accused | Court to be held at (Town) | Geographical Area number |
|---|---|---|---|
| CAMERON, MARCUS, ANTHONY | ENFIELD | Enfield | 13 |

## Application For Arrest Warrant

To: A Judge of the Superior Court

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the: ☑ Affidavit Below. ☐ Affidavit(s) Attached.

| Date | Signed (Prosecuting authority) | Type/print name of prosecuting authority |
|---|---|---|
| 12-6-18 | [signature] | Parakilas |

## Affidavit

The undersigned affiant, being duly sworn, deposes and says:

1. That I, Bryan J. Nolan am a duly sworn member of the Enfield Police Department, and have been employed since December 2004, and presently hold the rank of Sergeant. At all pertinent times mentioned herein, I was acting in my official capacity as a sergeant of said department. The following facts and circumstances are stated from personal knowledge, observation, and investigation, as well as information received from other officers acting in their official capacity. I have investigated cases as set forth below in the past.

2. That, on 11/12/18 at approximately 1455 hours patrol units requested that a supervisor respond to Brookside Plaza on Route 190. An off-duty Connecticut State Police (CSP) Trooper had called and requested assistance because he was being followed by a former neighbor of his.

3. That, I responded, as the supervisor, to the scene. Upon my arrival EPD Officers Croteau and Chagnon were on scene. Also on scene was the complainant, CSP Trooper First Class Steve Stebbins, his supervisor CSP Sergeant Stephen Samson and the accused, Marcus

*(This is page 1 of 12 page Affidavit.)*

| Date | Signed (Affiant) |
|---|---|
| 12/05/2018 | NOLAN, BRYAN Sgt. [signature] 537 |

| Jurat | Subscribed and sworn to before me on (Date) | Signed (Judge/Clerk, Commissioner of Superior Court, Notary Public) |
|---|---|---|
| | 12/05/18 | SQUIRES, MARK [signature] |

## Finding

The foregoing Application for an arrest warrant, and affidavit(s) attached to said Application, having been submitted to and considered by the undersigned, the undersigned finds from said affidavit(s) that there is probable cause to believe that an offense has been committed and that the accused committed it and, therefore, that probable cause exists for the issuance of a warrant for the arrest of the above-named accused.

| Date and Signature | Signed at (City or town) | On (Date) | Signed (Judge/Judge Trial Referee) | Name of Judge/Judge Trial Referee |
|---|---|---|---|---|
| | Enfield | 12/10/18 | [signature] | Sheila Prats, J |

**ARREST WARRANT APPLICATION**
JD-CR-64a Rev. 1-11
C.G.S. § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

| Name (Last, First, Middle Initial) | Residence (Town) of accused | Court to be held at (Town) | Geographical Area number |
|---|---|---|---|
| CAMERON, MARCUS, ANTHONY | ENFIELD | Enfield | 13 |

**Affidavit - Continued**

Cameron (06/15/86). Cameron was still in his vehicle, a black 4 door Infiniti (CT AA06089) which was parked in the northwest part of the Brookside Plaza parking lot away from the main strip of stores but near the stand alone Verizon Wireless store. I was briefed by the personnel on scene that Stebbins had been the subject of a CSP Internal Affairs investigation due to a complaint filed by Cameron. Stebbins and Cameron both lived on Foxcroft Road, their respective residences were approximately 480 feet from each other. The complaints filed by Cameron were found to be unfounded by the State Police investigation and they suspected Cameron may have been recently notified about the status of the case. Stebbins said that Cameron had been following him, while in his department issued cruiser.

4. That, Stebbins stated he would be able to provide me with his in car camera (ICC) recording of Cameron following him. The following day Stebbins provided me with the video, which has recording ability in both the front and rear of the cruiser, along with a sworn written statement of the following:
On 11/12/18 at approximately 1420 hours, he arrived at his residence located at 44 Foxcroft Road, Enfield, CT. He was only there for a brief time and then left and drove north on Foxcroft Road. As Stebbins passed 49 Foxcroft Road, he observed Marcus Cameron walking down his driveway towards the road. As Stebbins passed by Cameron, Cameron shouted out towards him but he did not hear exactly what was said as his windows were up. He then observed Cameron get into a vehicle that was parked along the east curb, facing north. Stebbins then took a left onto Leonard Road. As he was about to turn right onto Dover Road, he observed the same car that Cameron had entered

(This is page 2 of 12 page Affidavit.)

| Date | Signed (Affiant) |
|---|---|
| 12/05/2018 | NOLAN, BRYAN [signature] S-87 |

| Jurat | Subscribed and sworn to before me on (Date) | Signed (Judge/Clerk, Commissioner of Superior Court, Notary Public) |
|---|---|---|
| | 12/05/18 | SQUIRES, MARK [signature] |

| Reviewed (Prosecutorial Official) | Date | Reviewed (Judge/Judge Trial Referee) | Date |
|---|---|---|---|
| [signature] | 12-6-18 | [signature] | 12/10/18 |

**ARREST WARRANT APPLICATION**
JD-CR-64a Rev. 1-11
C.G.S. § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

| Name (Last, First, Middle Initial) | Residence (Town) of accused | Court to be held at (Town) | Geographical Area number |
|---|---|---|---|
| CAMERON, MARCUS, ANTHONY | ENFIELD | Enfield | 13 |

**Affidavit - Continued**

was traveling on Dover Road towards his location. As this vehicle followed him, he immediately identified the driver as Cameron and that he was holding cell phone while driving and he was facing it towards the front of his vehicle and appeared to be recording or taking photos of his vehicle. Stebbins stopped at the intersection of Dover Road and Colony Road, and Cameron continued to follow him. Stebbins then took a left onto Colony Road and Cameron continued to follow. Stebbins pulled over to ascertain if he was going to stop behind him or continue on. Cameron then drove by him. Cameron then pulled over to the right side of the road and stopped. Stebbins utilized his MDT and ran the registration plate attached to the Infiniti that was following him. DMV records listed the vehicle as a black 2007 Infiniti M35 sedan, primary owner: Cameron, Marcus (DOB 06/15/1986), with an address of 49 Foxcroft Road, Enfield CT 06082. Once Stebbins confirmed that it was indeed Cameron following him, he began to get concerned as to why he was being followed. Stebbins then went around Cameron and approached the intersection of Colony Road at Route 5 (Enfield Street). Stebbins was preparing to take a right onto Route 5, to head north, to I-91. He observed a vehicle traveling in the right lane of two, approaching his location. Stebbins decided to wait a short time to allow him to safely pull onto route 5, but not enough room to allow Cameron to follow him. As Stebbins began traveling north on route 5, he observed the car that he had intentionally put between them, take a right onto Brainard Road. Stebbins immediately observed Cameron to be the next vehicle behind him but keeping distance. When he realized Cameron was continuing north on Route 5, he decided to turn right into the 360 Federal Credit Union parking lot, located at 385 Enfield Street, to ascertain if Cameron would follow him. Cameron did not follow him into the

(This is page 3 of 12 page Affidavit.)

| Date | Signed (Affiant) |
|---|---|
| 12/05/2018 | NOLAN, BRYAN Sgt. [signature] S-37 |

| Jurat | Subscribed and sworn to before me on (Date) | Signed (Judge/Clerk, Commissioner of Superior Court, Notary Public) |
|---|---|---|
| | 12/05/18 | SQUIRES, MARK [signature] |

| Reviewed (Prosecutorial Official) | Date | Reviewed (Judge/Judge Trial Referee) | Date |
|---|---|---|---|
| [signature] | 12-6-18 | [signature] | 12/10/18 |

**ARREST WARRANT APPLICATION**
JD-CR-64a Rev. 1-11
C.G.S. § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

| Name (Last, First, Middle Initial) | Residence (Town) of accused | Court to be held at (Town) | Geographical Area number |
|---|---|---|---|
| CAMERON, MARCUS, ANTHONY | ENFIELD | Enfield | 13 |

**Affidavit - Continued**

parking lot, but continued north on Route 5. After about 90 seconds or so, Stebbins took a right onto Route 5 to continue his route to I-91 southbound. As Stebbins traveled north, he then observed to his left that Cameron was parked in the parking lot of Fallon & Associates LLC, located at 308 Enfield Street. Stebbins lost sight of Cameron and took a left onto the I-91 southbound on-ramp. Stebbins immediately pulled to the right shoulder of the on-ramp off the roadway, in attempt to see if Cameron would drive by him. A short time later, Cameron entered the I-91 southbound on-ramp and traveled south on I-91. Again, Stebbins waited approximately 90 seconds and then entered the highway. As he merged into the left lane of three he noticed a vehicle pulled over on the right shoulder with its hazard lights activated. As he approached the vehicle, he immediately recognized that it was Cameron pulled over. As Stebbins passed Cameron, he waited a few seconds, turned his hazard lights off and merged into the right lane of three. At that time he contacted his supervisor, Sgt. Samson and advised him of what was going on and ask for guidance on what he should do. Sgt. Samson advised him to call the Enfield Police Department and in turn he would be contacting the CSP lieutenant. As Stebbins passed Exit 48, he observed Cameron pass it as well. Stebbins then merged over to prepare to exit I-91 via the Exit 47E off-ramp. As Stebbins entered the off-ramp, Cameron activated his right turn signal and also exited via the 47E off-ramp. At that time, Stebbins contacted the Enfield Police Department via cell phone. He advised the Enfield Police dispatcher that Cameron was following him and requested they send an Officer towards his location as he did not know what Cameron's intentions were. As Stebbins traveled through the intersection of Route 190 and Phoenix Avenue, he observed Cameron still following him. Cameron then stopped at the red



| Date | Signed (Affiant) |
|---|---|
| 12/05/2018 | NOLAN, BRYAN [signature] S-37 |
| Jurat — Subscribed and sworn to before me on (Date): 12/05/18 | Signed (Judge/Clerk, Commissioner of Superior Court, Notary Public): SQUIRES, MARK [signature] |
| Reviewed (Prosecutorial Official): [signature] — Date: 12-6-18 | Reviewed (Judge/Judge Trial Referee): [signature] — Date: 12/10/18 |

**ARREST WARRANT APPLICATION**
JD-CR-64a Rev. 1-11
C.G.S. § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

| Name (Last, First, Middle Initial) | Residence (Town) of accused | Court to be held at (Town) | Geographical Area number |
|---|---|---|---|
| CAMERON, MARCUS, ANTHONY | ENFIELD | Enfield | 13 |

**Affidavit - Continued**

control signal located at route 190 and Phoenix Avenue. Stebbins stopped at the next red control signal, directly across from the Red Robin Restaurant, located at 15 Hazard Avenue. Once his control signal turned green, he advised the Enfield Police dispatcher that he was taking a right turn, into the shopping center. He advised the Enfield Police dispatcher that he was going to park in the oversized parking lot adjacent from the McDonalds Restaurant to await the arrival of the Enfield Police Officer. As he stopped his vehicle, he was facing north and as he looked to his left (east), he observed that Cameron had parked in the parking area for Staples and PetSmart. Stebbins watched but did not see Cameron exit his vehicle. Soon after, the first Enfield Police Officer arrived. Stebbins stated that during the course of the investigation, he did not exit his vehicle and had no contact with Cameron.

5. That, Stebbins said that as a result of their very first interaction on May 22, 2018, Cameron filed several false complaints with his department against him. All of these false complaints were unfounded. From May 22, 2018 to present, Stebbins has not had any contact with Cameron, but as the other documented reports reveal Cameron drove by his residence several times, which were witnessed by several of his neighbors. Stebbins stated that all of these instances he and his wife viewed as threatening and/or intimidating. As the other reports indicate, Cameron's residence can be accessed via three different roads and these routes do not require him to travel past his residence. Stebbins said that as recorded by the Town of Enfield, Cameron purchased 49 Foxcroft Road on 08/10/2015, and between the purchase date and May 22, 2018, he, his wife or neighbors have never witnessed Cameron drive by Stebbins residence. Cameron drove past

(This is page 5 of 12 page Affidavit.)

| Date | Signed (Affiant) | | |
|---|---|---|---|
| 12/05/2018 | NOLAN, BRYAN | | |
| Jurat — Subscribed and sworn to before me on (Date) 12/05/18 | Signed (Judge/Clerk, Commissioner of Superior Court, Notary Public) SQUIRES, MARK | | |
| Reviewed (Prosecutorial Official) | Date 12-6-18 | Reviewed (Judge/Judge Trial Referee) | Date 12/10/18 |

**ARREST WARRANT APPLICATION**
JD-CR-64a Rev. 1-11
C.G.S. § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

| Name (Last, First, Middle Initial) | Residence (Town) of accused | Court to be held at (Town) | Geographical Area number |
|---|---|---|---|
| CAMERON, MARCUS, ANTHONY | ENFIELD | Enfield | 13 |

**Affidavit - Continued**

Stebbins residence three (3) times, within ten (10) minutes on May 26, 2018, and doing so five (5) days after filing a complaint with his Department. After Cameron drove by the third time, Stebbins decided to contact the Enfield Police Department as he felt Cameron was doing so in attempt to threaten/harass him and his family. Stebbins stated that when Cameron filed the complaints against him, Cameron mentioned several times to Enfield Police Personnel and Connecticut State Police Personnel that he worked in the capacity of Law Enforcement. Stebbins conducted a Google search for Marcus Cameron and according to a LinkedIn search, it revealed that Marcus Cameron holds the position of Probation Officer at State of Massachusetts. A more detailed search revealed that one of the requirements to work in the capacity of a Massachusetts Probation Officer is to reside in the State of Massachusetts, which Cameron is currently violating.

6. That, Stebbins said that again, on May 30. 2018, at approximately 1615 hours, Cameron drove by his house three (3) times, within ten (10) minutes while he was outside in his yard talking to a friend. Also on that date another neighbor also witnessed Cameron do so. (LEFT OUT MY REPOR

7. That, Stebbins said that all of these incidents are alarming and Cameron's action are very troublesome and have instilled fear for the safety he and his family. Additionally Stebbins installed cameras at his residence as a measure of protection after these incidents.

8. That, Stebbins further stated that they have since moved from Foxcroft Road as a result of Cameron's actions and now carry two mortgages which is bringing on financial and emotional stress to he

(This is page 6 of 12 page Affidavit.)

| Date | Signed (Affiant) |
|---|---|
| 12/05/2018 | NOLAN, BRYAN [signature] S-37 |

| Jurat | Subscribed and sworn to before me on (Date) | Signed (Judge/Clerk, Commissioner of Superior Court, Notary Public) |
|---|---|---|
| | 12/05/18 | SQUIRES, MARK [signature] |

| Reviewed (Prosecutorial Official) | Date | Reviewed (Judge/Judge Trial Referee) | Date |
|---|---|---|---|
| [signature] | 12-6-18 | [signature] | 12/6/18 |

**ARREST WARRANT APPLICATION**
JD-CR-64a Rev. 1-11
C.G.S. § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

| Name (Last, First, Middle Initial) | Residence (Town) of accused | Court to be held at (Town) | Geographical Area number |
|---|---|---|---|
| CAMERON, MARCUS, ANTHONY | ENFIELD | Enfield | 13 |

**Affidavit - Continued**

and his wife. Stebbins said that Cameron working as a Probation Officer gives him direct access to Probationees and Stebbins' fear is that Cameron will use his position as a Probation Officer to intimidate, harass and endanger the physical safety of all of his family.

9. That, Stebbins said he would like to pursue criminal charges against Cameron, for his actions on 11/12/18.

10. That, the interaction between Cameron and the Enfield officers were recorded on Ofc. Croteau's in car camera (ICC) of Car 19. Upon contact with Cameron Ofc. Croteau asked Cameron some questions about the incident, Cameron repeatedly answered Ofc. Croteau's questions with a question, never actually answering why he was following Stebbins. Cameron refused to provide Ofc. Croteau with his identification and requested a supervisor. At one point Cameron does state that Stebbins was following him. When I spoke to Cameron and questioned him as to why he was following Stebbins he stated that 'I feel uncomfortable being around him' and said that he was just letting him (Stebbins) go around him. When questioned as to why he had stopped on Route 5 he stated it was to 'use his phone'. When I asked Cameron to provide his name he stated 'do I have to tell you?' I informed him that he did and Cameron gave me his name and date of birth but when I asked for his address he stated that he lives in Massachusetts but did not want to give me his address. He eventually provided an address on Foxcroft Road in Enfield. At the end of our interaction Cameron provided me with his cell phone number so that I could follow up with him. I informed Cameron that he was free to go. Cameron appeared to walk towards the area of Staples, however I

NEVER ANSWERED

(This is page 7 of 12 page Affidavit.)

| Date | Signed (Affiant) |
|---|---|
| 2/05/2018 | NOLAN, BRYAN [signature] 5137 |

| Jurat | Subscribed and sworn to before me on (Date) | Signed (Judge/Clerk, Commissioner of Superior Court, Notary Public) |
|---|---|---|
| | 12/05/18 | SQUIRES, MARK [signature] |

| Reviewed (Prosecutorial Official) | Date | Reviewed (Judge/Judge Trial Referee) | Date |
|---|---|---|---|
| [signature] | 12-6-18 | [signature] | 12/10/18 |

**ARREST WARRANT APPLICATION**
JD-CR-64a Rev. 1-11
C.G.S. § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

| Name (Last, First, Middle Initial) | Residence (Town) of accused | Court to be held at (Town) | Geographical Area number |
|---|---|---|---|
| CAMERON, MARCUS, ANTHONY | ENFIELD | Enfield | 13 |

**Affidavit - Continued**

never actually saw him go into the store although I did lose visual contact with him for a short time. I had noticed that during our interaction there was an occupied grey Toyota 4Runner parked in close vicinity to our location, the operator appeared to be on the phone with Cameron. As Cameron had walked towards the store the 4Runner moved to a different area of the lot. Detective Sergeant Casale who was driving through the parking lot at the time was able to obtain the license plate (MA 41RS05), immediately after Det. Sgt. Casale departed the area Cameron appeared and approached my cruiser demanding to know the identity of the officer in the unmarked vehicle. I informed Cameron that he was free to go I and departed the scene.

11. That, upon receipt of the footage I reviewed the in-car camera video from Stebbins police cruiser. The recording showed the following:
-1432:18hrs Stebbins is traveling down Colony Road, Cameron is behind him. Stebbins pulls over and Cameron passes. Cameron immediately pulls over and Stebbins passes Cameron. Stebbins then takes a right traveling northbound on Route 5.
-1433:18hrs Stebbins pulls into the 360 Federal Credit Union and pretends to use the drive thru ATM. Cameron passes by.
**Video stops
-1435:36hrs Stebbins stops on the Interstate 91 southbound Exit 49 ramp.
-1436:06hrs Cameron passes Stebbins.
-1436:35 Video ends. "VIDEO ENDS"

12. That, I measured the distance of the incident as follows:

(This is page 8 of 12 page Affidavit.)

| Date | Signed (Affiant) |
|---|---|
| 12/05/2018 | NOLAN, BRYAN [signature] 537 |

| Jurat | Subscribed and sworn to before me on (Date) | Signed (Judge/Clerk, Commissioner of Superior Court, Notary Public) |
|---|---|---|
| | 12/05/18 | SQUIRES, MARK [signature] |

| Reviewed (Prosecutorial Official) | Date | Reviewed (Judge/Judge Trial Referee) | Date |
|---|---|---|---|
| [signature] | 12-6-18 | [signature] | 12/10/18 |

**ARREST WARRANT APPLICATION**
JD-CR-64a Rev. 1-11
C.G.S. § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

| Name (Last, First, Middle Initial) | Residence (Town) of accused | Court to be held at (Town) | Geographical Area number |
|---|---|---|---|
| CAMERON, MARCUS, ANTHONY | ENFIELD | Enfield | 13 |

**Affidavit - Continued**

*0.0 miles, Foxcroft Road
* .5 miles, Colony Road where Cameron passes Stebbins then Stebbins passes Cameron
* .4 miles, distance to 360 Federal Credit Union
* .2 miles, distance to Fallon and Associates
* .3 miles, distance to I91S Exit 49 entrance
* 1.0 miles, Cameron pulls over on I91
* 1.5 miles, distance to Exit 47E
* .7 miles, distance to Brookside Plaza

The total distance that Cameron followed Stebbins was approximately 4.5 miles.

13. That, a google maps search from 49 Foxcroft Road to Brookside Plaza shows at least 3 different routes that are quicker than the route traveled by Cameron following Stebbins. Stebbins had also stated that due to construction in the neighborhood, he was forced to drive by Cameron's house on that day, I did confirm that at the time there was in fact road construction with detours occurring in the neighborhood.

14. That, as a matter of context it is important to understand how these events began between Stebbins and Cameron. On 05/26/18 Stebbins had filed a complaint with the Enfield Police Department (see EPD 2018-15978). Stebbins said that he recently contacted Cameron to briefly speak to him about his driving in the neighborhood. Stebbins attempted to resolve the driving issue on scene without enforcement however Cameron became loud and started yelling at him. Cameron in return filed a complaint with CSP Troop H (above mentioned IA). Cameron also started driving past Stebbins

(This is page 9 of 12 page Affidavit.)

| Date | Signed (Affiant) |
|---|---|
| 12/05/2018 | NOLAN, BRYAN [signature] S-37 |
| Jurat — Subscribed and sworn to before me on (Date): 12/05/18 | Signed (Judge/Clerk, Commissioner of Superior Court, Notary Public): SQUIRES, MARK [signature] |
| Reviewed (Prosecutorial Official): [signature] — Date: 12-6-18 | Reviewed (Judge/Judge Trial Referee): [signature] — Date: 12/10/18 |

**ARREST WARRANT APPLICATION**
JD-CR-64a Rev. 1-11
C.G.S. § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

| Name (Last, First, Middle Initial) | Residence (Town) of accused | Court to be held at (Town) | Geographical Area number |
|---|---|---|---|
| CAMERON, MARCUS, ANTHONY | ENFIELD | Enfield | 13 |

**Affidavit - Continued**

residence and making gestures towards Stebbins trying to coax him into a confrontation. Stebbins request that EPD just document the incident so as to not further problems with Cameron. On 07/8/18 Stebbins reported to the Enfield Police Department that an unknown female had stopped in front of his home and was believed to have taken photos or video of his property. The female appeared to take several photos of Stebbins cruiser and personal vehicles. It also appeared that the female attempted to open one of the doors on Stebbins police cruiser. The incident was captured on Stebbins personal residential CCTV system however she was never identified (see EPD 2018-21273).

15. That, on 11/15/18 at approximately 1830 hours Cameron called the front desk of the PD wanting to get a copy of any police report with his name in it. When I heard that Cameron was on the phone I had the front desk officer transfer the call to me. I spoke with Cameron and informed him that I needed to speak with him further in regards to the RECORD incident on 11/12, the phone call was then disconnected abruptly. I immediately tried calling back 3 times (516-301-0441), however there was no answer. I left a voicemail for Cameron to call me back, he did not. On 11/19/18 I called Cameron and again left him a voicemail informing him that I needed to speak to him about the incident, he did not return my call. On 11/20/18 at approximately 1905 hours I went to Cameron's residence at 49 Foxcroft Road. Although there was a vehicle in the driveway and lights on in the residence, nobody answered the door. A short time later an individual who identified himself as 'John' called the Headquarters Commander's office where Sergeant Held was working, he wanted to know why I had been on his property. Sgt. Held informed 'John' that I

(This is page 10 of 12 page Affidavit.)

| Date | Signed (Affiant) | |
|---|---|---|
| 12/05/2018 | NOLAN, BRYAN [signature] 5-37 | |
| Jurat: Subscribed and sworn to before me on (Date) 12/05/18 | Signed (Judge/Clerk, Commissioner of Superior Court, Notary Public) SQUIRES, MARK [signature] | |
| Reviewed (Prosecutorial Official) [signature] | Date 12-6-18 | Reviewed (Judge/Judge Trial Referee) [signature] | Date 12/10/18 |

**ARREST WARRANT APPLICATION**
JD-CR-64a Rev. 1-11
C.G.S. § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

| Name (Last, First, Middle Initial) | Residence (Town) of accused | Court to be held at (Town) | Geographical Area number |
|---|---|---|---|
| CAMERON, MARCUS, ANTHONY | ENFIELD | Enfield | 13 |

**Affidavit - Continued**

needed to speak to him. 'John' refused to give Sgt. Held a callback number. I later listened to the phone audio log recording and noticed that the individual who identified himself as 'John' sounded like Cameron. On 11/26/18 at approximately 1634 hours I again called Cameron and left a voicemail, it should be noted that the voicemail message states that it is in fact Cameron's voicemail. He did not return my call.

16. That, the recordings from Stebbins and Ofc. Croteau's in car camera systems were entered into evidence in accordance with EPD protocol.

17. That, I was informed by CSP Internal Affairs Lieutenant Eric Cooke that Cameron had been mailed a letter informing him of completion of the previously mentioned internal affairs complaint on October 11, 2018.

18. That, due to this incident along with the history between Cameron and Stebbins, on 11/15/18 Cameron was served, as the respondent, with a Civil Protection Order Ex Parte. The order was issued by Honorable Judge Dubay, naming Stebbins as the protected party. The order states in part that Cameron is not to assault, threaten, abuse, harass, follow, interfere with, or stalk Stebbins. Cameron must stay away from the home of Stebbins and wherever he shall reside. Cameron must not contact Stebbins in any manner, including by written, electronic or telephone. And Cameron must stay 100 yards away from Stebbins.

19. That, Cameron was obviously well aware of the conflict and tension

(This is page 11 of 12 page Affidavit.)

| Date | Signed (Affiant) |
|---|---|
| 12/05/2018 | NOLAN, BRYAN [signature] S-37 |
| Jurat — Subscribed and sworn to before me on (Date) 12/05/18 | Signed (Judge/Clerk, Commissioner of Superior Court, Notary Public) SQUIRES, MARK [signature] |
| Reviewed (Prosecutorial Official) [signature] — Date 12-6-18 | Reviewed (Judge/Judge Trial Referee) [signature] — Date 12/10/18 |

**ARREST WARRANT APPLICATION**
JD-CR-64a Rev. 1-11
C.G.S. § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

| Name (Last, First, Middle Initial) | Residence (Town) of accused | Court to be held at (Town) | Geographical Area number |
|---|---|---|---|
| CAMERON, MARCUS, ANTHONY | ENFIELD | Enfield | 13 |

**Affidavit - Continued**

between he and Stebbins. Cameron had multiple opportunities to avoid Stebbins by going a different way or continuing on without stopping, but did not do so. Instead, during the approximate 4.5 miles Cameron repeatedly lied in wait to follow Stebbins (on Colony Road, at the attorney's office on Route 5, on Interstate 91, and in Brookside Plaza). Despite multiple attempts to contact Cameron to obtain his version of events, and ask him several investigatory questions I have, he has been unwilling to speak with me.

20. That, the undersigned is requesting that an arrest warrant be issued for the accused, Marcus Cameron (06/15/1986) charging him with Stalking 3rd Degree 53a-181e, in violation of the CGS for the offense which occurred in the Town of Enfield on 11/12/2018.

(This is page 12 of 12 page Affidavit.)

| Date | | Signed (Affiant) | |
|---|---|---|---|
| 12/05/2018 | | NOLAN, BRYAN [signature] S-37 | |
| Jurat | Subscribed and sworn to before me on (Date) 12/05/18 | Signed (Judge/Clerk, Commissioner of Superior Court, Notary Public) SQUIRES, MARK [signature] | |
| Reviewed (Prosecutorial Official) [signature] | Date 12-7-18 | Reviewed (Judge/Judge Trial Referee) [signature] | Date 12/10/18 |