Paid Leave of Absence Notification Checklist

PO Marcus A. Cameron
Employee ID # 423761

☑ Written Letter from 1st Deputy Commissioner Dianne Fasano Delivered to PO Marcus A. Cameron in hand by CPO Terence S. O'Neil.

☑ Access keys for Rederick L. Ireland Courthouse recovered from PO Marcus A. Cameron by CPO Terence S. O'Neil.

☑ MA Trial Court Employee ID card & P.O. Badge recovered from PO Marcus A. Cameron by CPO Terence S. O'Neil.

☑ CPO Terence O'Neil advised PO Marcus A. Cameron of his ability to confer with union representatives regarding his ongoing leave of absence & any future investigation(s).

**Margaret Thompson,** President, mthompson@nage.org
617-376-7222 (office), 339-293-7186 (cell)
**Lisa Jones,** *Fall River District Court*
District Court Representative

____________________
Terence S. O'Neil
Chief Probation Officer, Springfield DC

____________________
Marcus A. Cameron
Probation Officer, Springfield DC

12/12/18
Date

MASSACHUSETTS TRIAL COURT
OFFICE OF THE COMMISSIONER OF PROBATION
ONE ASHBURTON PLACE, ROOM 405
BOSTON, MA 02108-1612

EDWARD J. DOLAN
COMMISSIONER

TEL: (617) 727-5300
FAX: (617) 727-5333

PLACED ON LEAVE FROM EMPLOYERS AFTER A MASS MEDIA RELEASE ABOUT MY ARREST VIA ENFIELD PD / CT STATE POLICE

DELIVERED IN HAND

December 12, 2018

Marcus Cameron

Dear Mr. Cameron:

This letter will serve as written notification that you are being placed on paid administrative leave pending completion of an investigation concerning your recent arrest on the charge of Stalking 3rd degree on December 11, 2018.

In the meantime, you are directed to refrain from contacting or communicating with Trial Court employees and to stay away from Trial Court courthouses and property except with regard to this process. If you find yourself needing to go onto Trial Court premises for non-work related personal business, please notify Yvonne Roland. Ms. Roland may be reached at (617) 557-0270.

If you have not already done so, please collect your Trial Court identification, PO badge, any keys, access passes or other Trial Court property that you may have in your possession and turn them in to Chief Probation Officer O'Neil. You are free to contact human resources and your payroll department as needed, and you may also reach out to your Union.

We recognize that being placed on paid administrative leave is unsettling but is a necessary measure while an investigation is being conducted. We will follow up as quickly as we can.

Sincerely,

Dianne Fasano

Dianne Fasano
First Deputy Commissioner

cc: Francine Ryan, Regional Supervisor, Region 6
Terence O'Neil, Chief Probation Officer, Springfield District Court
Yvonne Roland, Manager for Administrative Services
Personnel File
John Bello, Interim Human Resources Director, Office of Court Management

HOLYOKE
COMMUNITY
COLLEGE

www.hcc.edu

303 Homestead Avenue
Holyoke, MA 01040
413.538.7000

December 13, 2018

Hand Delivered

Marcus Cameron
MassLEAP Academic Adviser

Dear Mr. Cameron,

Please be advised the college has become aware of your involvement in a legal matter which resulted in your arrest, and a charge of Stalking in the Third Degree. As such, a meeting has been scheduled with you to discuss this matter and its potential impact on your role with Holyoke Community College.

The meeting will be held on Tuesday, December 18th at 4:00 p.m., at Room 416 at the Picknelly Adult & Family Education Center at 206 Maple Street in Holyoke. Per your classification as an MCCC staff member, you have the right to have union representation at the meeting if you so choose. Your union representative is Cathy Clemmitt. She can be reached at 413.552.2428 or cclemmitt@hcc.edu.

You will be continue to be compensated, however you are not to return to work until the date and time of this meeting.

Sincerely,

Sarah Schmidt

Sarah Schmidt
cc: Personnel File