**Cooke, Eric**

**From:** Marcus Cameron <mcameron1534@yahoo.com>
**Sent:** Friday, May 25, 2018 9:13 AM
**To:** Cooke, Eric
**Subject:** Incident

Good morning,

After some intense contemplation and with regret after a very alarming and disturbing event that transpired on 5/22/18 with an at the time unidentified CT state trooper, I am filing this formal complaint with your department.

Event details are as follows:

"On 5/22/18 at approximately 3:45pm, I exited I91-S at exit 49 and stopped at a red light. While stopped at this red light I observed a gray unmarked police vehicle traveling southbound on [redacted]. While observing this vehicle I observed the operator through his passenger side window holding an electronic device in his right hand, in the area of his right face/mouth. After the trooper went through the intersection the light turned green (for me) and I proceeded to make a right traveling southbound on [redacted] as well. It should be noted that at this point of [redacted] the roadway is one lane traveling northbound and shoulder on one side and one lane traveling southbound and a shoulder on the other side. This roadway eventually becomes a two lane travelway southbound and northbound. As we traveled south, I was directly behind the Trooper approximately 4 car lengths and directly in front of him was a blue sedan. After this southbound roadway became 2 travel lanes the blue sedan signaled left and slowed down before turning left into one of the parking lots. The trooper slowed down behind the vehicle and effectively came to a stop. I was in the right travel lane and proceeded past both of these stopped vehicles and through my rearview mirror I observed the trooper change lanes and was now traveling behind me in the right lane. I then signaled left to change into the left lane, as I knew I was going to make a left turn down [redacted] Before turning left down [redacted] I observed a stopped school bus further south down [redacted] and in my rearview mirror I observed the trooper stop in the left lane approximately 1000 ft away from the intersection of [redacted] and [redacted] After making the left turn down [redacted] and proceeding to the address I was traveling to, I no longer observed the trooper following me and I knew from my observations that he lost sight of my vehicle. As I was parking in the driveway of my location, I observed a state trooper vehicle pulling up to the driveway I was parking at. This vehicle approached this address at a high rate of speed and the brakes were activated hard causing the vehicle to jerk as it came to a stop. The trooper parked his vehicle half way in the driveway and half way in the street. As he approached the home he almost hit the parked car in front of my home which was occupied by a guest who was meeting me at this address. The trooper exited his vehicle in a very aggressive manner. This unidentified trooper was dressed in a tshirt, jeans, sneakers and did not display any police shield. The trooper approached my vehicle which was backed into to driveway at the driver side. I rolled down my window to engage with the officer who had glassy eyes and he stated "is something wrong with you?" I responded "excuse me, may I help you? Is there a reason that you're in this driveway?" He stated "you were speeding". I said "I was not speeding". He then stated, "you also rolled through the stop sign". I stated, "no I didnt, and do you know I seen you driving on your phone?" He responded "no I wasn't, do you want to see my call log? Plus I have bluetooth in my car". In my own effort to avoid further confrontation with this still unidentified trooper I asked him again, "why are you in this driveway and are you issuing me a ticket". He invited me to get out of my vehicle and responded to my question stating, "NO, I ONLY CAME HERE TO TALK TO YOU MAN TO MAN" to which I responded " what does that even mean?" He responded by stating "that's what you want to do, ok, I'll be back, I'M GOING TO TAKE CARE OF YOU", while he walked back

down the driveway to his vehicle. I asked him for his name and he refused to identify himself. He entered his vehicle and proceeded to leave the scene by making a U-turn in the driveway then proceeded northbound on [redacted] at a high rate of speed. As I observed this and knowing he had no intention of identifying himself I wrote down the license plate number as "144UTP" (CT state)."

It should be further noted that at no time during any of these interactions did the trooper activate his emergency lights, identify himself or which department he represented.

Do to the severity of feeling threatened by this trooper and his failure to identify himself, I deemed it necessary to call and report this incident to the proper authorities immediately. I first called a listed number for the CT state police at 3:58pm. I reported what occurred but I was asked "did I call the local PD" and then the phone was disconnected. I placed a second call at 3:59pm to which I was directed to the state police which covered my area and reported the incident to Trooper Donald Sancoski. I was met with a barrage of questions which essentially questioned the validity of my story but he did eventually inform me that he would inform the Duty Sargent, who he informed me was Sgt. Gunn.

At 6:33pm I was no longer at the location of the incident but did place a second call to the CT State Police because the same CT State trooper department vehicle was observed driving past the location. I received a phone call back from Sgt. Gunn at 7:12pm who was able to identify the trooper who was involved in this incident as Trooper Steven Stebbins and that they had discussed his involvement in the aforementioned incident. Sgt Gunn was respectful, understanding, and professional. He objectively listened to my report and went over my options for further reporting.

Trooper Stebbins identified himself to Sgt. Gunn as a [redacted], but for the record I have never met, spoken to, had any interactions, or had any incidents with Trooper Stebbins before this. It was further found that Trooper Stebbins does live [redacted] I later found that Trooper Stebbins lives [redacted] which would imply that when he left the location of the incident northbound it was an evasive maneuver so that I did not recognize that he lived [redacted]

Initially I considered not filing such a complaint but I think it is imperative that these complaints are filed, as they often go unreported and officers continue to act in these aggressive and reckless manners without any regard for the public and/or community that they serve.

This event although may not be seen as the most egregious of offenses a Trooper can commit but it does place a severe mistrust and barrier between the police and the public. It also has left me in fear as he did make a threat towards me before leaving the location and due to the close proximity to his home I fear possible retaliation from him. In my eyes no Trooper should be allowed to abuse his authority and/or threaten a member of the community for any reason. The expectation of all troopers should be to be kind and courteous in all interactions with members of the public.

In any event, I would like to thank you for your time and careful consideration of this complaint. Contine to protect our community with professionalism and integrity. God bless

Mark, M. Ed

Sent from Yahoo Mail on Android