**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

**MARCUS CAMERON,**

**Plaintiff**

**NO.: 3:21-cv-00165OAW**

**v.**

**STEVEN STEBBINS, et al.**

**Defendants**

**NOTICE OF MANUAL FILING**

Please take notice that Plaintiff has manually filed the following exhibits in support of his Omnibus Opposition to Defendants' Motion for Summary Judgment (Dkt. 103). The exhibits were filed with the Clerk's office, in that they were audio/video files and/or they are to be filed under seal in an abundance of caution.

**Exhibit K:** Video of Alex Vasichenko encounter
**Exhibit O:** Recording of voicemail
**Exhibit S:** Stebbins Protective Order request
**Exhibit T:** Stebbins Protective Order information
**Exhibit V:** Video of Nolan from November 20, 2018
**Exhibit W:** Video of Nolan from November 20, 2018
**Exhibit X**: Protective Order Hearing Transcript November 23, 2018
**Exhibit Z**: Recording of Plaintiff's arrest
**Exhibit BB**:Protective Order Hearing Transcript December 14, 2018
**Exhibit CC**: Protective Order ruling
**Exhibit EE**: Video of Stebbins Speaking with EPD Officer

**Exhibit FF**: Video of November 12, 2018 Seizure

Plaintiff, by his attorneys:

/s/ Michelle S. Cruz
Michelle S. Cruz, Esq.
Law Offices of Michelle S. Cruz
35 Center Street, Suite 35
Chicopee, MA 01013
(413) 592-9400
Cruz4law@gmail.com
Juris: 428425

/s/ Ryan P. McLane
Ryan P. McLane, Esq.
McLane & McLane, LLC
269 South Westfield
Feeding Hills, MA 01030
(413) 789-7771
ryan@mclanelaw.com
Juris: 438176

**CERTIFICATE OF SERVICE**

I do hereby certify that a true copy of the above document was served upon the parties and/or attorneys of record via ECF on August 14, 2023.

/s/ Ryan P. McLane