UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARCUS CAMERON | : | NO.: 3:21-cv-00165-OAW |
| v. | : | |
| STEVEN STEBBINS, ET AL | : | OCTOBER 9, 2026 |

**BILL OF COSTS**

Pursuant to L.Civ.R. 54, the defendants, **Bryan Nolan, Mark Squires, Town of Enfield, and Enfield Police Department** (the “Defendants”), hereby submit their bill of costs in the above-captioned case. A verification pursuant to 28 U.S.C. § 1924 is attached hereto as **Exhibit A** and made a part hereof.

A. Fees of the Clerk and Marshal (L.Civ.R. 54(c)1)

None.

B. Fees of the Court Reporter (L.Civ.R. 54(c)2)

| | |
|---|---|
| Court Reporter Fee for deposition of Marcus Cameron (August 23, 2022) | $697.82 |
| Court Reporter Fee for deposition of Steven Stebbins (March 7, 2023) | $997.00 |
| Court Reporter Fee for deposition of Bryan Nolan (March 8, 2023) | $989.30 |
| Court Reporter Fee for deposition of Mark Squires (March 15, 2023) | $604.30 |
| Court Reporter Fee for continued deposition of Marcus Cameron (March 16, 2023) | $1,039.78 |
| Court Reporter Fee for deposition of Stephen Samson (March 28, 2023) | $927.70 |
| **TOTAL:** | **$5,255.90** |

F. Fees for Exemplification and Copies of Papers Necessarily Obtained for Use in the Case (L.Civ.R. 54(c)3)

None.

F. Fees for Witnesses (L.Civ.R. 54(c)4)

None.

E. Maps, Charts, Models, Photographs, Summaries, Computations and Statistical Summaries (L.Civ.R. 54(c)5)

None.

F. Other Items Taxable as Costs (L.Civ.R. 54(c)6)

None.

**GRAND TOTAL OF TAXABLE COSTS**

| | |
|---|---|
| Fees of the Court Reporter (L.Civ.R. 54(c)2) | $5,255.90 |
| **TOTAL:** | **$5,255.90** |

DEFENDANTS,
BRYAN NOLAN, MARK SQUIRES, TOWN OF ENFIELD and ENFIELD POLICE DEPARTMENT

By /s/ Eric E. Gerarde

Eric E. Gerarde
ct31120
Howd & Ludorf, LLC
100 Great Meadow Road, Suite 201
Wethersfield, CT 06109
(860) 249-1361
(860) 249-7665 fax
tgerarde@hl-law.com
egerarde@hl-law.com

## CERTIFICATION

This is to certify that on **October 9, 2026**, a copy of the foregoing **Bill of Costs** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Eric E. Gerarde
Eric E. Gerarde